IN THE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

NO._____


ALVIN WILLIAMS

Plaintiff

VS.

CAPTAIN DAVID VOOHIES AND LT. OMAR WALKER,

LOUISIANA STATE PENITENTIARY

Defendants

---

CIVIL ACTION PURSUANT TO 42 U.S.C. SECTION 1983.

---

## I. JURISDICTION AND VENUE

1.) This is a civil action authorized by 42 U.S.C. Section 1983, to redress the deprivation, under color of State law of rights secured by the constitution of the United States. The Court has jurisdiction under 28 U.S.C Section 1331 and 1343(a)(3). Plaintiff claim for Injunctive relief are authorized by 28 U.S.C. Section 2283, 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2.) U.S. District Court 777 Florida Street, Suite 139, Baton Rouge, Louisiana 70801.

## II. PLAINTIFF

3.) I. Alvin Williams, #480922, is and was at all times mentioned herein a prisoner of the State of Louisiana in the custody of the Louisiana Department of Corrections. I, Alvin Williams is currently confined in Louisiana State Penitentiary in Angola, La. 70712.

4.) Secretary James LeBlanc of Louisiana State Penitentiary is legally responsible for the overall

operations of the Department and each Institution under it's jurisdiction.

5.) Darrel Vannoy is the Warden of Louisiana State Penitentiary of Angola. He is legally responsible for the operations of Louisiana State Penitentiary of Angola staff. Also, the welfare of all Inmates in Angola.

6.) Defendant Capt. David Voorhies is a correctional officer at Louisiana State Penitentiary of Angola Who at all times mentioned in this complaint held the rank of Captain and was assigned to Louisiana State Penitentiary of Angola.

FACTS

Upon information and belief, I, Alvin Williams, plaintiff, was housed at CBD upper left tier cell blocks at Louisiana State Penitentiary on Rule violations, 3,5, 17. At the approximate time 7:10 am, April 28, 2021, I observed Captain David Voorhies along with Lieutenant Omar Walker approaching my cell. I immediately ask for Mental Health because I was high and feared for my life. During this moment, Lt. Omar Walker denied me assistance by saying NO! Captain David Voorhies came a little closer and observed the door was tied with the plastic material used to encase the mattress here at Louisiana State Penitentiary, Angola. Captain Voorhies ordered me to untie the material that was wrapped around the cell door. I immediately untied the material in compliance with all orders followed. I then requested a second time to see Mental Health, but was told by Lt. Walker f**K NO! I asked again please let me see Mental Health, Lt. Walker shouted NO! again. Then Captain Voorhies order me to come to the front of the cell and untie the plastic material that was wrapped around my abdomen. As I complied with the order I began walking to the front of the cell. trying to unwrap the material. Captain Voorhies ordered me to put my hands through the cell hatch to be restrained. I put my hands through the hatch palms-up, he then told me to turn around and began to restrain me. After being fully restrained, I asked for Mental Health again and was sprayed by Lt. Walker but the first attempt failed. I then asked why are you spraying me when I ask for help. Immediately I was cut off by another attempt of the chemical agent.

2

This time he successfully got me in the eyes and mouth.

Upon information and belief after being sprayed I rushed to the back of the cell gasping for my breath and blinded from the effects of the chemical agent. I immediately dump my head in the toilet trying to rinse the chemical out of my eyes and off my face. At that moment both officers began screaming come to the front of the cell. I began to use the wall to get my feet and was guided by the officers when the cell door was opened. Upon information and belief being escorted by both officers Lt. Walker and Cpt. Voorhies, I can hear Cpt. Voorhies saying "come on "yanking and trying to untie the rest of the material that was wrapped around my abdomen. I was struggling to stand from the effects of the unknown chemicals when I began to stagger and lose my footing. Then one of the officers said stand up and I couldn't get my feet underneath me because of the restraints for a few yards. I then immediately got up on my feet because my arms was being pulled in an awkward position that made me feel excruciating pain.

Upon information and belief I was then escorted by officers Cpt. Voorhies and Lt. Walker down CBD stairway. Note: still blinded from the effects of the unknown chemical agent. I was then escorted by Cpt. Voorhies in which he purposefully led me straight to the wall of the stairway which caused my lip to bleed. I then shouted to Cpt. Voorhies come on man! I complied with all your orders and you know the chemical Lt. Walker sprayed me with hinder my vision. Lt. Walker responded by telling me to shut the f**k up!! Then Cpt. Voorhies pinned me to the wall while I was still in restraints and began to take my right hand and press against them in a manner that had me in excruciating pain. It was so unbearable that he had me screaming for my mother. This excessive abuse lasted for seconds, but felt like minutes from the excruciating pain I felt in my right hand. I felt a few bones in my right hand cracked but did not break. Cpt. Voorhies cause a stress fracture in my right hand from the pressure that he applied, will eventually lead to a broken bone.

