Exhibit
"A"

A Copy of the
Statements Made

by Lt. Omar Walker and Capt David Voorhie

CASE NUMBER: LSP-2021-1115

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: <u>WILLIAMS, ALVIN 480922</u>                    <u>D HAWK 1/R</u>
                                                                      Living Quarters

Response to request dated , received in this office on 05/03/2021

Your request for administrative review of ARP#LSP-2021-1115 has been received. In your letter of complaint, while housed at Main Prison CBD, You state that Major Voorhies and Lieutenant Walker were making rounds, you requested to see mental health and you were denied.. You further state that Major Voorhies threatened you with a chemical agent while you were in restraints bent your hand to the point of almost breaking it.

In response to your Request for Remedy, Lieutenant Omar Walker stated that he was not present during this event. The only knowlegde he has of this incident is the report that was generated frim it and therefore cannot offer anything further.

Captain David Voorhies stated that on April 28, 2021, he was conducting routine rounds on CBD, when he observed you with your cell door tied shut. The cell door was secured with a plastic material that encased your mattress. He ordered you to untie your cell door. You complied. During this time he observed you with part of the mattress cover tied to your abdomen area. He ordered you to remove the material and submit to a strip search. You refused. He activated his body camera and gave you several more direct verbal commands to remove the material and submit to a strip search. You continued to refuse all orders given. To gain compliance, he administered the minimum amount of chemical agent into your cell. Only then did you comply with his orders. You were strip searched and no contrband was found. You were restrained, removed from your cell, placed in the shower, offered a shower and issued a clean jumpsuit.

You have not provided sufficient evidence to support your claims; therefore, your request for Administrative Remedy is denied at this level.

Prepared by: _____
                    Carlton Nettles/AWII/lv

Approved by: _____
                    Jeremy McKey/AWIII/sd

_____                    _____
7/12/21                                                       Unit Head
Date