| | | |
|---|---|---|
| **ALVIN WILLIAMS** | : | **CIVIL ACTION** |
| | : | **NO. 3:21-CV-00636** |
| **VERSUS** | : | |
| | : | **JUDGE JOHN W. deGRAVELLES** |
| **DAVID VOORHIES AND OMAR WALKER** | : | **MAGISTRATE JUDGE** |
| | : | **SCOTT D. JOHNSON** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF
MOTION TO DISMISS**

**MAY IT PLEASE THE COURT:**

Plaintiff filed the immediate action and named as defendants, Capt. David Voorhies and Lt. Omar Walker solely in their official capacities as correctional officers at Louisiana State Penitentiary at Angola. Plaintiff alleges a cause of action and damages against these Defendants under, *inter alia,* 42 U.S.C. §1983.[1]

**I.     INDIVIDUALS SUED IN THEIR OFFICIAL CAPACITIES ARE NOT SUSCEPTIBLE TO A SUIT FOR DAMAGES UNDER 42 U.S.C. §1983.**

Plaintiff has named as defendants two individuals in their official capacities as correctional officers at Louisiana State Penitentiary at Angola. It is long established that a state is not susceptible to suit under 42 U.S.C. §1983.[2] Furthermore, it must be determined if the suit is brought against the State as the real party of interest. "The state is a real, substantial party in interest when the judgment sought would expend itself on the state treasury or domain or would restrain the state from acting or compel it to act."[3] It is a well settled point of law that a state is not capable of being sued under 42 U.S.C. § 1983 as the state is not a "person" under 42 U.S.C. § 1983.[4]

---

[1] Rec. Doc. 1.
[2] *Will v. Michigan Department of State Police,* 491 U.S. 58, 66 (1989).
[3] *Warnock v. Pecos County, Texas*, 88 F.3d 341, 343 (5th Cir. 1996)(citing *Pennhurst State School & Hosp, v. Halderman,* 465 U.S. 89, 101, n.11 (1984).
[4] *Will v. Michigan*, 491 U.S. at 70.

Plaintiff cannot prevail on his §1983 claims against the individually named defendants in their official capacities. Suits against individuals in their official capacities are considered "in all respects other than name, to be treated as a suit against the entity. It is *not* a suit against the official personally, for the real party in interest is the entity."[5] Likewise, "official-capacity suits….generally represent only another way of pleading an action against an entity of which an officer is an agent."[6]

The law leaves no doubt that plaintiff cannot not maintain his cause of action under 42 U.S.C. § 1983 against the State of Louisiana either against a state entity or by filing suit against officials named in their official capacities. Thus, his §1983 claims against the Defendants in their official capacities should be dismissed.

**WHEREFORE,** defendants, Capt. David Voorhies and Lt. Omar Walker, pray that this Motion to Dismiss be granted, and that plaintiff's claims under 42 U.S.C. §1983 against the Defendants in their official capacities be dismissed, with prejudice, and at Plaintiff's cost.

Respectfully submitted,

**JEFF LANDRY
ATTORNEY GENERAL**

BY:   */s/Karen Reiners Winfrey*
Karen Reiners Winfrey, La. Bar No. 21045
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, 4th Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone:   225-326-6300
Facsimile:    225-326-6495
E-mail:         WinfreyK@ag.louisiana.gov

---

[5] *Olivier v. University of Texas System*, 988 F.2d 1209 (5th Cir. 1993)(citing *Kentucky v. Graham,* 473 U.S. 159, 166 (1985); *See Also Turner v. Houma Mun. Fire and Police Civil Service Bd*., 229 F.3d 478, 483 (5th Cir. 2000).
[6] *Turner,* 229 F.3d at 483 (citing *Kentucky v. Graham,* 473 U.S. at 165).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 1, 2023, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to:

Alvin Williams (DOC #480922)
Pro Se Plaintiff
Louisiana State Penitentiary at Angola, 70712


       */s/ Karen Reiners Winfrey*
       **KAREN REINERS WINFREY**