## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALVIN WILLIAMS (#480922)** | : | **CIVIL ACTION** |
| | : | **NO. 21-636-JWD-SDJ** |
| **VERSUS** | | |
| | : | **JUDGE JOHN W. deGRAVELLES** |
| **DAVID VOORHIES, ET AL** | : | **MAGISTRATE JUDGE SCOTT D. JOHNSON** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SUPPLEMENTAL NOTICE OF COMPLIANCE

**NOW INTO COURT**, through undersigned counsel, come Defendants, David Voorhies and Omar Walker, who offer the following:

1.

The Court ordered the defendant to provide to the Plaintiff all medical records, administrative remedy proceedings, unusual occurrences reports and all other documents pertinent to the issues in this case.

2.

In compliance with the Court's Order, Defendants have attached to this notice the following documents:

**(1) Alvin Williams' Master Prison Record dated January 2020-April 2022.**

**WHEREFORE**, Defendants, David Voorhies and Omar Walker hereby pray that the foregoing *Supplemental Notice of Compliance* be deemed good and sufficient, with the Defendants' express acknowledgment of their continuing duty to further supplement this notice as may be necessary throughout the course of this litigation or as ordered by the Court.

          Respectfully submitted,

          **LIZ MURRILL**
          **ATTORNEY GENERAL**

BY:   */s/ Brittany N. Calecas*
Brittany N. Calecas (40302)
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, Fourth Floor
Post Office Box 94005
Baton Rouge, Louisiana (70804-9005)
Telephone: 225-326-6300
Facsimile: 225-326-6495
E-mail: CalecasB@ag.louisiana.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 9, 2024, undersigned electronically filed the above-entitled pleading with the Clerk of Court by using CM/ECF system and a copy of the foregoing was provided to Pro Se Inmate Plaintiff via U.S. First Class Mail, to the below name and address:

*Pro Se Plaintiff*
Alvin Williams (DOC #480922)
Louisiana State Penitentiary
Angola, LA 70712

*/s/ Brittany N. Calecas*
Brittany N. Calecas (40302)
Assistant Attorney General