Upon information and belief, I Alvin Williams, plaintiff was escorted to CBD lower right

3

shower. I was stripped naked and told to rinse off in a shower, sabotage by Cpt.Voorhies and Lt. Walker, of extremely hot water which both officers knew that the shower was extremely hot from numerous of past complaints by prisoners. In which they intentionally lied to multiple prisoners about getting the issue fixed. I learned after using the shower on lower right of CBD cell blocks. From the chemical agent that was sprayed on me by Lt. Walker earlier during the incident, the steamy water scalded my skin. This caused the chemical agent to intensify with a burning sensation and pain on my face. I began to grimace in pain struggling to stand up right. I couldn't quite hear what was said but it sounded like snickering and laughing to me. I learned about the shower being sabotaged after learning about the other incidents involving the shower they use to torment other prisoners in the past.

Upon information and belief the two officers: Capt. Voorhies and Lt. Walker, have been repeatedly abusing the authority and excessively abusing inmates here at Angola. They have no respect of higher-ranking officials due to the past history of abuse. Especially Cpt. Voorhies, who just continue to show no respect for Angola policy, the rights of inmates, constitution and life. Who has in the past been involved in numerous excessive use of force and cruel and unusual punishment. Where guards was accused of brutality on inmates, the court is very familiar with Cpt. Voorhies. Also, Cpt. Voorhies is a terrible reflection of Angola academy of who and what is being taught in Angola academy. It's obvious the proper protocols are not being taught in Angola academy or being displayed correctly. Cpt. Voorhies is a down right mad man and his past history of excessive abuse and creating a hazardous working environment that makes it unsafe for prisoners and Louisiana State Penitentiary officials who know him as they colleague and a very unsafe and dangerous officer working environment.

<u>FACTS</u>

Upon information and belief on April 28, 2021, at approximate time 7:10 am, during a routine round by officers Cpt. Voorhies and Lt. Walker was denied medical assistance by those two officers refused to grant my request for Mental Health. From the information mentioned, these two officers are in clear

4

violation of my Eighth Amendment right for not providing me with adequate medical care through the 14TH Amendment. Mental health department. Note: Amendment Eighth is violated when the two officers I mentioned in the above facts deprived me of adequate medical care by not responding to my Mental health medical request. Ignoring Mental health concerns can qualify as serious medical needs. For example, several courts have held that a risk of suicidal and homicidal is a serious medical need for the purpose of the Eighth Amendment. *See case Estate of Cole by Purdue v. Fromm*, 94 F. 3d 254 (7TH Cir 1996), and *Gregoire v. Class*, 236 F. 3d 413 (8TH Cir. 2000). Furthermore, also in violation of my 14TH Amendment right to Due Process, I should have gotten more procedure than I received.

Upon information and belief on April 28, 2021, several minutes after the time mentioned above Lt. Walker attempted to spray me for asking to see mental health for assistance. He failed on his first attempt. After that I ask him why are you trying to spray me when I complied with every order and ask to just simply get metal health assistance.

On Lt. Walker second attempt to spray me I was in process of being restrained when he immediately sprayed on the second attempt that was successful. I immediately retreated to the back of the cell to try and rinse the unknown chemical agent out of my eyes and off my face by dumping my face in the toilet. This is a violation of my Eighth Amendment rights which states excessive use of force and excessive abuse is cruel and unusual punishment, which he clearly showed by spraying me multiple times enforcing his will upon me when I complied with all orders. The Eighth Amendment, when it is not applied, in an effort to maintain or restore discipline but is used to maliciously and sadistically cause harm. Where a prison official is responsible for unnecessary and wanton infliction of pain, the Eighth Amendment has been violated. As you view the video footage you will clearly see what was done by Lt. Walker is called wanton. Wanton is defined as cruel, or uncalled for behavior. *See key case Estate of Davis by Ostenfeld v. Delo*, 115 F. 3d, 1388 (8TH Cir. 1997)(where an inmate complied with every order and still was excessively abused.).

Upon information and belief I was then escorted by officers Lt. Walker and Cpt. Voorhies, whom took the lead to guide me down the stairway. Still blinded from the effects of the unknown chemical agent in which he purposefully led me straight to the wall of the stairway, which caused my lip to bleed. I then shouted to Cpt. Voorhies come on man!! I complied with all your orders and you know chemical agent Lt. Walker sprayed me with hinder my vision. Lt. Walker responded by telling me shut the f**k up! Then Cpt. Voorhies pinned me to the wall while I was still in restraints and began to take my right hand and press against them in a manner that had me in excruciating pain. I felt my right hand. I felt a few bones in my right hand crack but did not break. Cpt. Voorhies cause a stress fracture in my right hand from the pressure that he applied, the stress fracture injury I sustained from this will eventually lead to a serious one, by breaking of the bone. This is a similar case like: *Hudson v. McMillian*, 503 U.S. 1 (1992), where the Court found a violation of the Eighth Amendment when prison officials punched and kicked a prisoner leaving him with minor bruises, swelling of his face and mouth. The Court held that a guards use of force violates the Eighth Amendment when it is not applied in a good faith effort to maintain or restore discipline "but instead is used to maliciously, and sadistically cause harm." Also, case *Estate of Davis by Ostenfeld v. Delo*, 115 F. 3d 1388 (8Th Cir. 1997). When a prisoner obeyed all orders but still was abused in a wanton way, means uncalled for.

Upon information and belief I, plaintiff Alvin Williams, after the stairway incident on April 28, 2021, was escorted to the shower on lower right CBD, where I was stripped naked and told to rinse off in the shower, As I stumble to my feet and felt for the shower knob, I began to twist the knob, scalding hot water came out the shower head, which caused me to jerk back and scream in intense burning pain. The chemical agent that was sprayed on me was re-activated which cause the chemical to burn me in a more intense burning sensation on my skin. I heard Cpt. David Voorhies laugh and said that he "always get them like that when we spray that shit on them." This is clearly a violation of the Eighth Amendment which states that the U.S Constitutional law forbids cruel and unusual punishment and use

6

of excessive force. This is another prime example and show some similarities like the case I mentioned earlier (*Estate of Davis by Ostenfeld v. Delo*, 115 F. 3d 1388 (8TH Cir. 1997). Furthermore, another wanton issue where it was mean, hateful, cruel, and uncalled for. Note: I learned that the shower was sabotage due to the totally neglecting of numerous complaints made to Cpt. David Voorhies of getting maintenance to adjust the shower water and from past incidents involving Cpt. Voorhies on other inmates involving excessive use of force and uncalled for incidents with the shower.

## RELIEF

I ask the Court to Order a preliminary injunction Order on Cpt. David Voorhies and Lt. Omar Walker to stop abusing they authority and Cpt. Voorhies especially who been involved in repeated use of excessive use of force in the past.

I am asking for compensatory damage of Twenty-five thousand dollars (25,000) per day from the beginning of April 28, 2021, when this incident took place.

I plaintiff Alvin Williams ask the Court to grant me punitive damage in the amount of twenty-five thousand dollars.

I further ask the Court that this case be trial by jury.

I also ask the Court for the estimation of court cost and any additional relief the court deems just, proper, and equitable. I further ask that the Court issue an Order of the video footage and all documents I need to proceed with my 42 U.S.C. Section 1983 lawsuit, also all other documents to support my legal claims which is my right to preserving this Court, I need all video footage to verify my legal claims and facts of this suit.

I also ask the Court for immediate termination of Lt. Omar Walker and Cpt. David Voorhies for being a bad reflection of what's being taught in Angola Academy.

7

## PRAYER FOR RELIEF

WHEREFORE, I, Alvin Williams, respectfully prays that this Court enter judgment granting Alvin Williams,   1.) a declaration that the acts and omission describe herein violated. 2.) Alvin Williams rights under the Constitution and laws of the United States.

Date: October 28, 2021

Respectfully submitted:

*Alvin Williams* Date signed October 28, 2021

Alvin Williams #480922

Louisiana State Penitentiary

Angola, Louisiana 70712

## VERIFICATION

I have read the following complaints and hereby verify that the matters alleged therein are true, as to matters alleged in information and belief and as to those, I believe them to be true also. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Angola, Louisiana State Penitentiary on October 18, 2021.

*Alvin Williams #480922*

Alvin Williams

8