Form AM-E-2-b
16 December 2009

# CUSTODIAN OF RECORDS AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

### AFFIDAVIT

BEFORE ME, the undersigned Notary Public, personally came and appeared

Jaine Babel _____, who after first being duly sworn did depose and

say that as the Custodian of Records for the Louisiana Department of Public Safety and

Corrections, Corrections Services, at  Louisiana State Penitentiary _____,

does hereby certify that the attached documents are true copies of the records of the

Louisiana Department of Pubic Safety and Corrections regarding _____

Alvin Williams DOC 480922
_____

**Records from January 1, 2020 to Current Only**
_____

_____

_____

_____
Custodian of Records

Sworn to and subscribed before me this __4__ day of __April__ , 20 __23__ .

_____ # 155703
NOTARY
Ex-Officio Notary

```
DATE: 11-03-2008 01:58:21 PM    Type: Received
SUBJECT:    CJDOCA02
Message:

Reference: 02HP0000AO
Msg Key  : QH
Date/Time: 20081103135824
Source   : CJDOCA02

02HP0000AO.CJDOCA02.QH.20081103135824.
.ACK 1368008103 CJDOCA02 012816 CJDOCA02 008103 20081103 13:58:24

****************************************************************************


=============================================================

DATE: 11-03-2008 01:58:21 PM    Type: Received
SUBJECT:    NC2K
Message:

Reference: 02HP0000AO
Msg Key  : QH
Date/Time: 20081103135824
Source   : NC2K

02HP0000AO.NC2K.QH.20081103135824.
LA024065C
CTL/
ATN/BANDI K

3L0113680081032QH
LA024065C
THIS NCIC INTERSTATE IDENTIFICATION INDEX MULTIPLE RESPONSE IS THE
RESULT OF YOUR INQUIRY ON NAM/WILLIAMS,ALVIN SEX/M RAC/B DOB/19850805
 SOC/433598968 PUR/C
NAME                          FBI NO.           INQUIRY DATE
WILLIAMS,ALVIN                774733DC3         2008/11/03

SEX RACE BIRTH DATE   HEIGHT WEIGHT EYES HAIR PHOTO
M   B                 503    146    BRO  BLK  Y

BIRTH PLACE
LOUISIANA

FINGERPRINT CLASS        PATTERN CLASS
                         RS RS RS RS RS LS LS LS LS LS
                         WU WU    AU AU          AU AU


ALIAS NAMES
WILLIAMS,ALVIN C              WILLIAMS,ALVIN T
X,X

SOCIAL SECURITY


IDENTIFICATION DATA UPDATED 2007/10/13

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
```

CONFIDENTIAL

```
FOLLOWING:
 LOUISIANA      - STATE ID/LA2342707

END - 1ST NCIC III RECORD FOR MULTIPLE RESPONSE

NAME                           FBI NO.         INQUIRY DATE
WILLIAMS,ALTERRELL J           698111PB5       2008/11/03

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR PHOTO
M    B               506    120    BLK  BLK  N

BIRTH PLACE
NEW JERSEY

FINGERPRINT CLASS        PATTERN CLASS
                        RS LS RS RS RS LS WU LS LS LS
                        RS               LS
                        AU

ALIAS NAMES
WILLIAMS,ALTERRELL            WILLIAMS,ALTTREL

OTHER        SCARS-MARKS-
BIRTH DATES  TATTOOS        SOCIAL SECURITY
             TAT L ARM
             TAT R ARM

IDENTIFICATION DATA UPDATED 2006/06/12

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 NEW JERSEY    - STATE ID/NJ595940C

END - LAST NCIC III RECORD FOR MULTIPLE RESPONSE

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END

***************************************************************************


============================================================

DATE: 11-03-2008 01:58:28 PM    Type: Received
SUBJECT:    CJDOCA02
Message:

Reference: 02HP0000AS
Msg Key  : QR
Date/Time: 20081103135831
Source   : CJDOCA02

02HP0000AS.CJDOCA02.QR.20081103135831.
.ACK 1368008104 CJDOCA02 012818 CJDOCA02 008104 20081103 135831
***************************************************************************
```

CONFIDENTIAL

```
================================================================

DATE: 11-03-2008 01:58:28 PM    Type: Received
SUBJECT:    NC2K
Message:

Reference: 02HP0000AS
Msg Key  : QR
Date/Time: 20081103135831
Source   : NC2K

02HP0000AS.NC2K.QR.20081103135831.
LA024065C
CTL/
ATN/BANDI K

EL0113680081042QR
LA024065C
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/774733DC3. THE RECORD MAY BE OBTAINED FROM
FILES WITHIN YOUR STATE. THE INTERSTATE IDENTIFICATION INDEX CONTAINS
NO ADDITIONAL DATA.
END

*****************************************************************************

================================================================
```



CONFIDENTIAL

                    S T A T E   O F   L O U I S I A N A
          *FOR USE BY AUTHORIZED CRIMINAL JUSTICE AGENCIES ONLY*
             (FINGERPRINTS ARE NECESSARY FOR A POSITIVE ID)

INVESTIGATIVE REPORT                              CONFIDENTIAL RECORDS
------------------------------------------------------------------------------
CRIMINAL RECORD OF: WILLIAMS, ALVIN                      FBI: 774733DC3
STATE ID: ████████        BIRTH DATE: ████████   PLACE: LA  DOC: 480922
RACE: B      HEIGHT:  5' 03"        HAIR: BLK            DNA ON FILE: NO
SEX: M       WEIGHT: 146
EYES: BRO              STATUS:
SSN: 433598968  OLS/OLN:                                 III: SSO

------------------------------------------------------------------------------

A L I A S E S                       SSN          OLS/OLN
WILLIAMS, ALVIN
WILLIAMS, ALVIN C
WILLIAMS, ALVIN T
------------------------------------------------------------------------------
ARREST DATE: 09/25/2003                           LID: 01192290
AGENCY: ORLEANS PARISH SO                          AFIS ATN:360020311746
   NAME: WILLIAMS, ALVIN

CHARGE 1                                           COUNTS 1
   R.S. C.CR.P. ART 202 RS 14 000  WARRANT
------------------------------------------------------------------------------
ARREST DATE: 02/18/2004                           LID: 01226213
AGENCY: ORLEANS PARISH SO                          AFIS ATN:360020401808
   NAME: WILLIAMS, ALVIN

CHARGE 1                                           COUNTS 1
   R.S. MUN PURP 271MCS 54-401  OBSTRUCTIN PUBLIC PLAC
CHARGE 2                                           COUNTS 1
   R.S. MUN PURP 271MCS 54-441  RESIST/OBSTRUCT OFFICR
CHARGE 3                                           COUNTS 1
   R.S. MUN PURP 271MCS 54-403  DISTURBING THE PEACE
CHARGE 4                                           COUNTS 1
   R.S. 40:967 PROHIBITED ACTS - SCHEDULE II, PENALTIES
CHARGE 5                                           COUNTS 1
   R.S. 40:966 MANUF./DISTRIBUTION/POSSESS.OF SCH.1;POSSESS.MARIJUANA
CHARGE 6                                           COUNTS 1
   R.S. 14:60(3) AGGR. BURGLARY CHG/PENALTY:IF COMMITS BATTERY; 1-30Y HARD LB
------------------------------------------------------------------------------
DATE: 04/19/2004                                  LID: 00480922
AGENCY: LA DOC-P&P-ORLEANS WEST                    AFIS ATN:DCNO10400414
   NAME: WILLIAMS, ALVIN T

DISPOSITION 1                                      COUNTS 1
   PROBATION 1. POSSESSION -CRACK ORL#446-252H 04/19/2004 PGAC SENT 2YRS DOC
   S/S 2YRS ACT PROBATION BEGINS 04/19/2004 ENDS 04/19/04
DISPOSITION 2                                      COUNTS 1
   PROBATION 2. POSSESSION-MARIJUANA 1ST 04/19/2004 PGAC SENT. 6MONS OPP S/S
   1YR ACT PROBATION BEGINS 04/19/2004 ENDS 04/19/2005
------------------------------------------------------------------------------
ARREST DATE: 08/07/2004                           LID: 01268635
AGENCY: ORLEANS PARISH SO                          AFIS ATN:36██████████
   NAME: WILLIAMS, ALVIN

CHARGE 1                                           COUN
   R.S. MUN PURP 271MCS 54-401  OBSTRUCTIN PUBLIC PLAC
CHARGE 2                                           COUNTS 1

```
  R.S. CCRP ART 202 RS 1   00  WARRANT
------------------------------  -------------------------------  --------------------
ARREST DATE: 08/19/2004                              LID: 01271520
AGENCY: ORLEANS PARISH SO                            AFIS ATN:360020408988
  NAME: WILLIAMS, ALVIN

CHARGE 1                                             COUNTS 1
  R.S. MUN PURP 271MCS 54-153  CRIMINAL TREPASS
CHARGE 2                                             COUNTS 1
  R.S. CCRP ART 202 RS 14 000  WARRANT
----------------------------------------------------------------------------------
ARREST DATE: 09/20/2004                              LID: 01279050
AGENCY: ORLEANS PARISH SO                            AFIS ATN:360030411690
  NAME: WILLIAMS, ALVIN

CHARGE 1                                             COUNTS 1
  R.S. FED PURP RS 40 967 (B) (1) A40D PWIT DISTRIBUTE CRACK
----------------------------------------------------------------------------------
ARREST DATE: 06/20/2006                              LID: 02025710
AGENCY: ORLEANS PARISH SO                            AFIS ATN:360030606592
  NAME: WILLIAMS, ALVIN C

CHARGE 1                                             COUNTS 1
  R.S. 40:967 PROHIBITED ACTS - SCHEDULE II
----------------------------------------------------------------------------------
ARREST DATE: 04/10/2007                              LID: 02073927
AGENCY: ORLEANS PARISH SO                            AFIS ATN:360020703267
  NAME: WILLIAMS, ALVIN

CHARGE 1                                             COUNTS 1
  R.S. 40:967 PROHIBITED ACTS - SCHEDULE II
----------------------------------------------------------------------------------
ARREST DATE: 10/13/2007                              LID: 02104429
AGENCY: ORLEANS PARISH SO                            AFIS ATN:360020710907
  NAME: WILLIAMS, ALVIN T

CHARGE 1                                             COUNTS 1
  R.S. 14:30.1 SECOND DEGREE MURDER
----------------------------------------------------------------------------------
ARREST DATE: 11/14/2008                              LID:
AGENCY: ELAYNE HUNT CORRECTIONAL CTR                 AFIS ATN:HUNT10801878
  NAME: WILLIAMS, ALVIN

CHARGE 1
  R.S. DCID DOC ID 11/14/2008
  DISPOSITION: ORL 474521 14:30.1 2ND DEG MURDER LIFE
----------------------------------------------------------------------------------
THE RESPONSE TO YOUR REQUEST FOR CRIMINAL HISTORY RECORD CHECK IS
BASED ON A REVIEW OF THE STATE OF LOUISIANA'S CRIMINAL HISTORY RECORDS
DATABASE ONLY. THIS DOES NOT PRECLUDE THE EXISTENCE OF A RECORD IN A
LOCAL AGENCY, ANOTHER STATE, OR THE FBI CJIS DIVISION.
```


CONFIDENTIAL

11/06/2008 10:59:21
REQUESTED BY: A FALGOUT

SID: 002342707

```
          S T A T E   O F   L O U I S I A N A
       *FOR USE BY AUTHORIZED CRIMINAL JUSTICE AGENCIES ONLY*
          (FINGERPRINTS ARE NECESSARY FOR A POSITIVE ID)
```

INVESTIGATIVE REPORT                              CONFIDENTIAL RECORDS
------------------------------------------------------------------------

CRIMINAL RECORD OF: WILLIAMS, ALVIN              FBI: 774733DC3
STATE ID: ████████    BIRTH DATE: ████████    PLACE: LA   DOC:
RACE: B       HEIGHT:  5' 03"        HAIR: BLK            DNA ON FILE: NO
SEX: M        WEIGHT: 146
EYES: BRO           STATUS: PAR*
SSN: 433598968  OLS/OLN:                          III: SSO

------------------------------------------------------------------------

A L I A S E S                    SSN            OLS/OLN
WILLIAMS, ALVIN              ████████████   ████████████
WILLIAMS, ALVIN C
WILLIAMS, ALVIN T
------------------------------------------------------------------------
ARREST DATE: 09/25/2003                          LID: 01192290
AGENCY: ORLEANS PARISH SO                         AFIS ATN: 360020311746
   NAME: WILLIAMS, ALVIN


CHARGE 1                                          COUNTS 1
   R.S. C.CR.P. ART 202 RS 14 000  WARRANT
------------------------------------------------------------------------
ARREST DATE: 02/18/2004                          LID: 01226213
AGENCY: ORLEANS PARISH SO                         AFIS ATN: 360020401808
   NAME: WILLIAMS, ALVIN


CHARGE 1                                          COUNTS 1
   R.S. MUN PURP 271MCS 54-401   OBSTRUCTIN PUBLIC PLAC
CHARGE 2                                          COUNTS 1
   R.S. MUN PURP 271MCS 54-441   RESIST/OBSTRUCT OFFICR
CHARGE 3                                          COUNTS 1
   R.S. MUN PURP 271MCS 54-403   DISTURBING THE PEACE
CHARGE 4                                          COUNTS 1
   R.S. 40:967 PROHIBITED ACTS - SCHEDULE II, PENALTIES
CHARGE 5                                          COUNTS 1
   R.S. 40:966 MANUF./DISTRIBUTION/POSSESS. OF SCH.1; POSSESS. MARIJUANA
CHARGE 6                                          COUNTS 1
   R.S. 14:60(3) AGGR. BURGLARY CHG/PENALTY: IF COMMITS BATTERY; 1-30Y HARD LB
------------------------------------------------------------------------
DATE: 04/19/2004                                 LID: 00480922
AGENCY: LA DOC-P&P-ORLEANS WEST                   AFIS ATN: DCNO10400414
   NAME: WILLIAMS, ALVIN T

DISPOSITION 1                                     COUNTS 1
   PROBATION 1. POSSESSION -CRACK ORL#446-252H 04/19/2004 PGAC SENT 2YRS DOC
   S/S 2YRS ACT PROBATION BEGINS 04/19/2004 ENDS 04/19/04
DISPOSITION 2                                     COUNTS 1
   PROBATION 2. POSSESSION-MARIJUANA 1ST 04/19/2004 PGAC SENT 1MOS DEF S/S
   1YR ACT PROBATION BEGINS 04/19/2004 ENDS 04/19/2005
------------------------------------------------------------------------
ARREST DATE: 08/07/2004                          LID: 01268635
AGENCY: ORLEANS PARISH SO                         AFIS ATN: 360020408629
```

CONFIDENTIAL

NAME: WILLIAMS, ALVIN

CHARGE 1                                              COUNTS 1
  R.S. MUN PURP 271MCS 54-401   OBSTRUCTIN PUBLIC PLAC
CHARGE 2                                              COUNTS 1
  R.S. CCRP ART 202 RS 14 000   WARRANT
--------------------------------------------------------------------------------
ARREST DATE: 08/19/2004                              LID: 01271520
AGENCY: ORLEANS PARISH SO                             AFIS ATN: 360020408988
  NAME: WILLIAMS, ALVIN

CHARGE 1                                              COUNTS 1
  R.S. MUN PURP 271MCS 54-153   CRIMINAL TREPASS
CHARGE 2                                              COUNTS 1
  R.S. CCRP ART 202 RS 14 000   WARRANT
--------------------------------------------------------------------------------
ARREST DATE: 09/20/2004                              LID: 01279050
AGENCY: ORLEANS PARISH SO                             AFIS ATN: 360030411690
  NAME: WILLIAMS, ALVIN

CHARGE 1                                              COUNTS 1
  R.S. FED PURP RS 40 967 (B) (1) A40D PWIT DISTRIBUTE CRACK
--------------------------------------------------------------------------------
ARREST DATE: 06/20/2006                              LID: 02025710
AGENCY: ORLEANS PARISH SO                             AFIS ATN: 360030606592
  NAME: WILLIAMS, ALVIN C

CHARGE 1                                              COUNTS 1
  R.S. 40: 967 PROHIBITED ACTS - SCHEDULE II
--------------------------------------------------------------------------------
ARREST DATE: 04/10/2007                              LID: 02073927
AGENCY: ORLEANS PARISH SO                             AFIS ATN: 360020703267
  NAME: WILLIAMS, ALVIN

CHARGE 1                                              COUNTS 1
  R.S. 40: 967 PROHIBITED ACTS - SCHEDULE II
--------------------------------------------------------------------------------
ARREST DATE: 10/13/2007                              LID: 02104429
AGENCY: ORLEANS PARISH SO                             AFIS ATN: 360020710907
  NAME: WILLIAMS, ALVIN T

CHARGE 1                                              COUNTS 1
  R.S. 14: 30.1 SECOND DEGREE MURDER
--------------------------------------------------------------------------------
THE RESPONSE TO YOUR REQUEST FOR CRIMINAL HISTORY RECORD CHECK IS
BASED ON A REVIEW OF THE STATE OF LOUISIANA'S CRIMINAL HISTORY RECORDS
DATABASE ONLY. THIS DOES NOT PRECLUDE THE EXISTENCE OF A RECORD IN A
LOCAL AGENCY, ANOTHER STATE, OR THE FBI CJIS DIVISION.



CONFIDENTIAL

*CUSTODY*
*(BI)*

```
Reference: Unknown
Msg ID   :
Msg Key  : C5
Date/Time: 20170620082819
Ent Agy  :
Requester:
User     :
ORI      :
Source   : LEMS
Control  :
Summary  : CCHC Response

TXT: MSG 4754018625 CJANGO11 03AAA1 CCHC    5B4DCB 20170620 08:28:17
LA063105C.
CTL/
ATN/

C5.LA063105C..4754018625.. 06/20/2017 08:28:17
REQUESTED BY: ASHLEY PORET
```

                    S T A T E   O F   L O U I S I A N A
            *FOR USE BY AUTHORIZED CRIMINAL JUSTICE AGENCIES ONLY*
                (FINGERPRINTS ARE NECESSARY FOR A POSITIVE ID)

----------------------------------------------------------------------
INVESTIGATIVE REPORT                              CONFIDENTIAL RECORDS
----------------------------------------------------------------------
CRIMINAL RECORD OF: WILLIAMS, ALVIN                    FBI: 774733DC3
STATE ID: ███████     BIRTH DATE: ███████  PLACE: LA   DOC: 480922
RACE: B        HEIGHT:  5' 3"      HAIR: BLK            DNA ON
FILE:YES
SEX: M         WEIGHT: 146         EYES: BRO
SSN: 433598968  OLS/OLN:                               III: SSO
STATUS:
----------------------------------------------------------------------
A L I A S E S                       SSN          OLS/OLN      ID THEFT
WILLIAMS, ALVIN                     433598968                  NO
WILLIAMS, ALVIN                     433598968    LA008804348   NO
WILLIAMS, ALVIN C                   433598968    LA008804348   NO
WILLIAMS, ALVIN T                   433598968                  NO
----------------------------------------------------------------------
S U M M A R Y
DATE        AGENCY                     TEXT
09/25/2003  ORLEANS, LA CRIMINAL SO    ARRESTED, ATN: 360020311746
02/18/2004  ORLEANS, LA CRIMINAL SO    ARRESTED, ATN: 360020401808
04/19/2004  LA-DOC P&P ORLEANS WEST, LA  PROB, PROBATION 2.
POSSESSION-MARIJUANA 1ST
04/19/2004  LA-DOC P&P ORLEANS WEST, LA  PROB, PROBATION 1. POSSESSION -CRACK
08/07/2004  ORLEANS, LA CRIMINAL SO    ARRESTED, ATN: 360020408629
08/19/2004  ORLEANS, LA CRIMINAL SO    ARRESTED, ATN: 360020408988
09/20/2004  ORLEANS, LA CRIMINAL SO    ARRESTED, ATN: 360030411690
06/20/2006  ORLEANS, LA CRIMINAL SO    ARRESTED, ATN: 360030606592
04/10/2007  ORLEANS, LA CRIMINAL SO    ARRESTED, ATN: 360020703267
10/13/2007  ORLEANS, LA CRIMINAL SO    ARRESTED, ATN: 360020710907
11/14/2008  ELAYN HUNT CORRECTIONAL CENTER DCID, DOC ID 11/14/2008 ORL 474521
14:30.1 2ND
----------------------------------------------------------------------
ARREST DATE: 09/25/2003                      LID: 01192290
AGENCY: ORLEANS, LA CRIMINAL SO (LA0360000)  AFIS ATN:
360020311746
  NAME: WILLIAMS, ALVIN

CHARGE 1
  CCRP 202 RS 14 000  WARRANT                COUNTS 1

----------------------------------------------------------------------
ARREST DATE: 02/18/2004                      LID: 01226213
AGENCY: ORLEANS, LA CRIMINAL SO (LA0360000)  AFIS ATN:
360020401808
  NAME: WILLIAMS, ALVIN

CHARGE 1
  R.S. MUN PURP 271MCS 54-401  OBSTRUCTIN PUBLIC PLAC    COUNTS 1
CHARGE 2
  R.S. MUN PURP 271MCS 54-441  RESIST/OBSTRUCT OFFICR    COUNTS 1
CHARGE 3
  R.S. MUN PURP 271MCS 54-403  DISTURBING THE PEACE      COUNTS 1
CHARGE 4
  R.S. 40:967 F PROHIBITED ACTS - SCHEDULE II, PENALTIES COUNTS 1
CHARGE 5                                                  COUNTS 1
```

RECEIVED
JUN 2 2 2017
LSP/RECORDS

CONFIDENTIAL

```
   R.S. 40:966 MANUF./DISTRIBUTION/POSSESS.OF SCH.1;POSSESS.MARIJUANA
CHARGE 6                                                    COUNTS 1
   R.S. 14:60(3) F AGGR. BURGLARY CHG/PENALTY:IF COMMITS BATTERY; 1-30Y HARD LB

   CASE: R.S. 40:966 (D) (1) POSS MARIJUANA 1ST OFFENSE
   DISPOSITION: 04/20/2004 CMIS 04/19/2004 ORLEANS, LA CRIMINAL DISTRICT COURT
      DOCKET 0446269 GUILTY 40:966 (D) (1) POSS MARIJUANA 1ST OFFENSE DATE
      SENTENCED 04/19/2004 ORLEANS, LA CRIMINAL SO SENTENCE BEGINS 04/19/2004 6M
      SUSP SENTENCE 6M UNSUP PROBATION 1Y CREDIT FOR TIME SERVED

----------------------------------------------------------------------------
ARREST DATE: 08/07/2004                              LID: 01268635
AGENCY: ORLEANS, LA CRIMINAL SO (LA0360000)          AFIS ATN:
360020408629
   NAME: WILLIAMS, ALVIN

CHARGE 1                                                    COUNTS 1
   R.S. MUN PURP 271MCS 54-401  OBSTRUCTIN PUBLIC PLAC
CHARGE 2                                                    COUNTS 1
   CCRP 202 RS 14 000  WARRANT

----------------------------------------------------------------------------
ARREST DATE: 08/19/2004                              LID: 01271520
AGENCY: ORLEANS, LA CRIMINAL SO (LA0360000)          AFIS ATN:
360020408988
   NAME: WILLIAMS, ALVIN

CHARGE 1                                                    COUNTS 1
   R.S. MUN PURP 271MCS 54-153  CRIMINAL TREPASS
CHARGE 2                                                    COUNTS 1
   CCRP 202 RS 14 000  WARRANT

----------------------------------------------------------------------------
ARREST DATE: 09/20/2004                              LID: 01279050
AGENCY: ORLEANS, LA CRIMINAL SO (LA0360000)          AFIS ATN:
360030411690
   NAME: WILLIAMS, ALVIN

CHARGE 1                                                    COUNTS 1
   R.S. FED PURP RS 40 967 (B) (1) A40D PWIT DISTRIBUTE CRACK

   CASE: R.S. 40:967 (B) (1) A40D PWIT DISTRIBUTE CRACK
   DISPOSITION: 06/13/2005 CMIS 04/20/2005 ORLEANS, LA CRIMINAL DISTRICT COURT
      DOCKET 0452423 PLED GUILTY GUILTY 40:967 (B) (1) A40D PWIT DISTRIBUTE
      CRACK DATE SENTENCED 04/20/2005 LA-DOC P&P EAST ORLEANS, LA SENTENCE
      BEGINS 04/20/2005 2Y

----------------------------------------------------------------------------
ARREST DATE: 06/20/2006                              LID: 02025710
AGENCY: ORLEANS, LA CRIMINAL SO (LA0360000)          AFIS ATN:
360030606592
   NAME: WILLIAMS, ALVIN C

CHARGE 1                                                    COUNTS 1
   R.S. 40:967 PROHIBITED ACTS - SCHEDULE II

----------------------------------------------------------------------------
ARREST DATE: 04/10/2007                              LID: 02073927
AGENCY: ORLEANS, LA CRIMINAL SO (LA0360000)          AFIS ATN:
360020703267
   NAME: WILLIAMS, ALVIN

CHARGE 1                                                    COUNTS 1
   R.S. 40:967 PROHIBITED ACTS - SCHEDULE II

----------------------------------------------------------------------------
ARREST DATE: 10/13/2007                              LID: 02104429
AGENCY: ORLEANS, LA CRIMINAL SO (LA0360000)          AFIS ATN:
360020710907
   NAME: WILLIAMS, ALVIN T

CHARGE 1                                                    COUNTS 1
   R.S. 14:30.1 SECOND DEGREE MURDER

----------------------------------------------------------------------------
M I S C   D I S P O S I T I O N S
----------------------------------------------------------------------------
DATE: 04/19/2004                                     LID: 00480922
AGENCY: LA-DOC P&P ORLEANS WEST, LA                  AFIS ATN:
DCNO10400414
```

CONFIDENTIAL

```
  NAME: WILLIAMS, ALVIN T
CHARGE 1                                              COUNTS 1
   CASE: R.S. PROB
   DISPOSITION: PROBATION 1. POSSESSION -CRACK ORL#446-252H 04/19/2004 PGAC SENT
     2YRS DOC S/S 2YRS ACT PROBATION BEGINS 04/19/2004 ENDS 04/19/04
CHARGE 2                                              COUNTS 1
   CASE: R.S. PROB
   DISPOSITION: PROBATION 2. POSSESSION-MARIJUANA 1ST 04/19/2004 PGAC SENT.
     6MONS OPP S/S 1YR ACT PROBATION BEGINS 04/19/2004 ENDS 04/19/2005

DATE: 11/14/2008                                      LID:
AGENCY: ELAYN HUNT CORRECTIONAL CENTER                AFIS ATN:
HUNT10801878
   NAME: WILLIAMS, ALVIN
CHARGE 1                                              COUNTS 0
   CASE: R.S. DCID
   DISPOSITION: DOC ID 11/14/2008 ORL 474521 14:30.1 2ND DEG MURDER LIFE

----------------------------------------------------------------------
THE RESPONSE TO YOUR REQUEST FOR CRIMINAL HISTORY RECORD CHECK IS
BASED ON A REVIEW OF THE STATE OF LOUISIANA'S CRIMINAL HISTORY RECORDS
DATABASE ONLY. THIS DOES NOT PRECLUDE THE EXISTENCE OF A RECORD IN A
LOCAL AGENCY, ANOTHER STATE, OR THE FBI CJIS DIVISION.

                     ** END OF RAPSHEET **
TRACKING: 06/20/2017, 08:28:19
- MKE: C5
- Source: LEMS
- ISN: 04X9001TJW
- REF: UNKNOWN

==================================================================
```

CONFIDENTIAL

```
                       ELAYN HUNT CORRECTIONAL CENTER
                     ADULT RECEPTION & DIAGNOSTIC CENTER
ADMISSION SUMMARY                                                 Page 1
                                        Date of
Last Name          First Name    DOC #  Interview  Interviewer
----------------   -------------  ------  ----------  -------------------------
WILLIAMS           ALVIN          480922 11/18/2008 SHAREL FAVORITE CCO II
```

FAMILY:
-------

```
Name                            Relationship   Age  Address
-----------------------------  -------------  ---  -------------------------
ALVIN POWELL                   | FATHER        | 44  █████████████████████████
                               |               |
                               | MOTHER        | 42  █████████████████████████
                               |
                               | BROTHER       | 12  SAME AS MOTHER
                               | BROTHER       | 14  SAME AS MOTHER
                               | SISTER        | 24  SAME AS MOTHER
                               | SISTER        | 20  SAME AS MOTHER
                               | M-GRANDMOTHER  | 64  ████████████████████
                               |
                               | M-GRANDFATHER | 67  SAME AS MGRM
```

INMATE RAISED BY: MOTHER
-----------------
RESIDENTIAL PATTERN: Entirely in Louisiana
-------------------

RECREATIONAL PREFERENCE: SPORTS
-----------------------
OCCUPATIONAL EXPERIENCE: CARPENTRY
-----------------------
OCCUPATIONAL INTEREST: WELDING;OFFHORE
---------------------
EDUCATION: 12TH Highest Grade Completed   No Special Education.
----------
VOCATIONAL TRAINING: NONE INDICATED
-------------------
EDUCATIONAL INTEREST: NONE INDICATED
--------------------
MILITARY: None Indicated   TYPE OF SEPARATION: None Indicated
---------                  -------------------

ALCOHOL USAGE: Denies      NARCOTIC USAGE: Denies
-------------              --------------

MEDICAL/DENTAL/MENTAL HEALTH HISTORY:  The release of medical/dental/mental
health information is restricted under LA R. S. 44:7 and Department Regulation
No. 10-11.  Such data is recorded on the ARDC Health Appraisal, Health
Screening and Assessment and Intervention forms.  These forms are kept in
each inmate's official medical/mental health records.

CLARIFIED ARRESTS: If any, see attached Clarification Sheet.
------------------
```

CONFIDENTIAL

```
                      ELAYN HUNT CORRECTIONAL CENTER
                   ADULT RECEPTION & DIAGNOSTIC CENTER
ADMISSION SUMMARY                                              Page 2
                                       Date of
Last Name          First Name    DOC #  Interview  Interviewer
-----------------  --------------- ------ ---------- -------------------------
WILLIAMS           ALVIN          480922 11/18/2008 SHAREL FAVORITE CCO II
```

DETAINERS/OPEN CHARGE: None Indicated.
-----------------------

ESCAPE HISTORY: No Escape History Indicated
---------------

ENEMIES:
--------

██████████████████ - DCI - FIGHT

PRIOR FELONIES:
---------------

1. 2/18/04 - ORL - PWID COC & PWID MARIJ - CNV 4/19/04
SENT. 2YRS PROB & 1YR PROB - DKT # 446252 & 446269 -  PER
CAUN 2 AND SPAS

2. 7/22/04 - ORL - PWID COC - CNV 4/20/05 - SENT. 2YRS
DKT #452423 - PER CAJUN 2 AND SPAS

CRIME: SECOND DEG MURDER
------
SENTENCE: LIFE
---------
OFFENDER CLASS: 3RD                        POV POINT TOTAL: >14
---------------                            -----------------
EVALUATION AND RECOMMENDATION:              DATE OF BIRTH: ██████████
-----------------------------              --------------

ELIGIBLE FOR:

Maintenance: NO    NATURE OF INSTANT OFFENSE
 LENGTH OF SENTENCE
 POV >14

PCC: NO    LENGTH OF SENTENCE

Medium Security: NO    LENGTH OF SENTENCE

LSP: YES



ELAYN HUNT CORRECTIONAL CENTER
ADULT RECEPTION & DIAGNOSTIC CENTER

ADMISSION SUMMARY                                              Page 3

                                       Date of
Last Name          First Name    DOC #  Interview  Interviewer
---------------- ---------------- ------ ---------- --------------------------
WILLIAMS           ALVIN          480922 11/18/2008 SHAREL FAVORITE CCO II

ADJUSTMENT: Subject Could Be A Source Of Adjustment Concerns Due To:
-----------

  Nature of Offense
  Length of Sentence
                                    Conduct While Incarcerated
  Nature Of Criminal History
                                    Other
OTHER-DB #10 WHILE IN HRDC

                                    _____
                                    SHAREL FAVORITE CCO II   11/18/2008

 SOURCE OF INFORMATION:
 ----------------------
 Interview                          Clarification Data (Attached)
 State Police Arrest Sheet          Bill Of Information
                                    Court Minutes
 Arrest Information Sheet           Commitment Data
 Cajun 2 Database
 NO PSI



LOUISIANA RISK NEED ASSESSMENT II

**INMATE NAME:** WILLIAMS, ALVIN          **DOC#:** 00480922

| STATIC RISK FACTORS | PTS | DYNAMIC RISK FACTORS | PTS |
|---|---|---|---|
| 1. AGE AT FIRST ARREST | | 8. CURRENT AGE | |
|     17 TO 25 YEARS | 1 |     21-40 | 01 |
| 2. HISTORY OF REVOCATIONS | | 9. SECURITY THREAT GROUP MEMBERSHIP | |
|     ONE REVOCATION | 1 |     NO ACTIVE MEMBERSHIP | 0 |
| 3. HISTORY OF MENTAL HEALTH PROBLEMS | | 10. COMPLETED EDUCATION/OJT/VOCATION PROBRAM | |
|     NONE | 0 |     YES OR GED/HIGH SCHOOL DEGREE | -2 |
| 4. EMPLOYMENT HISTORY | | 11. DISCIPLINARY CONDUCT | |
|     EMPLOYED 12 CONSECUTIVE MOS PRIOR TO PRISON | 0 |     NO SCHEDULE B PRIOR 12 MONTHS | -1 |
| 5. TYPE OF CRIMINAL RECORD | | 12. CURRENT CUSTODY LEVEL | |
|     ALL OTHER OFFENSES | 0 |     MEDIUM | 00 |
| 6. HISTORY OF DRUG/ALCOHOL ABUSE | | 13. CURRENT MENTAL HEALTH STATUS | |
|     NONE | 0 |     NO CURRENT MENTAL HEALTH PROBLEMS | 0 |
| 7. FELONY CONVICTIONS | | | |
|     THREE FELONY CONVICTIONS | 2 | | |
| TOTAL STATIC RISK SCORE: | 4 | TOTAL DYNAMIC RISK SCOR | -2 |

TOTAL RISK SCORE:  2  POINTS

OVERALL RISK LEVEL:
LOW RISK (0-6PTS)

FORM COMPLETED BY: SHERI BARTON                    DATE: 03202019



LOUISIANA RISK NEED ASSESSMENT II

**INMATE NAME:** WILLIAMS, ALVIN                    **DOC#:** 00480922

| STATIC RISK FACTORS | PTS | DYNAMIC RISK FACTORS | PTS |
|---|---|---|---|
| 1. AGE AT FIRST ARREST | | 8. CURRENT AGE | |
| 17 TO 25 YEARS | 1 | 21-40 | 01 |
| 2. HISTORY OF REVOCATIONS | | 9. SECURITY THREAT GROUP MEMBERSHIP | |
| ONE REVOCATION | 1 | NO ACTIVE MEMBERSHIP | 0 |
| 3. HISTORY OF MENTAL HEALTH PROBLEMS | | 10. COMPLETED EDUCATION/OJT/VOCATION PROBRAM | |
| NONE | 0 | YES OR GED/HIGH SCHOOL DEGREE | -2 |
| 4. EMPLOYMENT HISTORY | | 11. DISCIPLINARY CONDUCT | |
| EMPLOYED 12 CONSECUTIVE MOS PRIOR TO PRISON | 0 | NO SCHEDULE B PRIOR 12 MONTHS | -1 |
| 5. TYPE OF CRIMINAL RECORD | | 12. CURRENT CUSTODY LEVEL | |
| ALL OTHER OFFENSES | 0 | MEDIUM | 00 |
| 6. HISTORY OF DRUG/ALCOHOL ABUSE | | 13. CURRENT MENTAL HEALTH STATUS | |
| NONE | 0 | NO CURRENT MENTAL HEALTH PROBLEMS | 0 |
| 7. FELONY CONVICTIONS | | | |
| THREE FELONY CONVICTIONS | 2 | | |
| TOTAL STATIC RISK SCORE: | 4 | TOTAL DYNAMIC RISK SCOR | -2 |

TOTAL RISK SCORE:  2  POINTS

OVERALL RISK LEVEL:
LOW RISK (0-6PTS)

FORM COMPLETED BY: MICHAEL DUCOTE                    DATE: 03122018


CONFIDENTIAL

LOUISIANA RISK NEED ASSESSMENT II

**INMATE NAME:** WILLIAMS, ALVIN          **DOC#:** 00480922

| STATIC RISK FACTORS | PTS | DYNAMIC RISK FACTORS | PTS |
|---|---|---|---|
| 1. AGE AT FIRST ARREST | | 8. CURRENT AGE | |
| 17 TO 25 YEARS | 1 | 21-40 | 01 |
| 2. HISTORY OF REVOCATIONS | | 9. SECURITY THREAT GROUP MEMBERSHIP | |
| ONE REVOCATION | 1 | NO ACTIVE MEMBERSHIP | 0 |
| 3. HISTORY OF MENTAL HEALTH PROBLEMS | | 10. COMPLETED EDUCATION/OJT/VOCATION PROBRAM | |
| NONE | 0 | YES OR GED/HIGH SCHOOL DEGREE | -2 |
| 4. EMPLOYMENT HISTORY | | 11. DISCIPLINARY CONDUCT | |
| EMPLOYED 12 CONSECUTIVE MOS PRIOR TO PRISON | 0 | NO SCHEDULE B PRIOR 12 MONTHS | -1 |
| 5. TYPE OF CRIMINAL RECORD | | 12. CURRENT CUSTODY LEVEL | |
| ALL OTHER OFFENSES | 0 | MEDIUM | 00 |
| 6. HISTORY OF DRUG/ALCOHOL ABUSE | | 13. CURRENT MENTAL HEALTH STATUS | |
| SINGLE SUBSTANCE ABUSE | 1 | NO CURRENT MENTAL HEALTH PROBLEMS | 0 |
| 7. FELONY CONVICTIONS | | | |
| THREE FELONY CONVICTIONS | 2 | | |
| TOTAL STATIC RISK SCORE: | 5 | TOTAL DYNAMIC RISK SCOR | -2 |

TOTAL RISK SCORE:  3  POINTS

OVERALL RISK LEVEL:
LOW RISK (0-6PTS)

FORM COMPLETED BY: CARLEEN VIDRINE                    DATE: 03102017


RECEIVED
LSP RECORDS
CONFIDENTIAL

LOUISIANA RISK NEED ASSESSMENT II

INMATE NAME: WILLIAMS, ALVIN                    DOC#: 00480922

| STATIC RISK FACTORS | PTS | DYNAMIC RISK FACTORS | PTS |
|---|---|---|---|
| 1. AGE AT FIRST ARREST | | 8. CURRENT AGE | |
| 17 TO 25 YEARS | 1 | 21-40 | 01 |
| 2. HISTORY OF REVOCATIONS | | 9. SECURITY THREAT GROUP MEMBERSHIP | |
| ONE REVOCATION | 1 | NO ACTIVE MEMBERSHIP | 0 |
| 3. HISTORY OF MENTAL HEALTH PROBLEMS | | 10. COMPLETED EDUCATION/OJT/VOCATION PROBRAM | |
| NONE | 0 | YES OR GED/HIGH SCHOOL DEGREE | -2 |
| 4. EMPLOYMENT HISTORY | | 11. DISCIPLINARY CONDUCT | |
| EMPLOYED 12 CONSECUTIVE MOS PRIOR TO PRISON | 0 | 1 TO 2 SCHEDULE B - PRIOR 12 MONTHS | 01 |
| 5. TYPE OF CRIMINAL RECORD | | 12. CURRENT CUSTODY LEVEL | |
| ALL OTHER OFFENSES | 0 | MEDIUM | 00 |
| 6. HISTORY OF DRUG/ALCOHOL ABUSE | | 13. CURRENT MENTAL HEALTH STATUS | |
| SINGLE SUBSTANCE ABUSE | 1 | NO CURRENT MENTAL HEALTH PROBLEMS | 0 |
| 7. FELONY CONVICTIONS | | | |
| THREE FELONY CONVICTIONS | 2 | | |
| TOTAL STATIC RISK SCORE: | 5 | TOTAL DYNAMIC RISK SCOR | 0 |
| TOTAL RISK SCORE:  5  POINTS | | | |

OVERALL RISK LEVEL:
LOW RISK (0-6PTS)

FORM COMPLETED BY: MARY ANTHONY                    DATE: 03242016

RECEIVED
APR 01 2016
LSP RECORDS
CONFIDENTIAL



LOUISIANA RISK NEED ASSESSMENT II

**INMATE NAME:** WILLIAMS, ALVIN                **DOC#:** 00480922

| STATIC RISK FACTORS | PTS | DYNAMIC RISK FACTORS | PTS |
|---|---|---|---|
| 1. AGE AT FIRST ARREST | | 8. CURRENT AGE | |
|    17 TO 25 YEARS | 1 |    21-40 | 01 |
| 2. HISTORY OF REVOCATIONS | | 9. SECURITY THREAT GROUP MEMBERSHIP | |
|    ONE REVOCATION | 1 |    NO ACTIVE MEMBERSHIP | 0 |
| 3. HISTORY OF MENTAL HEALTH PROBLEMS | | 10. COMPLETED EDUCATION/OJT/VOCATION PROBRAM | |
|    NONE | 0 |    YES OR GED/HIGH SCHOOL DEGREE | -2 |
| 4. EMPLOYMENT HISTORY | | 11. DISCIPLINARY CONDUCT | |
|    EMPLOYED 12 CONSECUTIVE MOS PRIOR TO PRISON | 0 |    1 TO 2 SCHEDULE B - PRIOR 12 MONTHS | 01 |
| 5. TYPE OF CRIMINAL RECORD | | 12. CURRENT CUSTODY LEVEL | |
|    ALL OTHER OFFENSES | 0 |    MEDIUM | 00 |
| 6. HISTORY OF DRUG/ALCOHOL ABUSE | | 13. CURRENT MENTAL HEALTH STATUS | |
|    SINGLE SUBSTANCE ABUSE | 1 |    NO CURRENT MENTAL HEALTH PROBLEMS | 0 |
| 7. FELONY CONVICTIONS | | | |
|    THREE FELONY CONVICTIONS | 2 | | |
| TOTAL STATIC RISK SCORE: | 5 | TOTAL DYNAMIC RISK SCOR | 0 |
| TOTAL RISK SCORE: 5 POINTS | | | |

OVERALL RISK LEVEL:
LOW RISK (0-6PTS)

FORM COMPLETED BY: RENE HONEYCUTT                              DATE: 03312015



RECEIVED
APR ...
ASP RECORDS
CONFIDENTIAL

LOUISIANA RISK NEED ASSESSMENT II

**INMATE NAME:** WILLIAMS, ALVIN                    **DOC#:** 00480922

| STATIC RISK FACTORS | PTS | DYNAMIC RISK FACTORS | PTS |
|---|---|---|---|
| 1. AGE AT FIRST ARREST<br>    17 TO 25 YEARS | 1 | 8. CURRENT AGE<br>    21-40 | 01 |
| 2. HISTORY OF REVOCATIONS<br>    ONE REVOCATION | 1 | 9. SECURITY THREAT GROUP MEMBERSHIP<br>    NO ACTIVE MEMBERSHIP | 0 |
| 3. HISTORY OF MENTAL HEALTH PROBLEMS<br>    NONE | 0 | 10. COMPLETED EDUCATION/OJT/VOCATION PROBRAM<br>     YES OR GED/HIGH SCHOOL DEGREE | -2 |
| 4. EMPLOYMENT HISTORY<br>    EMPLOYED 12 CONSECUTIVE MOS PRIOR TO PRISON | 0 | 11. DISCIPLINARY CONDUCT<br>     NO SCHEDULE B PRIOR 12 MONTHS | -1 |
| 5. TYPE OF CRIMINAL RECORD<br>    ALL OTHER OFFENSES | 0 | 12. CURRENT CUSTODY LEVEL<br>     MEDIUM | 00 |
| 6. HISTORY OF DRUG/ALCOHOL ABUSE<br>    NONE | 0 | 13. CURRENT MENTAL HEALTH STATUS<br>     NO CURRENT MENTAL HEALTH PROBLEMS | 0 |
| 7. FELONY CONVICTIONS<br>    THREE FELONY CONVICTIONS | 2 | | |
| TOTAL STATIC RISK SCORE: | 4 | TOTAL DYNAMIC RISK SCOR | -2 |

TOTAL RISK SCORE: 2  POINTS

OVERALL RISK LEVEL:
LOW RISK (0-6PTS)

FORM COMPLETED BY: MARY ANTHONY                              DATE: 02282013



RECEIVED
JUN 0 7 20...
LSP/RECORDS
CONFIDENTIAL

LOUISIANA RISK NEED ASSESSMENT II

**INMATE NAME:**  WILLIAMS, ALVIN                    **DOC#:**  00480922

| STATIC RISK FACTORS | PTS | DYNAMIC RISK FACTORS | PTS |
|---|---|---|---|
| 1. AGE AT FIRST ARREST<br>    17 TO 25 YEARS | 1 | 8. CURRENT AGE<br>    21-40 | 01 |
| 2. HISTORY OF REVOCATIONS<br>    ONE REVOCATION | 1 | 9. SECURITY THREAT GROUP MEMBERSHIP<br>    NO ACTIVE MEMBERSHIP | 0 |
| 3. HISTORY OF MENTAL HEALTH PROBLEMS<br>    NONE | 0 | 10. COMPLETED EDUCATION/OJT/VOCATION PROBRAM<br>    YES OR GED/HIGH SCHOOL DEGREE | -2 |
| 4. EMPLOYMENT HISTORY<br>    EMPLOYED 12 CONSECUTIVE MOS PRIOR TO PRISON | 0 | 11. DISCIPLINARY CONDUCT<br>    1 TO 2 SCHEDULE B - PRIOR 12 MONTHS | 01 |
| 5. TYPE OF CRIMINAL RECORD<br>    ALL OTHER OFFENSES | 0 | 12. CURRENT CUSTODY LEVEL<br>    MEDIUM | 00 |
| 6. HISTORY OF DRUG/ALCOHOL ABUSE<br>    SINGLE SUBSTANCE ABUSE | 1 | 13. CURRENT MENTAL HEALTH STATUS<br>    NO CURRENT MENTAL HEALTH PROBLEMS | 0 |
| 7. FELONY CONVICTIONS<br>    THREE FELONY CONVICTIONS | 2 | | |
| TOTAL STATIC RISK SCORE: | 5 | TOTAL DYNAMIC RISK SCOR | 0 |

TOTAL RISK SCORE:  5  POINTS

OVERALL RISK LEVEL:
LOW RISK (0-6PTS)

FORM COMPLETED BY: REGINALD LADMIRAULT                    DATE: 02202012

RECEIVED

MAR 05 2012

LA STATE PENITENTIARY
RECORDS OFFICE

CONFIDENTIAL

LOUISIANA RISK NEED ASSESSMENT II

INMATE NAME: WILLIAMS, ALVIN                    DOC#: 00480922

| STATIC RISK FACTORS | PTS | DYNAMIC RISK FACTORS | PTS |
|---|---|---|---|
| 1. AGE AT FIRST ARREST<br>    17 TO 25 YEARS | 1 | 8. CURRENT AGE<br>    21-40 | 01 |
| 2. HISTORY OF REVOCATIONS<br>    ONE REVOCATION | 1 | 9. SECURITY THREAT GROUP MEMBERSHIP<br>    NO ACTIVE MEMBERSHIP | 0 |
| 3. HISTORY OF MENTAL HEALTH PROBLEMS<br>    NONE | 0 | 10. COMPLETED EDUCATION/OJT/VOCATION PROBRAM<br>    YES OR GED/HIGH SCHOOL DEGREE | -2 |
| 4. EMPLOYMENT HISTORY<br>    EMPLOYED 12 CONSECUTIVE MOS PRIOR TO PRISON | 0 | 11. DISCIPLINARY CONDUCT<br>    NO SCHEDULE B PRIOR 12 MONTHS | -1 |
| 5. TYPE OF CRIMINAL RECORD<br>    ALL OTHER OFFENSES | 0 | 12. CURRENT CUSTODY LEVEL<br>    MEDIUM | 00 |
| 6. HISTORY OF DRUG/ALCOHOL ABUSE<br>    SINGLE SUBSTANCE ABUSE | 1 | 13. CURRENT MENTAL HEALTH STATUS<br>    NO CURRENT MENTAL HEALTH PROBLEMS | 0 |
| 7. FELONY CONVICTIONS<br>    THREE FELONY CONVICTIONS | 2 | | |
| TOTAL STATIC RISK SCORE: | 5 | TOTAL DYNAMIC RISK SCOR | -2 |

TOTAL RISK SCORE:  3  POINTS

OVERALL RISK LEVEL:
LOW RISK (0-6PTS)

FORM COMPLETED BY: REGINALD LADMIRAULT                    DATE: 03222010



LOUISIANA RISK NEED ASSESSMENT II

WILLIAMS, ALVIN                    DOC#: 00430530

| FACTORS | | PTS | DYNAMIC RISK FACTORS | | PTS |
|---|---|---|---|---|---|
| 1. AGE | ST | | 8. CURRENT AGE | | |
| | | 1 | 21-40 | | 01 |
| 2. HIS | ATIONS | | 9. SECURITY THREAT GROUP MEMBERSHIP | | |
| | | 1 | NO ACTIVE MEMBERSHIP | | 0 |
| 3. HI | HEALTH PROBLEMS | | 10. COMPLETED EDUCATION/OJT/VOCATION PROBRAM | | |
| | AL | 1 | NO | | 00 |
| 4. EMT | Y | | 11. DISCIPLINARY CONDUCT | | |
| | < 12 MOS PRIOR TO PRISON | 2 | 1 TO 2 SCHEDULE B - PRIOR 12 MONTHS | | 01 |
| 5. TYP | RECORD | | 12. CURRENT CUSTODY LEVEL | | |
| | NSES | 0 | MAXIMUM - DISCPLINARY | | 02 |
| 6. HI | LCOHOL ABUSE | | 13. CURRENT MENTAL HEALTH STATUS | | |
| | ANCE ABUSE | 2 | NO CURRENT MENTAL HEALTH PROBLEMS | | 0 |
| 7. FE | S | | | | |
| | VICTIONS | 1 | | | |
| | C RISK SCORE: | 8 | TOTAL DYNAMIC RISK SCOR | | 4 |

TOTAL RISK SCORE: 12  POINTS

OVERALL RISK LEVEL:
HIGH RISK (12 OR MOR

FORM CO:          EST WILLIAMS          RECEIVED          DATE: 06102009

JUN 1 8 2009

LSP/RECORDS


CONFIDENTIAL

# LOUISIANA RISK NEED ASSESSMENT II

Inmate's Name  Alvin Williams                     DOC#  430530

Instructions: Circle the correct score for each item and compute the correct risk level designation using the Instruction Guide.

| Static Risk Factors | Pts. | Dynamic Risk Factors | Pts. |
|---|---|---|---|
| 1. Age at First Arrest | | 8. Current Age    12-12-78 | |
| 26 years or older | 0 | 51 and above | -1 |
| 17 to 25 years | (1) | 41-50 | 0 |
| 16 years or younger | 2 | 21-40 | (1) |
| 2. History of Revocations | | Under 21 | 2 |
| None | 0 | 9. Security Threat Group Membership | |
| One | (1) | No Active Membership | (0) |
| Two or more | 2 | Active Membership | 2 |
| 3. History of Mental Health Problems | | 10. Completed Education/OJT/Vocational Program? | |
| None | 0 | Yes or GED/High School Degree | -2 |
| Yes – Functional | (1) | No | (0) |
| Yes – Dysfunctional | 2 | 11. Disciplinary Conduct | |
| 4. Employment History | | No Schedule B - Prior 12 months | -1 |
| Employed 12 consecutive months | 0 | 1 to 2 Schedule B - Prior 12 months | (1) |
| Unemployed or < 12 months | (2) | 3 to 5 Schedule B - Prior 12 months | 2 |
| 5. Type of Criminal Record | | 6 or more Schedule B – Prior 12 months | 3 |
| Current or prior offense – Economic Gain | 2 | 12. Current Custody Level | |
| Current and prior offense – Economic Gain | 4 | Minimum | -1 |
| All Other Offenses | (0) | Medium | 0 |
| 6. History of Drug/Alcohol Abuse | | Maximum | 1 |
| None | 0 | Maximum-Disciplinary | (2) |
| One | 1 | 13. Current Mental Health Status | |
| Two or more | (2) | No Current Mental Health Problems | (0) |
| 7. Felony Convictions | | Current Mental Health Problem - In Treatment | 1 |
| One | 0 | Current Mental Health Problem - Untreated | 2 |
| Two | (1) | | |
| Three or more | 2 | | |
| Total Static Risk Score | | Total Dynamic Risk Score | |

Total Risk Score: (add static risk and dynamic risk scores):_____Points

Overall Risk Level: (Check Correct Risk Level)

Low Risk(0-6pts.) _____    Moderate Risk(7-11pts.) _____    High Risk(12 or more) _____

Form Completed By: Emmet Ulli         Date: 6-9-09

CONFIDENTIAL

LOUISIANA RISK NEED ASSESSMENT II

**INMATE NAME:** WILLIAMS, ALVIN                    **DOC#:** 00480922

| STATIC RISK FACTORS | PTS | DYNAMIC RISK FACTORS | PTS |
|---|---|---|---|
| 1. AGE AT FIRST ARREST | | 8. CURRENT AGE | |
| 17 TO 25 YEARS | 1 | 21-40 | 01 |
| 2. HISTORY OF REVOCATIONS | | 9. SECURITY THREAT GROUP MEMBERSHIP | |
| ONE REVOCATION | 1 | NO ACTIVE MEMBERSHIP | 0 |
| 3. HISTORY OF MENTAL HEALTH PROBLEMS | | 10. COMPLETED EDUCATION/OJT/VOCATION PROBRAM | |
| NONE | 0 | NO | 00 |
| 4. EMPLOYMENT HISTORY | | 11. DISCIPLINARY CONDUCT | |
| EMPLOYED 12 CONSECUTIVE MOS PRIOR TO PRISON | 0 | 1 TO 2 SCHEDULE B - PRIOR 12 MONTHS | 01 |
| 5. TYPE OF CRIMINAL RECORD | | 12. CURRENT CUSTODY LEVEL | |
| ALL OTHER OFFENSES | 0 | MEDIUM | 00 |
| 6. HISTORY OF DRUG/ALCOHOL ABUSE | | 13. CURRENT MENTAL HEALTH STATUS | |
| SINGLE SUBSTANCE ABUSE | 1 | NO CURRENT MENTAL HEALTH PROBLEMS | 0 |
| 7. FELONY CONVICTIONS | | | |
| THREE FELONY CONVICTIONS | 2 | | |
| TOTAL STATIC RISK SCORE: | 5 | TOTAL DYNAMIC RISK SCOR | 2 |
| TOTAL RISK SCORE:  7  POINTS | | | |

OVERALL RISK LEVEL:
MODERATE RISK (7-11P

FORM COMPLETED BY: MARY ANTHONY                    DATE: 03192009



RECEIVED
MAR 2 4 2009
SP RECORD
CONFIDENTIAL

LOUISIANA RISK NEED ASSESSMENT II

INMATE NAME:  WILLIAMS, ALVIN                    DOC#:  00480922

| STATIC RISK FACTORS | PTS | DYNAMIC RISK FACTORS | PTS |
|---|---|---|---|
| 1. AGE AT FIRST ARREST | | 8. CURRENT AGE | |
| 17 TO 25 YEARS | 1 | 21-40 | 01 |
| 2. HISTORY OF REVOCATIONS | | 9. SECURITY THREAT GROUP MEMBERSHIP | |
| ONE REVOCATION | 1 | NO ACTIVE MEMBERSHIP | 0 |
| 3. HISTORY OF MENTAL HEALTH PROBLEMS | | 10. COMPLETED EDUCATION/OJT/VOCATION PROBRAM | |
| NONE | 0 | NO | 00 |
| 4. EMPLOYMENT HISTORY | | 11. DISCIPLINARY CONDUCT | |
| EMPLOYED 12 CONSECUTIVE MOS PRIOR TO PRISON | 0 | NO SCHEDULE B PRIOR 12 MONTHS | -1 |
| 5. TYPE OF CRIMINAL RECORD | | 12. CURRENT CUSTODY LEVEL | |
| ALL OTHER OFFENSES | 0 | MEDIUM | 00 |
| 6. HISTORY OF DRUG/ALCOHOL ABUSE | | 13. CURRENT MENTAL HEALTH STATUS | |
| SINGLE SUBSTANCE ABUSE | 1 | NO CURRENT MENTAL HEALTH PROBLEMS | 0 |
| 7. FELONY CONVICTIONS | | | |
| THREE FELONY CONVICTIONS | 2 | | |
| TOTAL STATIC RISK SCORE: | 5 | TOTAL DYNAMIC RISK SCOR | 0 |
| TOTAL RISK SCORE:  5  POINTS | | | |

OVERALL RISK LEVEL:
LOW RISK (0-6PTS)

FORM COMPLETED BY: MARY ANTHONY                         DATE: 03042009

RECEIVED

MAR 1 1 2009

LSP/RECORDS

CONFIDENTIAL

# LOUISIANA RISK NEED ASSESSMENT II

Inmate's Name *alvin Williams*                    DOC# *480922*

Instructions: Circle the correct score for each item and compute the correct risk level designation using the Instruction Guide.

| Static Risk Factor | Pts. | Dynamic Risk Factor | Pts. |
|---|---|---|---|
| **1. Age at First Arrest** | | **8. Current Age** | *23* |
| 26 years or older | 0 | 51 and above | -1 |
| 17 to 25 years | (1) | 41-50 | 0 |
| 16 years or younger | 2 | 21-40 | (1) |
| **2. History of Revocations** | | Under 21 | 2 |
| None | 0 | **9. Security Threat Group Membership** | |
| One | (1) | No Active Membership | (0) |
| Two or more | 2 | Active Membership | 2 |
| **3. History of Mental Health Problems** | | **10. Completed Education/OJT/Vocational Program?** | |
| None | 0 | Yes or GED/High School Degree | -2 |
| Yes – Functional | 1 | No | (0) |
| Yes – Dysfunctional | 2 | **11. Disciplinary Conduct** | |
| **4. Employment History** | | No Schedule B - Prior 12 months | |
| Employed 12 consecutive months | (0) | 1 to 2 Schedule B - Prior 12 months | (1) |
| Unemployed or < 12 months | 2 | 3 to 5 Schedule B - Prior 12 months | 2 |
| **5. Type of Criminal Record** | | 6 or more Schedule B – Prior 12 months | 3 |
| Current or prior offense – Economic Gain | 2 | **12. Current Custody Level** | |
| Current and prior offense – Economic Gain | 4 | Minimum | -1 |
| All Other Offenses | (0) | Medium | 0 |
| **6. History of Drug/Alcohol Abuse** | | Maximum | 1 |
| None | 0 | Maximum-Disciplinary | 2 |
| One | 1 | **13. Current Mental Health Status** | |
| Two or more | 2 | No Current Mental Health Problems | 0 |
| **7. Felony Convictions** | | Current Mental Health Problem - In Treatment | 1 |
| One | 0 | Current Mental Health Problem - Untreated | 2 |
| Two | 1 | | |
| Three or more | (2) | | |
| **Total Static Risk Score** | | **Total Dynamic Risk Score** | |

Total Risk Score: (add static risk and dynamic risk scores):_____ Points

**Overall Risk Level: (Check Correct Risk Level)**

_____ Low Risk(0-6pts.)        _____ Moderate Risk(7-11pts.)        _____ High Risk(12 or more)

Form Completed By: *S Favorit*                    Date: *12/16/08*

#1  *Welding*
#2  *Carpentry*

CONFIDENTIAL

C:\documents and settings\scalvert\desktop\sara's files

LOUISIANA RISK NEED ASSESSMENT II

**INMATE NAME:** WILLIAMS, ALVIN                    **DOC#:** 00480922

| STATIC RISK FACTORS | PTS | DYNAMIC RISK FACTORS | PTS |
|---|---|---|---|
| 1. AGE AT FIRST ARREST<br>  17 TO 25 YEARS | 1 | 8. CURRENT AGE<br>  21-40 | 01 |
| 2. HISTORY OF REVOCATIONS<br>  ONE REVOCATION | 1 | 9. SECURITY THREAT GROUP MEMBERSHIP<br>  NO ACTIVE MEMBERSHIP | 0 |
| 3. HISTORY OF MENTAL HEALTH PROBLEMS<br>  NONE | 0 | 10. COMPLETED EDUCATION/OJT/VOCATION PROBRAM<br>  NO | 00 |
| 4. EMPLOYMENT HISTORY<br>  EMPLOYED 12 CONSECUTIVE MOS PRIOR TO PRISON | 0 | 11. DISCIPLINARY CONDUCT<br>  1 TO 2 SCHEDULE B - PRIOR 12 MONTHS | 01 |
| 5. TYPE OF CRIMINAL RECORD<br>  ALL OTHER OFFENSES | 0 | 12. CURRENT CUSTODY LEVEL<br>  MINIMUM | 00 |
| 6. HISTORY OF DRUG/ALCOHOL ABUSE<br>  SINGLE SUBSTANCE ABUSE | 1 | 13. CURRENT MENTAL HEALTH STATUS<br>  NO CURRENT MENTAL HEALTH PROBLEMS | 0 |
| 7. FELONY CONVICTIONS<br>  THREE FELONY CONVICTIONS | 2 | | |
| TOTAL STATIC RISK SCORE: | 5 | TOTAL DYNAMIC RISK SCOR | 2 |

TOTAL RISK SCORE:  7  POINTS

OVERALL RISK LEVEL:
MODERATE RISK (7-11PTS)

FORM CREATED BY: JEFF GLADNEY                    DATE: 12/16/2008



Form C-01-022-D
15 January 2009

## PREA SCREENING CHECKLIST

**I. Identifying Data**
Offender Name (Print): _Alvin Williams_          DOC Number: _480922_

Reason for Screening: ___✓___ New Admission    _____ Regular Review    _____ Special Referral

| | | Yes/No | Source |
|---|---|---|---|
| **II.** | **Possible Victim Factors** | | |
| 1. | Former victim of prison rape or sexual assault-past ten years | N | |
| 2. | Youthful age (under 25) | Y | |
| 3. | Elderly (65 or older) | N | |
| 4. | Small physical stature (5'6" or less and/or less than 140 lbs) (Males Only) | N | |
| 5. | Developmental disability/mental health LOC 1, 1A, 2, 2A, 4 | N | 5 |
| 6. | First incarceration less than 30 days(juvenile, parish, state, federal) | N | |
| 7. | Homosexual/bi-sexual/overtly effeminate | N | |
| 8. | History of any sexual abuse-past ten years | N | |
| 9. | History of correctional facility consensual sex-past ten years | N | |
| 10. | Protective custody-past ten years (adult/juvenile) | N | |

**Victim Designation Process:**
If "Yes" to item 1. enter "Known Victim" code
If "Yes" to two or more items other than item 1. enter offender as "Potential Victim"
Otherwise designate offender as "Non-Victim"

**Scored Designation:** _____ Known Victim    _____ Potential Victim    ___✓___ Non-Victim

**Victim Over-Ride:**
_____ No _____ Yes (Cannot over-ride a known victim, ONLY a potential victim and non-victim)

If "Yes", indicate change: _____ "Potential Victim" to "Non-Victim" _____ "Non-Victim" to "Potential Victim"

Basis (why changed): _____

| | | Yes/No | Source |
|---|---|---|---|
| **III.** | **Possible Predatory Factors** | | |
| 1. | History of institutional predatory sexual behavior-past ten years | N | |
| 2. | Current or prior conviction for rape, child abuse or neglect-past ten years | N | |
| 3. | Sexual abuse or sexual assault toward others or domestic violence -past ten years (please circle the behaviors noted) | N | |
| 4. | Current gang affiliation | N | |
| 5. | Strong-arming / assaults in prison-past ten years | N | m PR |
| 6. | Consensual sex in correctional facility-past ten years | N | |
| 7. | In-prison sexual taunting toward staff or offenders-past ten years | N | |
| 8. | Overtly masculine (Females Only) | N | |

**Predator Designation Process:**
If "Yes" to item 1. enter "Known Predator" code
If "Yes" to two or more items other than item 1. designate offender as "Potential Predator"
Otherwise – designate offender as "Non-Predator"

**Scored Designation:** _____ Known Predator    _____ Potential Predator    ___✓___ Non-Predator

**Predator Over-Ride:**
_____ No _____ Yes (Cannot over-ride a known predator, ONLY a potential predator and non-predator)

If Yes indicate change: _____ "Potential Predator" to "Non-Predator" _____ "Non-Predator" to "Potential Predator"

Basis (why changed): _____

Completed By: _L. admirault_ Facility: _LSP_ Date Completed: _3/12/...
                (Print)                    (Print)                      (Print)

HC – 36 Form A

## MENTAL HEALTH SERVICE CODES
## AND LEVEL OF CARE REVIEW

INMATE: Alvin Williams   DOC#: 480922   DATE: 3.2.09

CIRCLE ONE OR MORE MODIFIERS FOR EACH SERVICE CODE AS APPROPRIATE

Current:                                    Change to:

| Code | Modifier | Code | Modifier |
|------|----------|------|----------|
| SH | (k) none indicated<br>p present*<br>s suspected<br>i history of ideation*<br>m history of self-mutilation* | SH | (x) none indicated<br>p present*<br>s suspected<br>i history of ideation*<br>m history of self-mutilation* |

*Indicate date of last act of self harm:_____     *Indicate date of last suicide watch:_____

*Indicate date of last management order (unrelated to suicide watch or ideation):_____

| DD | (x) none indicated<br>p present<br>s suspected | DD | (x) none indicated<br>p present<br>s suspected |
|----|----|----|----|
| SA | x none indicated<br>(e) abuse indicated<br>d dependence indicated<br>t detoxification indicated | SA | x none indicated<br>(a) abuse indicated<br>d dependence indicated<br>t detoxification indicated |
| SX | (x) none indicated<br>a adjudicated<br>c court-ordered treatment<br>i institutional | SX | (x) none indicated<br>a adjudicated<br>c court-ordered treatment<br>i institutional |
| AX | (x) none indicated<br>p present<br>s suspected | AX | (x) none indicated<br>p present<br>s suspected |
| PM | (x) no psychiatric medication<br>p present<br>r referral recommended | PM | (x) no psychiatric medication<br>p present<br>r referral recommended |

Level of Care: 5                          Level of Care 5

Reasons for changing or maintaining service codes and/or level of care:

_____

_____

_____

_____

RECEIVED
MAR 1 6 2009
LSP/RECORDS

C. Johnson, BSW
Mental Health Director/Designee

Copy: Medical Record (original)
Institutional Record
Mental Health Director

Revised 8/09/2005

CONFIDENTIAL

HC-36 Form A

### MENTAL HEALTH SERVICE CODES
### AND LEVEL OF CARE REVIEW

Inmate: ALVIN WILLIAMS                    DOC#: 480922    Date: 01/26/2009

   Circle One or More Modifiers for Each Service Code as Appropriate

      Current Code:    Change to Code:

      SH    X            p-present*      s-suspected    x-not indicated
                         i-hx ideation   m-hx mutilation

*Date of last self-harm:        /  /    *Date of last self-harm:    _____

Date of last suicide watch:     /  /    Date of last suicide watch  _____

Date of last Mgt. Order:        /  /    Date of last Mgt. Order     _____

      DD    X        DD  p-present      s-suspected    x-not indicated

      SA    A        SA  a-abuse indicated  d-dependency indicated
                         t-detoxification indicated  x-not indicated

      SX    X        SX  a-adjudicated    c-court-ordered treatment
                         i-institutional   x-not indicated

      AX    X        AX  p-present       s-suspected    x-not indicated

      PM    X        PM  p-present    r-referral recommended
                         x-no psychiatric medication

         Current Level of Care: 3      New Level of Care: _____

Reasons for changing or Maintaining service codes and/or level of care:

C-01-022

_____, LCSW-BACS
Mental Health Director/Designee

Copy: Medical Record (orginal)
      Institutional Record
      Mental Health Director

Note: This Form is also used to
      make changes in CajunII

CONFIDENTIAL

### LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Hunt Reception and Diagnostic Center
### Psychology Department

*James M. LeBlanc, Secretary*　　　　　　　　　　　　　　　　*Howard Prince, Warden*

**Institutional Report**
November 13, 2008

NAME: Williams, Alvin　　　　　　　　　　　　　　　　DOC#: 480922

DOB: 08/05/85　　　　　　　　　　　　　　　　　　　　R/S: B/M

LEVEL OF CARE: 5

SERVICE CODES:　　　　　　　　　　　　　　　　　　READING: 10th
  SHx　　　　　　　　　　　　　　　　　　　　　　　SPELLING: 10th
  DDx　　　　　　　　　　　　　　　　　　　　　　　MATH: 6th
  SAa
  SXx
  AXx
  PMx

**VIOLENT CRIME: YES**

**SEX OFFENDER:** No

**Meets Regulation B-06-002:** Not Applicable ...................................... *(Record Review)*
**Wants Treatment Program:** Not Applicable...................................... *(Signed Consent/Refusal)*

### TREATMENT RECOMMENDATIONS:
-Substance Abuse Treatment
-This offender is eligible for programs, housing, and job assignments consistent with the assigned Level of Care and Service Codes.

*Conclusions contained within this report are based on Examination and/or Clinical Interview, Psychological Testing and Review of the HRDC Psychological Archives.*

Kristen Thomas, M.A.　　　　　　　　　　　　　　　Thomas J. Waters, Ph.D., HSPP
Associate 1 to a Psychologist　　　　　　　　　　　　Supervising Psychologist
　　　　　　　　　　　　　　　　　　　　　　　　Louisiana License 260

Clinical Screening Report is located in the medical file. It is confidential under LA R.S. 37:2363.

CONFIDENTIAL

CERTIFICATION OF VITAL RECORD

# CERTIFICATION OF BIRTH

9195500

BIRTH NO: ███████

CHILD'S NAME (LAST, FIRST, SECOND)
**WILLIAMS, ALVIN TERRELL**

| BIRTH DATE | TIME OF BIRTH | SEX | NUMBER BORN | BIRTH ORDER |
|---|---|---|---|---|
| ████ | 01:05 PM | M | 1 | 1 |

PLACE OF BIRTH (CITY, TOWN, OR LOCATION)
████████

NAME OF HOSPITAL OR INSTITUTION
████████

RESIDENCE OF MOTHER/PARENT (CITY, TOWN, OR LOCATION)
████████

| PARISH | STATE | ZIP Code |
|---|---|---|
| ORLEANS | ████ | ████ |

STREET ADDRESS OF RESIDENCE
████████

FATHER'S/PARENT'S NAME PRIOR TO FIRST MARRIAGE (LAST, FIRST, SECOND)
*****

CITY AND STATE OF BIRTH (IF NOT U.S., NAME OF COUNTRY)
*****

AGE AT THIS BIRTH
**

MOTHER'S/PARENT'S NAME PRIOR TO FIRST MARRIAGE (LAST, FIRST, SECOND)
████████

CITY AND STATE OF BIRTH (IF NOT U.S., NAME OF COUNTRY)
████████

AGE AT THIS BIRTH
19

FILE DATE
████████

DATE ISSUED
████████

RECEIVED
NOV 17 2022
LSP/RECORDS

A REPRODUCTION OF THIS DOCUMENT IS
VOID AND INVALID. DO NOT ACCEPT
ISSUED BY: Calvin, Tneshia



009195500

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE
OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF
THE STATE OF LOUISIANA, PURSUANT TO LSA-R.S.40:32, ET SEQ.

**DEVIN GEORGE**
STATE REGISTRAR



DHH-OPH
LOUISIANA

CONFIDENTIAL

AmeriTech, Incorporated    ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE




# SOCIAL SECURITY CARD

Offender Name: Ann williams

RECEIVED DOC # 480922

SEP 14 2022

LSP/RECORDS

CONFIDENTIAL

Form C-05-001-W-2
01 November 2018



**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Miscellaneous)**

**INSTITUTION: LSP**

| NAME<br>Alvin Williams | Number<br>480922 | DORM OR CELLBLOCK<br>MPCB | | DATE OF INCIDENT<br>6/10/2021 | TIME OF INCIDENT<br>Approx. 9:36 pm |
|---|---|---|---|---|---|
| LOCATION OF INCIDENT<br>CBD U/R, Cell #5 | | | WITNESSES | | |

| TYPE OF INCIDENT - CHECK APPROPRIATE BOXES | |
|---|---|
| ☐ Accidents<br>  ☐ Employee Accident<br>  ☐ Offender Accident<br>  ☐ Vehicle Accident<br>☐ Contraband<br>  ☐ Inside Facility<br>  ☐ Outside Facility<br>☐ Drug Screen<br>☐ Maintenance<br>☐ Use of Body Camera or other RMD<br>☐ Request to Remove Service Dog | ☐ Medical<br>☐ Mental Health<br>☐ Protection Request<br>☐ Security Inspections<br>☐ Shakedowns<br>  ☐ Routine<br>    ☐ Staff   ☐ Visitor   ☐ Offender<br>  ☐ Target<br>    ☐ Staff   ☐ Visitor   ☐ Offender<br>☐ Use of Tact Team and Chase Team as outside<br>  assistance |

☒ Other:  Offender refused to surrender restraints.

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and approximate time, I, Lieutenant Keenen Letcher, was notified by the Control Center, via radio, of a beeper activation on CBD Upper. I activated body camera #1031, and proceeded to the unit. Upon my arrival, I was informed by Cadet Kerry Matthews, that offender Alvin Williams, #480922, was refusing to come to the bars to be restrained. I entered the tier and inquired of offender Williams what the problem was. Offender Williams stated that he was refusing to be transported to a new location. I then informed offender Williams that he was being written up on a rule #5. Lt. Colonel Roger Young was notified of this incident. This is for your information and further handling.

| REPORTING OFFICER<br>Keenen Letcher, Lieutenant<br>MPCB, C-Team | 6/10/2021<br>**DATE COMPLETED** | 10:20 pm<br>**TIME COMPLETED** |
|---|---|---|

RECEIVED
JUN 2 2 2021
LSP/RECORDS

CONFIDENTIAL



Form C-05-001-W-2
01 November 2018

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Miscellaneous)

### INSTITUTION: LSP

| NAME<br>Alvin Williams | Number<br>480922 | DORM OR CELLBLOCK<br>MPCB | DATE OF INCIDENT<br>6/10/2021 | TIME OF INCIDENT<br>Approx. 9:36 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>CBD U/R, Cell #5 | | WITNESSES | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

| | |
|---|---|
| ☐ Accidents<br>　☐ Employee Accident<br>　☐ Offender Accident<br>　☐ Vehicle Accident<br>☐ Contraband<br>　☐ Inside Facility<br>　☐ Outside Facility<br>☐ Drug Screen<br>☐ Maintenance<br>☐ Use of Body Camera or other RMD<br>☐ Request to Remove Service Dog | ☐ Medical<br>☐ Mental Health<br>☐ Protection Request<br>☐ Security Inspections<br>☐ Shakedowns<br>　☐ Routine<br>　　☐ Staff　☐ Visitor　☐ Offender<br>　☐ Target<br>　　☐ Staff　☐ Visitor　☐ Offender<br>☐ Use of Tact Team and Chase Team as outside<br>assistance |

☒ Other:  Offender refused to be transferred.

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I, Cadet Kerry Matthews, ordered offender Alvin Williams, #480922, to come to the bars of his cell to be restrained so that he could be transferred. Offender Williams refused to comply with all orders given at that time. I then activated my beeper and Lieutenant Keenen Letcher arrived on the unit a short time later to take control of the situation. This is for your information and further handling.

**REPORTING OFFICER**
Kerry Matthews, Cadet
MPCB, C-Team

6/10/2021
DATE COMPLETED

10:20 pm
TIME COMPLETED

RECEIVED
JUN 2 2 2021
LSP/RECORDS



CONFIDENTIAL

Form AM-I-4-w-1
16 March 2020
Page Two

On the above date and approximate time, I,
Cadet Kerry Matthews, ordered offender Alvin Williams,
#480922, to come to the bars of his cell to be
restrained so that he can be transferred. Offender
Williams refused to comply with all orders given
at that time. I then activated my beeper and
Lieutenant Keenen Letcher arrived on the unit
a short time later to take control of the situation.
This is for your information and further handling.

RECEIVED

JUN 22 2021

LSP/RECORDS

CONFIDENTIAL

K C Mathis
**REPORTING OFFICER**

6-10-21
**DATE COMPLETED**

**TIME COMPLETED**

TO:    DISCIPLINARY BOARD                          ⌐GE 1 OF

FROM:

RE:    ALVIN WILLIAMS            MAX
       DOC# 480922          CBC L/L CBD U/R 0 PREVENTATIVE

DATE: 5/4/2021        June 11, 2021

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|------|--------|-------------------|---------------------------|------------------|
| TERRY | MAYS | | AGG FIGHT/FIST FIG | 5/4/2021 | D FAL 3 |
| CARLTON | ██████ | ████ | AGG FIGHT/FIST FIG | 5/4/2021 | C BEAR 3 CBD L/ |
| ANTONIO | | | AGG FIGHT/LIQ SUB | 5/3/2021 | |
| VERNON C | | | SIM FIGHT | 4/27/2021 | D FAL 2 |
| KENTRELL | ██████ | | CLAIMED | 4/28/2021 | D RAV 4/L |
| GEORGE | ████ | | SIMP. FIGHT | 12/26/2020 | C BEAR 1 |
| VINCENT | ██ | | SIM FIGHT | 5/27/2020 | WAL 3 |
| ENEMY REVIEW | | | | 3/2/09 | |
| CHAWN | ████ | DCI | FIGHT | 11/14/08 | |


RECEIVED
JUN 16 2021
LSP/RECORDS
CONFIDENTIAL

orm C-05-001-W-2
01 November 2018

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Miscellaneous)**

**INSTITUTION: L.S.P.**

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Alvin Williams | 480922 | | | |
| Terry Mays | 108167 | | | |
| Carlton Brooks | 459032 | Falcon 3 | 5-4-21 | 12:37A |

| LOCATION OF INCIDENT | WITNESSES |
|---|---|
| Falcon 3 | None |

**TYPE OF INCIDENT - CHECK APPROPRIATE BOXES**

☐ Accidents
  ☐ Employee Accident
  ☐ Offender Accident
  ☐ Vehicle Accident
☐ Contraband
  ☐ Inside Facility
  ☐ Outside Facility
☐ Drug Screen
☐ Maintenance
☐ Use of Body Camera or other RMD
☐ Request to Remove Service Dog

☒ Medical
☐ Mental Health
☐ Protection Request
☐ Security Inspections
☐ Shakedowns
  ☐ Routine
    ☐ Staff ☐ Visitor ☐ Offender
  ☐ Target
    ☐ Staff ☐ Visitor ☐ Offender
☐ Use of Tact Team and Chase Team as outside Assistance

☐ Other:

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and approximate time, I, Sgt. Kyler Payne while on Falcon Walk heard Offender Alvin Williams #480922 bang on the Falcon 3 door and shout "Get me out this bitch" I then activated my beeper. A short time later Major Perkins arrived and took control of the situation. Major Perkins then entered the dorm and restrained Offender Williams and escorted him out the dorm. Offender Williams was then escorted to Hawk unit. Major Perkins and Capt. Green then proceeded back into Falcon 3 and then restrained Offenders Carlton Brooks #459032 and Terry Mays #108167. Offender Brooks was escorted to Hawk unit by Capt. Green. Major Perkins then notified Medical 4 to dispatch an ambulance to Falcon unit. A short time later EMT's Capt Childs and MSgt. Holmes arrived and transported offender Mays. This is for your information and further handling.

RECEIVED
JUN 1 1 2021
LSP/RECORDS

Kyler Payne
**REPORTING OFFICER**

5-4-21
**DATE COMPLETED**

2:45AM
**TIME COMPLETED**

. orm AM-I-4-w-1
16 March 2020
Page Two

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I, Sgt Kyler Payne, while on Falcon walk heard offender Alvin Williams #480922 bang on the Falcon 3 door and shout "Get me out this bitch." I then activated my beeper. A short time later Major Perkins arrived and took control of the situation. offender Williams If major Perkins then entered then entered the dorm and restrained offender Williams and escorted him out the dorm. Offender Williams was then escorted to hawk unit. Major Perkins and Capt. Green then proceeded back into Falcon 3 and then restrained offenders Carlton Brooks #459032 and Terry Mayes #108167. Offender brooks was escorted to hawk unit by Copt. Green. Major Perkins then notified Medical 4 to dispatch an ambulance to Falcon unit. A short time later EMT's Capt Childs and MSgt Holmes arrived and transported offender Mayes. This is for your information and further handling.

Sgt Kyler Payne
REPORTING OFFICER

5-4-21
DATE COMPLETED

2 45 pm
TIME COMPLETED

RECEIVED

JUN 1 1 2021

LSP/RECORDS

CONFIDENTIAL

TO:   DISCIPLINARY BOARD

PAGE 1 OF

FROM:

RE:   ALVIN WILLIAMS        MED
      DOC# 480922      D FAL 3 CBD L/R 0 L 24

DATE: 5/4/2021      May 4, 2021

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--|--------|-------------------|---------------------------|------------------|
| TERRY | MAYS | ▮▮▮▮▮ | AGG FIGHT/FIST FIG | 5/4/2021 | D FAL 3 |
| CARLTON | ▮▮▮▮ | | AGG FIGHT/FIST FIG | 5/4/2021 | D FAL 3 |
| ANTONIO | ▮▮▮▮ | | AGG FIGHT/LIQ SUB | 5/3/2021 | CBC L/R  CBD L/ |
| VERNON | ▮▮▮▮ | | SIM FIGHT | 4/27/2021 | D FAL 3 |
| KENTRELL | ▮▮▮▮ | | CLAIMED | 4/28/2021 | D RAV 4/L  CBD L/ |
| GEORGE | ▮▮▮ | | SIMP. FIGHT | 12/26/2020 | C BEAR 1 |
| VINCENT | ▮▮ | | SIM FIGHT | 5/27/2020 | WAL 3 |
| ENEMY REVIEW | | | | 3/2/09 | |
| CHAWN | ▮▮▮ | | FIGHT | 11/14/08 | |



Form AM-I-4-w-1
16 March 2020

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

INSTITUTION: <u>LSP</u>

| NAME<br>Antonio Dukes<br>Alvin Williams | NUMBER<br>502705<br>480922 | DORM OR CELLBLOCK<br>CBD Lower Right<br>CBD Lower Right | DATE OF INCIDENT<br>5/3/2021 | TIME OF INCIDENT<br>App.  12:50 pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>CBD Lower Right | | WITNESSES | | |

## TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
  - [ ] Escape from inside a secure facility
  - [ ] Escape from outside a secure facility
- [ ] Death by other than natural causes/illness
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious or unknown cause
  - [ ] Execution
- [ ] Assault resulting in life threatening injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] Staff on offender
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
- [ ] Large scale evacuation of all or a significant part of the facility
- [ ] Any other significant/high profile incident as determined by the Unit Head.

RECEIVED

MAY 0 6 2021

LSP/RECORDS

**Category B Incidents:**
- [ ] Attempted escape
- [ ] Apprehension of escapee
- [ ] Death from natural causes/illness
- [ ] Gunshot, Class I
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
- [ ] Staff injured in the line of duty resulting in significant injury (excluding assaults)
- [ ] Suicide Attempts
- [ ] Hunger Strike
  - [ ] Individual hunger strike
  - [ ] Organized hunger strike
- [ ] Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - [ ] Job-related employee arrest
  - [ ] Not job-related employee arrest
- [ ] Other
  - [ ] Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - [ ] Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - [ ] Any other small scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- [ ] Violation of the Rule No. 21, Sex Offenses
  - [ ] 21. A Nonconsensual sexual act (offender-on-offender)
  - [ ] 21. B Abusive sexual act (offender-on-offender)
  - [ ] 21. C Sexual misconduct (offender-on-offender)
  - [ ] 21. D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - [ ] 21. E Obscenity
  - [ ] 21. F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - [ ] 21. G Overt display of affection
  - [ ] 21. H Failure to report any improper advances made by an employee on an offender
- [ ] Gunshot (Class II)
- [x] Assault resulting in minor injury or no injury
  - [x] Fight (offender-on-offender)
  - [x] Throwing of Substance (offender-on-offender)
  - [ ] Throwing of Substance (offender-on-staff)
  - [ ] Other assault (offender-on-staff)
  - [ ] Weapon (offender-on-offender)
  - [ ] Weapon (offender-on-staff)
- [ ] Suicide Gesture
- [ ] Hunger Strike (both individual and organized)
- [ ] Use of Force
  - [ ] Immediate use of force
  - [ ] Planned use of force
  - [ ] Cell extractions
  - [ ] Taser ®
  - [ ] Chemical agents
- [ ] Naloxone Administration (Staff)
- [ ] Naloxone Administration (Offender)

CONFIDENTIAL

Form AM-I-4-w-1
16 March 2020
Page Two

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I, Sergeant O'Tevin Anderson, was observing offender Alvin Williams, #480922, use the wall phone on the CBD L/R Tier. During this time, I witnessed offender Antonio Dukes, #502705, CBD L/R #1, throw an unknown liquid substance onto offender Williams. I activated my beeper and removed offender Williams from the tier. A short while later, Captain Voorhies arrived onto the unit and took control of the situation. This is for your information and further handling.

REPORTING OFFICER
Sergeant O'Tevion Anderson,
MPCB/ A-Team

5/3/2021
DATE COMPLETED

3:35 pm
TIME COMPLETED

CONFIDENTIAL

Form AM-I-4-w-1
16 March 2020

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

### INSTITUTION: LSP

| NAME<br>Alvin Williams | NUMBER<br>480922 | DORM OR CELLBLOCK<br>CBD Upper Left | DATE OF INCIDENT<br>04/28/2021 | TIME OF INCIDENT<br>App. 7:05 am |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>CBD Upper Left | | WITNESSES | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
  - [ ] Escape from inside a secure facility
  - [ ] Escape from outside a secure facility
- [ ] Death by other than natural causes/illness
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious or unknown cause
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] Staff on offender
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
- [ ] Large scale evacuation of all or a significant part of the facility
- [ ] Any other significant/high profile incident as determined by the Unit Head.

**Category B Incidents:**
- [ ] Attempted escape
- [ ] Apprehension of escapee
- [ ] Death from natural causes/illness
- [ ] Gunshot, Class I
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
- [ ] Staff injured in the line of duty resulting in significant injury (excluding assaults)
- [ ] Suicide Attempts
- [ ] Hunger Strike
  - [ ] Individual hunger strike
  - [ ] Organized hunger strike
- [ ] Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - [ ] Job-related employee arrest
  - [ ] Not job-related employee arrest
- [ ] Other
  - [ ] Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - [ ] Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - [ ] Any other small scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**RECEIVED**

**APR 30 2021**

**LSP/RECORDS**

**Category C Incidents:**
- [ ] Violation of the Rule No. 21, Sex Offenses
  - [ ] 21. A Nonconsensual sexual act (offender-on-offender)
  - [ ] 21. B Abusive sexual act (offender-on-offender)
  - [ ] 21. C Sexual misconduct (offender-on-offender)
  - [ ] 21. D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - [ ] 21. E Obscenity
  - [ ] 21. F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - [ ] 21. G Overt display of affection
  - [ ] 21. H Failure to report any improper advances made by an employee on an offender
- [ ] Gunshot (Class II)
- [ ] Assault resulting in minor injury or no injury
  - [ ] Fight (offender-on-offender)
  - [ ] Throwing of Substance (offender-on-offender)
  - [ ] Throwing of Substance (offender-on-staff)
  - [ ] Other assault (offender-on-staff)
  - [ ] Weapon (offender-on-offender)
  - [ ] Weapon (offender-on-staff)
- [ ] Suicide Gesture
- [ ] Hunger Strike (both individual and organized)
- [x] Use of Force
  - [x] Immediate use of force
  - [ ] Planned use of force
  - [ ] Cell extractions
  - [ ] Taser ®
  - [x] Chemical agents
  - [ ] Naloxone Administration (Staff)
  - [ ] Naloxone Administration (Offender)

CONFIDENTIAL

TO:    DISCIPLINARY BOARD

FROM:

RE:    ALVIN WILLIAMS              MED
       DOC# 480922        D FAL 3 CBD L/R 0 L 24

DATE: 4/28/2021        April 29, 2021

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | NUMBER | NATURE OF PROBLEM | DATE OF PROB-LEM SITUATION | CURRENT LOCATION |
|------|--------|-------------------|----------------------------|------------------|
| VERNON █████ | █████ | SIM FIGHT | 4/27/2021 | D FAL 3 D HWK 1/ |
| GEORGE █████ | █████ | SIMP. FIGHT | 12/26/2020 | C BEAR 1 |
| VINCENT █████ | █████ | SIM FIGHT | 5/27/2020 | WAL 3 |
| ENEMY REVIEW | █████ | | 3/2/09 | |
| CHAWN █████ | DCI | FIGHT | 11/14/08 | |



PAGE 1 OF

TO:   DISCIPLINARY BOARD

FROM.

RE:   ALVIN WILLIAMS          MED
      DOC# 480922        D FAL 3  L 24

DATE: 12/26/2020     April 28, 2021

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--------|-------------------|---------------------------|------------------|
| GEORGE ██████ | ██████ | SIMP. FIGHT | 12/26/2020 | C BEAR 1 |
| VINCENT T██ | ██████ | SIM FIGHT | 5/27/2020 | WAL 3 |
| ENEMY REVIEW | ██████ | | 3/2/09 | |
| CHAWN ████████ | ██████ DCI | FIGHT | 11/14/08 | |



DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)



INSTITUTION: **LOUISIANA STATE PENITENTIARY / CAMP D**

| NAME<br>Alvin Williams<br>Vernon Callier | NUMBER<br>480922<br>373466 | DORM OR CELLBLOCK<br>Camp D Falcon Walk | DATE OF INCIDENT<br>4-27-2021 | TIME OF INCIDENT<br>7:00 p.m. |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>Camp D Falcon 3 Entrance | | WITNESSES | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**

☐ Escape
  ☐ Escape from inside a secure
    Facility
  ☐ Escape from outside a secure
    facility
☐ Death by other than natural
  causes/illness
  ☐ Accident
  ☐ Violence
  ☐ Suicide
  ☐ Suspicious or unknown cause
  ☐ Execution
☐ Assault resulting in life threatening
  Injury
  ☐ Offender on Staff
  ☐ Offender on Offender
  ☐ Staff on offender
☐ Staff Injured in Line of Duty
  Resulting in life-threatening injury
  (excluding assaults)
☐ Other
  ☐ Significant Property Damage
  ☐ Significant disruption to unit
    Operations/loss of control
    (e.g. hostage situation, work
    Stoppage of ten or more
    [offenders or staff], riot, natural
    Disaster, necessity of tact
    Team/outside assistance,
    Lockdown of all or part of the
    Facility)
  ☐ large scale evacuation of all
    Or significant part of the facility
  ☐ Any other significant/high
    Profile incident as determined
    By the unit head

**Category B Incidents:**

☐ Attempted escape
☐ Apprehension of escapee
☐ Death from natural causes/illness
☐ Gunshot, Class I
☐ Assault with significant injury
  ☐ Offender on Staff
  ☐ Offender on Offender
☐ Staff injured in the line of duty
  Resulting in significant injury
  (excluding assaults)
☐ Suicide Attempts
☐ Hunger Strike
  ☐ Individual hunger strike
  ☐ Organized hunger strike
☐ Employee arrest (arrest or
  Charged with criminal behavior,
  Other than traffic offense)
  ☐ Job-related employee
  ☐ Not job-related employee
    Arrests
☐ Other
  ☐ Minor disruptions to unit
    Operations (e.g. lockdown of a
    Group of offenders, significant
    Water outages, small fires,
    Limited property damage)
  ☐ Small-scale evacuations (e.g.
    Evacuations from a housing unit,
    Gym, kitchen, school, office
    Building, etc.)
  ☐ Any other small-scale/minor
    incident as determined by the
    Unit Head. If, due to the nature
    of the incident, it cannot be
    immediately determined if the
    incident is a Category A or B
    incident, it should be reported
    as a Category A incident.

**Category C Incidents:**

☐ Violation of Rule No. 21, sex
  Offenses
  ☐ 21.A Nonconsensual sexual
    Act (offender-on-offender)
  ☐ 21.B Abusive Sexual act
    (offender-on-offender)
  ☐ 21.C Sexual misconduct
    (offender-on-offender)
  ☐ 21.D Sexual misconduct
    (offender-on-staff or
    offender-on-non
    incarcerated person)
  ☐ 21.E Obscenity
  ☐ 21.F Other prohibited
    Sexual behavior (offender-
    On-offender, offender–on-
    Staff, or offender-on-non-
    Incarcerated person)
  ☐ 21.G Overt display of
    Affection
  ☐ 21.H Failure to report any
    Improper advances made by
    An employee on an offender
☐ Gunshot (Class II)
☒ Assault resulting in minor injury
  Of no injury
  ☒ Fight (offender-on-offender)
  ☐ Throwing of substance
    (offender-on-offender)
  ☐ Throwing of substance
    (offender-on-staff)
  ☐ Other assault
    (offender-on-offender)
  ☐ Other assault
    (offender-on-staff)
  ☐ Weapon offender-on-offender)
  ☐ Weapon (offender-on-staff)
☐ Suicide Gesture
☐ Hunger Strike (both individual and
  organized)
☐ Use of Force
  ☐ Immediate use of force
  ☐ Planned use of Force
  ☐ Cell extractions
  ☐ Taser®
  ☐ Chemical Agents

  ☐ Naloxone Administration (Staff)
  ☐ Naloxone Administration (Offender

RECEIVED

APR 29 2021

LSP/RECORDS

CONFIDENTIAL

Form AM-I-4-W-1
16 March 2020
Page Two

---

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I, Capt. Eric Turner was notified of a beeper activation on Falcon Unit, I, Immediately activated my body camera #1011 and proceeded to the location of the beeper. Upon my arrival to Falcon walk, I was informed by Lt. Sharon Rodgers that Offender Alvin Williams #480922 had punched Offender Vernon Callier #373466 in the face with a closed fist. I, Immediately identified both Offenders and placed them in restraints, and escorted both of them off the unit. Both Offenders were seen by medical personal Lt. Plauche, with no injuries reported. Both Offender Williams and Offender Callier was placed in Investigative Segregation pending a rule #10 Fighting. Offender Williams was sent to Investigative Segregation at MPCB. Lt. Col. Blackmore and Major Tillery was made aware of this occurrence. This is for your information and further.

---

_Eric Tu_                          4/29/21                9:00 pm
REPORTING OFFICER              DATE COMPLETED          TIME COMPLETED

RECEIVED

APR 29 2021

LSP/RECORDS

CONFIDENTIAL

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

INSTITUTION: <u>LOUISIANA STATE PENITENTIARY / CAMP D</u>

| NAME<br>Alvin Williams<br>Vernon Callier | NUMBER<br>480922<br>373466 | DORM OR CELLBLOCK<br>Camp D Falcon Walk | DATE OF INCIDENT<br>4-27-2021 | TIME OF INCIDENT<br>7:00 p.m. |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>Camp D Falcon 3 Entrance | | WITNESSES | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- ☐ Escape
  - ☐ Escape from inside a secure Facility
  - ☐ Escape from outside a secure facility
- ☐ Death by other than natural causes/Illness
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious or unknown cause
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ Staff on offender
- ☐ Staff Injured in Line of Duty Resulting in life-threatening injury (excluding assaults)
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Significant disruption to unit Operations/loss of control (e.g. hostage situation, work Stoppage of ten or more [offenders or staff], riot, natural Disaster, necessity of tact Team/outside assistance, Lockdown of all or part of the Facility)
  - ☐ large scale evacuation of all Or significant part of the facility
  - ☐ Any other significant/high Profile incident as determined By the unit head

**Category B Incidents:**
- ☐ Attempted escape
- ☐ Apprehension of escapee
- ☐ Death from natural causes/illness
- ☐ Gunshot, Class I
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
- ☐ Staff injured in the line of duty Resulting in significant injury (excluding assaults)
- ☐ Suicide Attempts
- ☐ Hunger Strike
  - ☐ Individual hunger strike
  - ☐ Organized hunger strike
- ☐ Employee arrest (arrest or Charged with criminal behavior, Other than traffic offense)
  - ☐ Job-related employee
  - ☐ Not job-related employee Arrests
- ☐ Other
  - ☐ Minor disruptions to unit Operations (e.g. lockdown of a Group of offenders, significant Water outages, small fires, Limited property damage)
  - ☐ Small-scale evacuations (e.g. Evacuations from a housing unit, Gym, kitchen, school, office Building, etc.)
  - ☐ Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

RECEIVED

APR 2 9 2021

LSP/RECORDS

**Category C Incidents:**
- ☐ Violation of Rule No. 21, sex Offenses
  - ☐ 21.A Nonconsensual sexual Act (offender-on-offender)
  - ☐ 21.B Abusive Sexual act (offender-on-offender)
  - ☐ 21.C Sexual misconduct (offender-on-offender)
  - ☐ 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - ☐ 21.E Obscenity
  - ☐ 21.F Other prohibited Sexual behavior (offender-On-offender, offender–on-Staff, or offender-on-non-Incarcerated person)
  - ☐ 21.G Overt display of Affection
  - ☐ 21.H Failure to report any Improper advances made by An employee on an offender
- ☐ Gunshot (Class II)
- ☒ Assault resulting in minor injury Of no injury
  - ☒ Fight (offender-on-offender)
  - ☐ Throwing of substance (offender-on-offender)
  - ☐ Throwing of substance (offender-on-staff)
  - ☐ Other assault (offender-on-offender)
  - ☐ Other assault (offender-on-staff)
  - ☐ Weapon offender-on-offender)
  - ☐ Weapon (offender-on-staff)
- ☐ Suicide Gesture
- ☐ Hunger Strike (both individual and organized)
- ☐ Use of Force
  - ☐ Immediate use of force
  - ☐ Planned use of Force
  - ☐ Cell extractions
  - ☐ Taser®
  - ☐ Chemical Agents
- ☐ Naloxone Administration (Staff)
- ☐ Naloxone Administration (Offender)

CONFIDENTIAL

Form AM-I-4-W-1
16 March 2020
Page Two

## DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate times I Capt. Turner was notified
of a beeper activation on Falcon unit. I immediately activated my body
camera and proceeded to the location of the beeper. Upon my arrival to
Falcon unit. I was informed by Lt. Sharron Rodgers that offender Alino Williams
486422 had punched offender Vernon Caliver 573466 in the face with a
fist. I immediately identified both offender and placed them in restraints and
escorted both of them off the unit Both offenders were seen by medical
personnel. Lt Placeke with no injuries reported. B

RECEIVED

APR 29 2021

LSP/RECORDS

CONFIDENTIAL

REPORTING OFFICER _____    DATE COMPLETED  -4-27-21    TIME COMPLETED  9:00p

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

INSTITUTION: <u>LOUISIANA STATE PENITENTIARY / CAMP D</u>

| NAME<br>Alvin Williams<br>Vernon Callier | NUMBER<br>480922<br>373466 | DORM OR CELLBLOCK<br>Camp D Falcon Walk | DATE OF INCIDENT<br>4-27-2021 | TIME OF INCIDENT<br>5:50 p.m. |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>Camp D Falcon 3 Entrance | | WITNESSES | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**

- ☐ Escape
  - ☐ Escape from inside a secure Facility
  - ☐ Escape from outside a secure facility
- ☐ Death by other than natural causes/illness
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious or unknown cause
  - ☐ Execution
- ☐ Assault resulting in life threatening Injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
  - ☐ Staff on offender
- ☐ Staff Injured in Line of Duty Resulting in life-threatening injury (excluding assaults)
- ☐ Other
  - ☐ Significant Property Damage
  - ☐ Significant disruption to unit Operations/loss of control (e.g. hostage situation, work Stoppage of ten or more [offenders or staff], riot, natural Disaster, necessity of tact Team/outside assistance, Lockdown of all or part of the Facility)
  - ☐ large scale evacuation of all Or significant part of the facility
  - ☐ Any other significant/high Profile incident as determined By the unit head

**Category B Incidents:**

- ☐ Attempted escape
- ☐ Apprehension of escapee
- ☐ Death from natural causes/illness
- ☐ Gunshot, Class I
- ☐ Assault with significant injury
  - ☐ Offender on Staff
  - ☐ Offender on Offender
- ☐ Staff injured in the line of duty Resulting in significant injury (excluding assaults)
- ☐ Suicide Attempts
- ☐ Hunger Strike
  - ☐ Individual hunger strike
  - ☐ Organized hunger strike
- ☐ Employee arrest (arrest or Charged with criminal behavior, Other than traffic offense)
  - ☐ Job-related employee
  - ☐ Not job-related employee Arrests
- ☐ Other
  - ☐ Minor disruptions to unit Operations (e.g. lockdown of a Group of offenders, significant Water outages, small fires, Limited property damage)
  - ☐ Small-scale evacuations (e.g. Evacuations from a housing unit, Gym, kitchen, school, office Building, etc.)
  - ☐ Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

RECEIVED

APR 29 2021

LSP/RECORDS

**Category C Incidents:**

- ☐ Violation of Rule No. 21, sex Offenses
  - ☐ 21.A Nonconsensual sexual Act (offender-on-offender)
  - ☐ 21.B Abusive Sexual act (offender-on-offender)
  - ☐ 21.C Sexual misconduct (offender-on-offender)
  - ☐ 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - ☐ 21.E Obscenity
  - ☐ 21.F Other prohibited Sexual behavior (offender-On-offender, offender–on-Staff, or offender-on-non-Incarcerated person)
  - ☐ 21.G Overt display of Affection
  - ☐ 21.H Failure to report any Improper advances made by An employee on an offender
- ☐ Gunshot (Class II)
- ☒ Assault resulting in minor injury Of no injury
  - ☒ Fight (offender-on-offender)
  - ☐ Throwing of substance (offender-on-offender)
  - ☐ Throwing of substance (offender-on-staff)
  - ☐ Other assault (offender-on-offender)
  - ☐ Other assault (offender-on-staff)
  - ☐ Weapon offender-on-offender)
  - ☐ Weapon (offender-on-staff)
- ☐ Suicide Gesture
- ☐ Hunger Strike (both individual and organized)
- ☐ Use of Force
  - ☐ Immediate use of force
  - ☐ Planned use of Force
  - ☐ Cell extractions
  - ☐ Taser®
  - ☐ Chemical Agents
  - ☐ Naloxone Administration (Staff)
  - ☐ Naloxone Administration (Offender)



CONFIDENTIAL

**Form AM-I-4-W-1**
**16 March 2020**
**Page Two**

---

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and approximate time, I, Lt. Sharon Rodgers was on Falcon Unit, and after opening Falcon 3 Dormitory door, I, observed Offender Alvin Williams #480922 punch Offender Vernon Callier #373466 in the face with a closed fist. I, Immediately activated my beeper, a short while later, Capt. Turner arrived and escorted Offender Callier and Offender Williams off the unit. This is for your information and further.

---

_Shonor Rodgers Sl_                    4-27-21                    10:15 pm
REPORTING OFFICER                    DATE COMPLETED            TIME COMPLETED

RECEIVED

APR 29 2021

LSP/RECORDS

CONFIDENTIAL

Form AM-I-4-W-1
16 March 2020

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

INSTITUTION: __LOUISIANA STATE PENITENTIARY / CAMP D__

| NAME<br>Alvin Williams<br>Vernon Callier | NUMBER<br>480922<br>373466 | DORM OR CELLBLOCK<br>Camp D Falcon Walk | DATE OF INCIDENT<br>4-27-2021 | TIME OF INCIDENT<br>5:50 p.m. |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>Camp D Falcon 3 Entrance | | WITNESSES | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
  - [ ] Escape from inside a secure Facility
  - [ ] Escape from outside a secure facility
- [ ] Death by other than natural causes/illness
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious or unknown cause
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] Staff on offender
- [ ] Staff Injured in Line of Duty Resulting in life-threatening injury (excluding assaults)
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Significant disruption to unit Operations/loss of control (e.g. hostage situation, work Stoppage of ten or more [offenders or staff], riot, natural Disaster, necessity of tact Team/outside assistance, Lockdown of all or part of the Facility)
  - [ ] large scale evacuation of all Or significant part of the facility
  - [ ] Any other significant/high Profile incident as determined By the unit head

**Category B Incidents:**
- [ ] Attempted escape
- [ ] Apprehension of escapee
- [ ] Death from natural causes/illness
- [ ] Gunshot, Class I
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
- [ ] Staff injured in the line of duty Resulting in significant injury (excluding assaults)
- [ ] Suicide Attempts
- [ ] Hunger Strike
  - [ ] Individual hunger strike
  - [ ] Organized hunger strike
- [ ] Employee arrest (arrest or Charged with criminal behavior, Other than traffic offense)
  - [ ] Job-related employee
  - [ ] Not job-related employee Arrests
- [ ] Other
  - [ ] Minor disruptions to unit Operations (e.g. lockdown of a Group of offenders, significant Water outages, small fires, Limited property damage)
  - [ ] Small-scale evacuations (e.g. Evacuations from a housing unit, Gym, kitchen, school, office Building, etc.)
  - [ ] Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- [ ] Violation of Rule No. 21, sex Offenses
  - [ ] 21.A Nonconsensual sexual Act (offender-on-offender)
  - [ ] 21.B Abusive Sexual act (offender-on-offender)
  - [ ] 21.C Sexual misconduct (offender-on-offender)
  - [ ] 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - [ ] 21.E Obscenity
  - [ ] 21.F Other prohibited Sexual behavior (offender-On-offender, offender--on-Staff, or offender-on-non-Incarcerated person)
  - [ ] 21.G Overt display of Affection
  - [ ] 21.H Failure to report any Improper advances made by An employee on an offender
- [ ] Gunshot (Class II)
- [x] Assault resulting in minor injury Of no injury
  - [x] Fight (offender-on-offender)
  - [ ] Throwing of substance (offender-on-offender)
  - [ ] Throwing of substance (offender-on-staff)
  - [ ] Other assault (offender-on-offender)
  - [ ] Other assault (offender-on-staff)
  - [ ] Weapon offender-on-offender)
  - [ ] Weapon (offender-on-staff)
- [ ] Suicide Gesture
- [ ] Hunger Strike (both individual and organized)
- [ ] Use of Force
  - [ ] Immediate use of force
  - [ ] Planned use of Force
  - [ ] Cell extractions
  - [ ] Taser®
  - [ ] Chemical Agents
  - [ ] Naloxone Administration (Staff)
  - [ ] Naloxone Administration Offender

RECEIVED

APR 29 2021

LSP/RECORDS

CONFIDENTIAL

Form AM-I-4-W-1
16 March 2020
Page Two

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date, and approximate time I,
Lt Sharon Rodgers was on Falcon Unit, and
after opening Falcon 3 Dormitory door, I
observed offender Alvin Williams # 486922
punch offender Vernon Callier #373466 in
the face with a closed fist knocking him
out. I, immediately activated my beeper
a short while later Capt. Turner arrived
and escorted Offender Callier and Offender
Williams off the unit. This is for your information
and further.

RECEIVED

APR 29 2021

LSP/RECORDS

CONFIDENTIAL

Sharon Rodgers H
REPORTING OFFICER

4-27-21
DATE COMPLETED

10:15 PM
TIME COMPLETED

Form C-05-001-W-2
01 November 2018

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
### (Miscellaneous)

**INSTITUTION: L.S.P.**

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|------|--------|-------------------|------------------|------------------|
| Alvin Williams | 480922 | Camp D Falcon 3 | 4-2-21 | Approx. 9:53 am |

| LOCATION OF INCIDENT | WITNESSES |
|----------------------|-----------|
| Camp D Hawk 1/R/3 and Falcon 3 Dorm | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

- [ ] Accidents
  - [ ] Employee Accident
  - [ ] Offender Accident
  - [ ] Vehicle Accident
- [ ] Contraband
  - Inside Facility
  - [ ] Outside Facility
- [ ] Drug Screen
- [ ] Maintenance
- [ ] Use of Body Camera or other RMD
- [ ] Request to Remove Service Dog

- [x] Medical
- [x] Mental Health
- [ ] Protection Request
- [ ] Security Inspections
- [ ] Shakedowns
  - [ ] Routine
    - [ ] Staff   [ ] Visitor   [ ] Offender
  - [ ] Target
    - [ ] Staff   [ ] Visitor   [ ] Offender
- [ ] Use of Tact Team and Chase Team as outside Assistance

- [x] Other: PREA Allegations

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approx. time, I, Major Donald Lamana received a call via telephone from Control Center stating that offender 480922 Alvin Williams's family called stating that offender 480922 A. Williams stated to them the officers were letting other offenders into his cell and stabbing him. A short time after controlling another incident, I then went to Hawk 1 Right Cell #3 offender 480922 A. Williams cell and asked him to show me his stab wounds. Offender 480922 A. Williams then stated that he didn't get stabbed but on Wednesday (March 31, 2021) he got raped in Falcon 3 while he was sleeping and hasn't had a shower since to prove any evidence. I then contacted On-Call Investigator MSgt. Randy Holden, On-Call Social Worker Ms. Ryland, and EMT Sgt. J. Sinegal of this incident and offender 480922 A. Williams was then sent to the Treatment Center by patrol for medical evaluation. Later offender 480922 A. Williams returned back to Hawk 1 Right Unit and was placed on Standard Watch. Lt. Col. Z. Blackmore was notified of this incident.

RECEIVED
APR 07 2021
LSP/RECORDS

CONFIDENTIAL

| | | |
|---|---|---|
| _Major Donald Lamana_ | 4-2-21 | Approx. 7:55 pm |
| Major Donald Lamana | DATE COMPLETED | TIME COMPLETED |
| Camp D / B-Team | | |

TO:    DISCIPLINARY BOARI

FROM:

RE:    ALVIN WILLIAMS              MED
       DOC# 430530          D FAL 2  BARBER

DATE: 02/26/2018       April 5, 2021

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROB- LEM SITUATION | CURRENT LOCATION |
|---|---|---|---|---|---|
| CLARENCE TOLBERT | | 351590 | AGG/FIGHT/ICEPICK/ | 2/24/18 | |
| QUENTIN LEWIS | | 549832 | FIST FIGHT | 11/18/16 | C TIG 4/R |
| TRADALE | PERRY | 302958 | CLAIMED/LETTER | 1/9/12 | |
| ENEMY REVIEW | | | | 6/21/04 | |



TO: DISCIPLINARY BOARD

FROM:

RE:   ALVIN WILLIAMS              MED
      DOC# 430530         D FAL 2  BARBER

DATE: 02/26/2018     April 5, 2021

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--------|-------------------|---------------------------|------------------|
| CLARENCE ████ |  ███ | AGG/FIGHT/ICEPICK/ | 2/24/18 |  |
| QUENTIN ████ | ███ | FIST FIGHT | 11/18/16 | C TIG 4/R |
| TRADALE ████ | ███ | CLAIMED/LETTER | 1/9/12 |  |
| ENEMY REVIEW |  |  | 6/21/04 |  |



CONFIDENTIAL

TO: DISCIPLINARY BOARD

FROM:

RE:  ALVIN WILLIAMS           MED
     DOC# 480922          D FAL 3 D HWK 1/R 0 L 24

DATE: 12/26/2020      April 1, 2021

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--------|-------------------|---------------------------|------------------|
| GEORGE ▉▉▉ | ▉▉▉ | SIMP. FIGHT | 12/26/2020 | C BEAR 1 |
| VINCENT ▉▉ | ▉▉ | SIM FIGHT | 5/27/2020 | WAL 2 |
| ENEMY REVIEW | | | 3/2/09 | |
| CHAWN ▉▉ | ▉▉ DCI | FIGHT | 11/14/08 | |

CONFIDENTIAL

```
TO:   DISCIPLINARY BOARD                              PAGE 1 OF

FROM:

RE:   ALVIN WILLIAMS              MED
      DOC# 480922         C BEAR 1  JANITOR/CLEAN CELLBLOCK ORD

DATE: 12/26/2020        December 28, 2020
```

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--------|-------------------|---------------------------|------------------|
| GEORGE | ███ | SIMP. FIGHT | 12/26/2020 | C BEAR 1 |
| VINCENT ███ | ███ | SIM FIGHT | 5/27/2020 | D FAL 2 |
| ENEMY REVIEW | | | 3/2/09 | |
| CHAWN ███ | ███ DC1 | FIGHT | 11/14/08 | |



Form AM-I-4-w-1
12 March 2020

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
### (Category A, B, C Incidents)
INSTITUTION: Louisiana State Penitentiary

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Alvin Williams | 480922 | Camp-C Bear-1 Dormitory | December 26, 2020 | Approx. 9:50pm |
| George Carter | 359834 | | | |

| LOCATION OF INCIDENT | WITNESSES |
|---|---|
| Camp-C Bear-1 dormitory Game room | N/A |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- ☐ Escape
  - ☐ Escape from inside a secure facility
  - ☐ Escape from outside a secure facility
- ☐ Death other than from natural causes/illness
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious or unknown cause
  - ☐ Execution
- ☐ Assault resulting in life threatening injury
  - ☐ Offender on staff
  - ☐ Offender on offender
  - ☐ Staff on offender
- ☐ Staff injured in the line of duty resulting in life-threatening injury (excluding assaults)
- ☐ Other
  - ☐ Significant property damage
  - ☐ Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, loss of all or part of the facility)
  - ☐ Large scale evacuation of all or significant part of the facility
  - ☐ Any other significant/high profile incident as determined by the Unit Head

**Category B Incidents:**
- ☐ Attempted escape
- ☐ Apprehension of escapee
- ☐ Death from natural causes/illness Gunshot, Class I
- ☐ Assault resulting in significant injury
  - ☐ Offender on staff
  - ☐ Offender on offender
- ☐ Staff injured in the line of duty resulting in significant injury (excluding assaults)
- ☐ Suicide attempts
- ☐ Hunger strike
  - ☐ Individual hunger strike
  - ☐ Organized hunger strike
- ☐ Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - ☐ Job-related employee arrests
  - ☐ Not job-related employee arrests
- ☐ Other
  - ☐ Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - ☐ Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - ☐ Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- ☐ Violation of Rule No. 21, Sex Offenses
  - ☐ 21.A Nonconsensual sexual act (offender-on-offender)
  - ☐ 21.B Abusive sexual act (offender-on-offender)
  - ☐ 21.C Sexual misconduct (offender-on-offender)
  - ☐ 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - ☐ 21.E Obscenity
  - ☐ 21.F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - ☐ 21.G Overt display of affection
  - ☐ 21.H Failure to report any improper advances made by an employee on an offender
- ☐ Gunshot (Class II)
- ☐ Assault resulting in minor injury or no injury
  - ☒ Fight (offender-on-offender)
  - ☐ Throwing of substance (offender-on-offender)
  - ☐ Throwing of substance (offender-on-staff)
  - ☐ Other assault(offender-on-offender)
  - ☐ Other assault (offender-on-staff)
  - ☐ Weapon offender-on-offender)
  - ☐ Weapon (offender-on-staff)
- ☐ Suicide Gesture
- ☐ Hunger strike (both individual and organized)
- ☐ Use of Force
  - ☐ Immediate use of force
  - ☐ Planned use of force
  - ☐ Cell extractions
  - ☐ Taser®
  - ☐ Chemical agents
- ☐ Naloxone Administration (Staff)
- ☐ Naloxone Administration (Offender)

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I, Major Karla Williams was making rounds in Bear-1 dormitory, when I heard a loud noise come from the game room of Bear-1 dormitory. I went into the game room where Alvin Williams #480922 was punching offender George Carter #359834 with a closed fist as he sat on the floor. I gave both offenders a direct verbal order to stop fighting and separate. Offender Alvin Williams #480922 continued to punch offender George Carter #359834. I immediately separated both offenders. As I was attempting to place offender Alvin Williams #480922 in restraints he kicked offender George Carter #359834. Offender Alvin Williams #480922 was placed in restraints and removed from Bear-1 dormitory. I notified Control Center, Medical #4 (Cadet Kriston Konos), and the Camp-C Entrance Building of the simple fight. A review of the security cameras was conducted for Bear-1 dormitory. It was seen at approximately 9:50pm offender Alvin Williams #480922 approached offender George Carter #359834 and started punching him with a closed fist. Offender George Carter #359834 sat on the floor and did not retaliate back. EMS Master Sergeant Juanita Taylor arrived at the camp. Offender George Carter #359834 was triaged on Bear Unit and offender Alvin Williams #480922 was also triaged on Tiger-1 Unit, with no injuries found, before being transported to Main Prison Cellblocks, where he was placed on CBD Upper/Left investigative segregation tier.

This is for your information and further handling.

_Karla W___ Major_
Karla Williams, Major
Camp-C / D-Team

| DATE COMPLETED | TIME COMPLETED |
|---|---|
| December 26, 2020 | 10:55pm |

CONFIDENTIAL

Form AM-I-4-w-1
12 March 2020

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### CORRECTIONS SERVICES
### UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)
INSTITUTION: Louisiana State Penitentiary

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Alvin Williams | 480922 | Camp-C Bear-1 Dormitory | December 26, 2020 | Approx. 9:50pm |
| George Carter | 359834 | | | |

| LOCATION OF INCIDENT | WITNESSES |
|---|---|
| Camp-C Bear-1 dormitory Game room | N/A |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- ☐ Escape
  - ☐ Escape from inside a secure facility
  - ☐ Escape from outside a secure facility
- ☐ Death other than from natural causes/illness
  - ☐ Accident
  - ☐ Violence
  - ☐ Suicide
  - ☐ Suspicious or unknown cause
  - ☐ Execution
- ☐ Assault resulting in life threatening injury
  - ☐ Offender on staff
  - ☐ Offender on offender
  - ☐ Staff on offender
- ☐ Staff injured in the line of duty resulting in life-threatening injury (excluding assaults)
- ☐ Other
  - ☐ Significant property damage
  - ☐ Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
  - ☐ Large scale evacuation of all or significant part of the facility
  - ☐ Any other significant/high profile incident as determined by the Unit Head

**Category B Incidents:**
- ☐ Attempted escape
- ☐ Apprehension of escapee
- ☐ Death from natural causes/illness Gunshot, Class I
- ☐ Assault resulting in significant injury
  - ☐ Offender on staff
  - ☐ Offender on offender
- ☐ Staff injured in the line of duty resulting in significant injury (excluding assaults)
- ☐ Suicide attempts
- ☐ Hunger strike
  - ☐ Individual hunger strike
  - ☐ Organized hunger strike
- ☐ Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - ☐ Job-related employee arrests
  - ☐ Not job-related employee arrests
- ☐ Other
  - ☐ Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - ☐ Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - ☐ Any other small-scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- ☐ Violation of Rule No. 21, Sex Offenses
  - ☐ 21.A Nonconsensual sexual act (offender-on-offender)
  - ☐ 21.B Abusive sexual act (offender-on-offender)
  - ☐ 21.C Sexual misconduct (offender-on-offender)
  - ☐ 21.D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - ☐ 21.E Obscenity
  - ☐ 21.F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - ☐ 21.G Overt display of affection
  - ☐ 21.H Failure to report any improper advances made by an employee on an offender
- ☐ Gunshot (Class II)
- ☐ Assault resulting in minor injury or no injury
  - ☒ Fight (offender-on-offender)
  - ☐ Throwing of substance (offender-on-offender)
  - ☐ Throwing of substance (offender-on-staff)
  - ☐ Other assault (offender-on-offender)
  - ☐ Other assault (offender-on-staff)
  - ☐ Weapon offender-on-offender)
  - ☐ Weapon (offender-on-staff)
- ☐ Suicide Gesture
- ☐ Hunger strike (both individual and organized)
- ☐ Use of Force
  - ☐ Immediate use of force
  - ☐ Planned use of force
  - ☐ Cell extractions
  - ☐ Taser®
  - ☐ Chemical agents
- ☐ Naloxone Administration (Staff)
- ☐ Naloxone Administration (Offender)

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I, Major Williams was making rounds in Bear-1 dormitory, when I heard a aloud noise come from the game room of Bear-1 dormitory. I went into the game room Offender Alvin Williams *480922 was punching, Offender George Carter *359834 with a closed fistas he sat on the floor. I gave both Offenders a direct verbal order to stop fighting and separate. Offender Alvin Williams *480922 continued to punch Offender George Carter *359834. I immediately separated both offenders. As I was attempting to place Offender Alvin Williams *460920 in restraints he kicked Offender George Carter *389834. Offender Alvin Williams *480922 was placed in restraints and removed from Bear-1 dormitory. I notified Control Center Medical *4 Cadet Kriston Knox, and Camp-C Entrance Building of the simple fight. A review of the security cameras was conducted for Bear-1 dormitory. It was seen at approximately 9:50 pm Offender Alvin Williams *460922 approached Offender George Carter *359834 and state started punching him with a closed fist. Offender George Carter *359834 sat on the floor and did not retaliate back. EMS Met Taylor arrived at the comp. Offender George Carter *359834 was triaged on Bear unit and Offender Alvin Williams *480922 was triaged on Tiger-1 unit with no injures found.

Karla Williams, Major
Camp-C / D-Team

| December 26, 2020 | 10:55pm |
|---|---|
| DATE COMPLETED | TIME COMPLETED |

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: L.S.P. ANGOLA

| 1. Name of Inmate **Alvin Williams** | 2. Number **480922** | 3. Date of Incident **December 26, 2020** | 4. Time of Incident **Approx. 9:50pm** |
|---|---|---|---|
| 5. Place of Incident **Camp-C Bear-1 Game room** | 6. Job Assignment (Inmate) **Camp-C Cellblock Orderly** | 7. Housing Assignment (Inmate) **Camp-C Bear-1 Dormitory** | |
| 8. Rule Violated **Simple Fight** | | 9. Rule Number **# 10** | |

10. Description of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary )

*On the above date and approximate time, I, Major Karla Williams was making rounds in Bear-1 dormitory, when I heard a loud noise come from the game room of Bear-1 dormitory. I went into the game room offender Alvin Williams #480922 was punching offender George Carter #359834 with a closed fist as he sat on the floor. I gave both offenders a direct verbal order to stop fighting and separate. Offender Alvin Williams #480922 continued to punch offender George Carter #359834. I immediately separated both offenders. As I was attempting to place offender Alvin Williams #480922 in restraints he kicked offender George Carter #359834. Offender Alvin Williams #480922 was placed in restraints and removed from Bear-1 dormitory. I notified Control Center, Medical #4 (Cadet Kriston Konos), and the Camp-C Entrance Building of the simple fight. A review of the security cameras was conducted for Bear-1 dormitory. It was seen at approximately 9:50pm offender Alvin Williams #480922 approached offender George Carter #359834 and started punching him with a closed fist. Offender George Carter #359834 sat on the floor and did not retaliate back. EMS Master Sergeant Juanita Taylor arrived at the camp. Offender George Carter #359834 was triaged on Bear Unit and offender Alvin Williams #480922 was also triaged on Tiger-1 Unit, with no injuries found, before being transported to Main Prison Cellblocks, where he was placed on CBD Upper/Left investigative segregation tier.*

| 11. Inmate Placed in Adm Seg. | **X** | Yes | | No | | |
|---|---|---|---|---|---|---|
| 12. Signature of reporting employee *Karla Williams*  MGZ | | | | 13. Name, Title, Assignment (Print) **Karla Williams, Major Camp –C / D-Team** | | |
| 14. Date of Report **December 26, 2020** | 15. Time of Report **10:57pm** | | 16. Report (copy) given to above inmate by: | 10 | 17. Inmate's Signature: *refused* | |
| 18. Plea by Inmate: | Not Guilty | | Guilty | 19. Verdict: | Not Guilty | Guilty |
| 20. Date of Hearing : | | | | 21. Counsel Substitute : DOC#: | | |

22. Motions: _____

23. Reasons for Disposition:
[  ] Report is clear and precise.   [  ] Lack of a credible defense/little or no defense.   [  ] Based on his statement.
[  ] The officer's version is determined to be more credible than the inmate's.   [  ] Pled guilty/accepted guilty plea.
[  ] Only defense is denying contents of report..   [  ] The inmate presented no evidence to refute the charges.
[  ] The Investigative officer's testimony was deemed more truthful and accurate than the inmate's.   [  ] Plea bargain
[  ] The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
[  ] Other _____

24. Reasons for Sentence:
[  ] Seriousness of offense.   [  ] The need to protect the institution, employee, or other.
[  ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
   A total of _____ # _____ rule violations since _____

[  ] Other _____

25. Sentence:

Suspended [   ] _____ Days
Imposed  [   ]

26. Sentence:

Suspended [   ] _____ Days
Imposed  [   ]

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER ) _____

MEMBER _____

CONFIDENTIAL

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: L.S.P. ANGOLA

| NAME Albert Grayer | NUMBER #389690 | 3. Date of Incident December 26, 2020 | 4. Time of Incident Approx. 11:00 am |
|---|---|---|---|
| 5. Place of Incident Camp-C Tiger 1-Right | 6. Job Assignment (Inmate) N/A | 7. Housing Assignment (Inmate) Camp-C Tiger 1-Right | |
| 8. Rule Violated Aggravated Fighting | | 9. Rule Number #11 | |

10. Description of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary.)

On the above date and approximate time, I Sgt. Dornier let Offender Alvin Welch, #97685 onto Tiger 1-Right to paint the bars of one of the cells. I observed Offender Albert Grayer, #389690 throw an unknown liquid substance out of his cell hitting Offender Welch. I ordered Offender Welch to exit the tier and he complied. I then telephoned Major Ramsey and informed her of the situation. A short time later Major Ramsey arrived and told Offender Welch to return to his dorm and shower. This is for your information and further handling.

11. Inmate Placed in Adm Seg. Yes  X  NO (Already in Admin. Seg.)

12. Signature of reporting employee

13. Name, Title, Assignment (Print) Ryan Dornier, Sergeant / Camp- C

| 14. Date of Report December 26, 2020 | 15. Time of Report 11:40 AM | 16. Report (copy) given to above inmate by: | 17. Inmate's Signature: |
|---|---|---|---|
| 18. Plea by Inmate: | Not Guilty | Guilty | 19. Verdict: Not Guilty  Guilty |

20. Date of Hearing :

21. Counsel Substitute : DOC#:

22. Motions:

23. Reasons for Disposition:
[ ] Report is clear and precise.  [ ] Lack of a credible defense/little or no defense.  [ ] Based on his statement.
[ ] The officer's version is determined to be more credible than the inmate's.  [ ] Pled guilty/accepted guilty plea.
[ ] Only defense is denying contents of report..  [ ] The inmate presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the inmate's.  [ ] Plea bargain
[ ] The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
[ ] Other

24. Reasons for Sentence:
[ ] Seriousness of offense.  [ ] The need to protect the institution, employee, or other.
[ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
A total of _____ # _____ rule violations since _____

[ ] Other

25. Sentence:
Suspended [ ] _____ Days
Imposed [ ]

26. Sentence:
Suspended [ ] _____ Days
Imposed [ ]

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER )

MEMBER

CONFIDENTIAL RECEIVED

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: L.S.P. ANGOLA

| 1.Name of Inmate George Carter | 2. Number 359834 | 3. Date of Incident December 26, 2020 | 4. Time of Incident Approx. 9:50pm |
|---|---|---|---|
| 5. Place of Incident Camp-C Bear-1 Game room | 6. Job Assignment (Inmate) Camp-C Education Clerk | 7. Housing Assignment (Inmate) Camp-C Bear-1 Dormitory | |
| 8. Rule Violated Simple Fight | | 9. Rule Number # 10 | |

10. Description of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary )

On the above date and approximate time, I, Major Karla Williams was making rounds in Bear-1 dormitory, when I heard a loud noise come from the game room of Bear-1 dormitory. I went into the game room offender Alvin Williams #480922 was punching offender George Carter #359834 with a closed fist as he sat on the floor. I gave both offenders a direct verbal order to stop fighting and separate. Offender Alvin Williams #480922 continued to punch offender George Carter #359834. I immediately separated both offenders. As I was attempting to place offender Alvin Williams #480922 in restraints he kicked offender George Carter #359834. Offender Alvin Williams #480922 was placed in restraints and removed from Bear-1 dormitory. I notified Control Center, Medical #4 (Cadet Kriston Konos), and the Camp-C Entrance Building of the simple fight. A review of the security cameras was conducted for Bear-1 dormitory. It was seen at approximately 9:50pm offender Alvin Williams #480922 approached offender George Carter #359834 and started punching him with a closed fist. Offender George Carter #359834 sat on the floor and did not retaliate back. EMS Master Sergeant Juanita Taylor arrived at the camp. Offender George Carter #359834 was triaged on Bear Unit and offender Alvin Williams #480922 was also triaged on Tiger-1 Unit, with no injuries found, before being transported to Main Prison Cellblocks, where he was placed on CBD Upper/Left investigative segregation tier.

| 11. Inmate Placed in Adm Seg. | | Yes | X | No House arrest | | | | |
|---|---|---|---|---|---|---|---|---|
| 12. Signature of reporting employee *Karl Wlh* Mgic | | | | 13. Name, Title, Assignment (Print) Karla Williams, Major Camp –C / D-Team | | | | |
| 14. Date of Report December 26, 2020 | 15. Time of Report 10:56pm | | | 16.Report (copy) given to above inmate by: *LW* | | 17. Inmate's Signature: *Refused* | | |
| 18. Plea by Inmate: | Not Guilty | | Guilty | 19. Verdict: | Not Guilty | | Guilty | |
| 20. Date of Hearing : | | | | 21. Counsel Substitute : DOC#: | | | | |

22. Motions:_____

23.Reasons for Disposition:
[ ] Report is clear and precise.    [ ] Lack of a credible defense/little or no defense.    [ ] Based on his statement.
[ ] The officer's version is determined to be more credible than the inmate's.    [ ] Pled guilty/accepted guilty plea.
[ ] Only defense is denying contents of report..    [ ] The inmate presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the inmate's.    [ ] Plea bargain
[ ] The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
[ ] Other _____

24.Reasons for Sentence:
[ ] Seriousness of offense.    [ ] The need to protect the institution, employee, or other.
[ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since_____
    A total of _____ # _____ rule violations since_____

[ ] Other _____

25. Sentence:

Suspended [    ]_____Days
Imposed  [    ]

26.Sentence:

Suspended [    ]_____Days
Imposed  [    ]

27.DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical
expense occasioned through the fault of an inmate who in so
causing the loss, damage, or medical expenses also is found
guilty through the disciplinary process of violating one or more
of the rules set out in the Disciplinary Rules and Procedures
for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER )

MEMBER

PAGE 1 OF

TO:   DISCIPLINARY BOARD

FROM:

RE:   ALVIN WILLIAMS       MED
      DOC# 480922     D EAG 1  D CUL CAFE ATTENDAN

DATE: 5/28/2020    May 28, 2020

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--------|-------------------|---------------------------|------------------|
| VINCENT ███ | ███ | ██M FIGHT | 5/27/2020 | D EAG 1 |
| ENEMY REVIEW | | | 3/2/09 | |
| CHAWN ███ | ███ ██ | ███IGHT | 11/14/08 | |

RECEIVED

LSP RECORDS

CONFIDENTIAL

# LOUISIANA STATE PENITENTIARY
# INVESTIGATIVE SERVICES

**DATE OF INCIDENT:** 02/09/20

**INVESTIGATOR:** Lt. Alex Gremillion

**SEARCH OFFICER:** Lt. Kirk Templeton

**OFFENDER'S NAME:** Alvin Williams

**OFFENDER'S DOC#:** 480922

**REASON:** Contraband

**DESCRIPTION:** (1) Cellphone, (1) Wall plug, (1) USB and (1) extra battery

**LOCATION OF INCIDENT:** Eagle 1

**ASSIGNED HOUSING:** Eagle 1

## THIS CONTRABAND WILL BE PLACED IN EVIDENCE



Alex Gremillion, Lt.
Investigative Services

CC:  Warden Darrel Vannoy
     Deputy Warden Joseph Lamartiniere
     Assistant Warden Tim Delaney
     File



TO:    DISCIPLINARY BOARD

FROM:

RE:    ALVIN WILLIAMS              MED
       DOC# 480922        D EAG 1  D CUL CAFE ATTENDAN

DATE: 03/12/2009    March 10, 2020

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME ENEMY REVIEW | NUMBER | NATURE OF PROBLEM | DATE OF PROB- LEM SITUATION 3/2/09 | CURRENT LOCATION |
|---|---|---|---|---|
| CHAWN ████████ | DCI | FIGHT | 11/14/08 | |

CONFIDENTIAL

PAGE 1 OF

TO:   DISCIPLINARY BOARD

FROM:

RE:   ALVIN WILLIAMS            MED
      DOC# 480922        HIC 2 CBD U/R 0 L 4

DATE: 03/12/2009    June 24, 2019

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--------|-------------------|---------------------------|------------------|
| ENEMY REVIEW | | | 3/2/09 | |
| CHAWN ███████████ | DC1 | FIGHT | 11/14/08 | |



CONFIDENTIAL

TO:   DISCIPLINARY BOARD

FROM:

RE:   ALVIN WILLIAMS          MED
      DOC# 480922       C WOLF 2  L 1

DATE: 03/12/2009    April 5, 2019

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--------|-------------------|---------------------------|------------------|
| ENEMY REVIEW | | | 3/2/09 | |
| CHAWN | DC1 | FIGHT | 11/14/08 | |


CONFIDENTIAL

## LOUISIANA STATE PENITENTIARY
## INVESTIGATIVE SERVICES

**CASE#:** *AIS-19-C-0454*

**DATE OF INCIDENT:** 3/22/19                    **REASON:** Contraband

**INVESTIGATOR:** Lt. Tammy McDonald          **SEARCH OFFICER:** *MSgt. Aaron Hicks*

**SUBJECT'S NAME/DOC:** *Alvin Williams #480922*          **HOUSING:** *MP Spruce 2*

**LOCATION OF INCIDENT:** *Spruce 2 Dorm*

**DESCRIPTION:** (1) black/white Alcatel cellphone and (1) pair of black JVC earbuds

**WEIGHT:**

**TEST RESULTS:**

**TEST USED:**

### THIS CONTRABAND WILL BE PLACED IN EVIDENCE



Tammy McDonald, Lt.
Investigative Services

CC:   Warden Darrel Vannoy
      DW Joseph Lamartiniere
      DW Stephanie Lamartiniere
      AW Carl Delaney
      File

**RECEIVED**

MAR 26 2019

Disciplinary Office
LSP

CONFIDENTIAL

TO:   DISCIPLINARY BOARL

FROM:


RE:   ALVIN WILLIAMS          MED
      DOC# 480922        SPR 2 CBB U/R 0 JANITOR/CLEAN REBTC ORD

DATE: 03/12/2009     March 25, 2019

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME<br>ENEMY REVIEW | NUMBER | NATURE OF<br>PROBLEM | DATE OF PROB-<br>LEM SITUATION<br>3/2/09 | CURRENT<br>LOCATION |
|---|---|---|---|---|
| CHAWN ███████████ | DCI | FIGHT | 11/14/08 | |

CONFIDENTIAL

# LOUISIANA STATE PENITENTIARY
## INVESTIGATIVE SERVICES

DATE OF INCIDENT:  8/24/18

INVESTIGATOR: MAJOR HEATHER DUPUIS

OFFENDER NAME: ALVIN WILLIAMS

DOC #: 480922

HOUSING: SPRUCE 2

AIS-18-H-2095

REASON: CONTRABAND

DESCRIPTION: 1 ZTE CELLPHONE AND CHARGER

WEIGHT: N/A

TEST USED: N/A

RESULTS: FOUND IN BROWN BAG UNDER OFFENDERS BED

THIS CONTRABAND WAS PLACED IN EVIDENCE.



Major Heather Dupuis

CONFIDENTIAL

TO:   DISCIPLINARY BOARD

FROM:

RE:   ALVIN WILLIAMS            MED
      DOC# 480922        SPR 2  JANITOR/CLEAN REBTC ORD

DATE: 03/12/2009      August 24, 2018

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME ENEMY REVIEW | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION 3/2/09 | CURRENT LOCATION |
|---|---|---|---|---|
| CHAWN ▮▮▮▮▮▮▮▮▮▮ DCI | | FIGHT | 11/14/08 | |

CONFIDENTIAL

```
                                              PAGE 1 OF
TO:   DISCIPLINARY BOARD

FROM:

RE:   ALVIN WILLIAMS          MED
      DOC# 480922         HIC 3 CBB U/L 0 JANITOR/CLEAN TC ORD

DATE: 02/23/2015      November 9, 2015

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.
```

| NAME | | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|---|--------|-------------------|---------------------------|------------------|
| ERNEST | WILSON | 402486 | SIM/FIGHT | 2/22/15 | J GTR 3/R |
| ENEMY REVIEW | | | | 3/2/09 | |
| CHAWN D█████ | | DC1 | FIGHT | 11/14/08 | |



TO:   DISCIPLINARY BOARD                          .AGE 1 OF

FROM:

RE:   ALVIN WILLIAMS            MED
      DOC# 480922         HIC 3   JANITOR/CLEAN

DATE: 03/12/2009         October 28, 2014

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--------|-------------------|---------------------------|------------------|
| ENEMY REVIEW | | | 3/2/09 | |
| CHAWN ███████ ▆▆▆ | | FIGHT | 11/14/08 | |

CONFIDENTIAL

PAGE 1 OF

TO:   DISCIPLINARY BOARD

FROM: SHERMAN HARRIS
      CCO I

RE:   ALVIN WILLIAMS          MED
      DOC# 480922    HIC 3  JANITOR/CLEAN DORM ORD

DATE: 05/06/2010       November 17, 2011

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--------|-------------------|---------------------------|------------------|
| JACKIE WAFFER | 322257 | FIGHT | 4/6/10 | CYP 2 |
| ENEMY REVIEW | | | 3/2/09 | |
| CHAWN ███████████ | | FIGHT | 11/14/08 | DCI |


CONFIDENTIAL

PAGE 1 OF

TO:   DISCIPLINARY BOARD

FROM:

RE:   ALVIN WILLIAMS          MED
      DOC# 480922        HIC 3 CBD L/L 0 EDUCATION WELD 01

DATE: 03/12/2009      April 7, 2010

On this date, the inmate's record was screened and the following list of
inmates with whom he has had problems has been completed.

| NAME | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|------|--------|-------------------|---------------------------|------------------|
| ENEMY REVIEW | | | 3/2/09 | |
| CHAWN ███████████ | | FIGHT | 11/14/08 | DCI |



```
DATE: 03/21/22          DPS&    RECTIONS SERVICES          TIME
AMENDED: 03/21/22              STER RECORD                 P
```

--------------------------- D E S C R I P T I O N ----------------------

```
DOC #..: 00480922        CURRENT LOC: LA STATE PEN
NAME: WILLIAMS, ALVIN                    B/M      DOB.......  ███████

SID NUMBER: ███████     FBI NUMBER: 774733DC3     SOC.SEC...  ███████
DRIVER LIC: ███████  - LA                         STRIKE.....: NO
HGT.......: 5`10        WEIGHT....: 230            HAIR.......: BLACK
EYES......: BROWN       COMPLEXION: MEDIUM         SHOE SIZE.: 110
```
********************** R E L E A S E   I N F O R M A T I O N ******************
```
DN                                               DNA: Y
OFFENDER CLASS: 03      GT ACT.: ACT1099          TEST DATE: 06/24/2005
WRED:
PED: NOTELG            DS  ...: NO/NE/             FTD: LIFE
ECC DATE:  /  /        ADJUSTED.: NONE

PB ACTION..:                                      TOTAL SENTENCE
                      MS ON TOTAL LOSS OF GT              LIFE
TYPE ACTION:          TO DATE:
ACTION DATE:          RESTORED:      0
                      CTRP Release Factor: 0   DAYS
COMMENTS:
     UPDATE EMERGENCY CONTACT

DETAINER: N   DETAINER INFO:
```

-------------------- O F F E N S E   I N F O R M A T I O N --------------------

| DOCKET NUMBER | PAR CON | HW CR | SENTENCE DATE | MOD1&2 | STATUTE | CNT | TERM YYYMMDD | HW CR | REV FLG | GT ACT | APP JCR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 474521 | ORL | NA | 10/29/08 | / | SECOND DEGREE MUR | 001 | LIFE | NA | | 099 | 0382 |

```
DOC #..: 00480922   NAME..: WILLIAMS, A                    PG  2

------------------------------- A L I A S -------------------------------
              NONE FOUND
********************* E M E R G E N C Y   C O N T A C T *******************
  EMERGENCY CONTACT:  ████████████    RELATION.......: MOTHER
  EMERGENCY ADDRESS:  ████████████    EMER.CITY/ST:████████████
  EMERGENCY ZIPCODE:  ████████████    EMERGENCY PHONE:████████████

--------------------- P E R S O N A L   D A T A ---------------------
  ADDRESS..:1████████████████████████
  BIRTH CITY:████████████                   CITIZEN..: YES
  MARITAL ST: SINGLE          CHILDREN: 00   RELIGION..: UNKNOWN
  EDUCATION.: 12 YRS.         ELOC....: 4    GOVT ASST.:
  OCCUPATION: NOT IN LABOR FORCE-UNEMPLOYED
  MOTHER`S NAME: CAROLYN   WILLIAMS      FATHER`S NAME: ALVIN POWELL

------------------ S C A R S - M A R K S - T A T T O O S ------------------

  MARK/INFIRMITY.1: SC HEAD        LITERAL: CUT
  MARK/INFIRMITY.2:                LITERAL: 2 UPPER GOLD
  MARK/INFIRMITY.3: MISS R LEG     LITERAL: HHB HOT HOT BOY
  MARK/INFIRMITY.4:                LITERAL:
  MARK/INFIRMITY.5:                LITERAL:

------------------ T R A N S F E R   I N F O R M A T I O N ------------------

                                           FROM      TYPE
  ASSIGNED  LOCATION      PHYSICAL  LOCATION    DATE      SUPV
  =====================   =====================  ========  ====
  NEW ORLEANS WEST DIST   NEW ORLEANS WEST DIST  04/19/04   B
  NEW ORLEANS WEST DIST   ORLEANS JUSTICE CENTE  08/19/04   B
  NEW ORLEANS WEST DIST   NEW ORLEANS WEST DIST  08/23/04   B
  NEW ORLEANS WEST DIST   ORLEANS JUSTICE CENTE  09/20/04   B
  OAS/SOUTH JAILS         ORLEANS JUSTICE CENTE  04/20/05   A
  HUNT RECEPTION AND DI   HUNT RECEPTION AND DI  06/27/05   A
  J LEVY DABADIE CORREC   J LEVY DABADIE CORREC  07/25/05   A
  ALEXANDRIA DISTRICT     ALEXANDRIA DISTRICT    09/21/05   G
  ALEXANDRIA DISTRICT     ORLEANS JUSTICE CENTE  08/01/06   G
  ALEXANDRIA DISTRICT     ALEXANDRIA DISTRICT    10/03/06   G
  ALEXANDRIA DISTRICT     RELEASE                10/03/06   G
  NON DOC EVAC/ARRESTEE   ORLEANS JUSTICE CENTE  08/28/08   E
  NON DOC EVAC/ARRESTEE   LA STATE PEN           08/29/08   E
  NON DOC EVAC/ARRESTEE   ORLEANS JUSTICE CENTE  09/04/08   E
                 (transfers continued next page)
```

```
DOC #..: 00480922   NAME..: WILLIAMS, A                        PG  3
------------------- T R A N S F E R   I N F O R M A T I O N ------------
```

| ASSIGNED   LOCATION | PHYSICAL   LOCATION | FROM DATE | TYPE SUPV |
|---|---|---|---|
| OAS/SOUTH JAILS | ORLEANS JUSTICE CENTE | 10/29/08 | A |
| OAS/SOUTH JAILS | HUNT RECEPTION AND DI | 11/05/08 | A |
| HUNT RECEPTION AND DI | HUNT RECEPTION AND DI | 11/18/08 | A |
| LA STATE PEN | LA STATE PEN | 03/02/09 | A |

```
    LSP5K
    ---------------------------
    PRINTED BY                                03/21/22
```

```
                        TIME COMPUTATION & JAIL CREDITS        PG: 1    OF  1
NAME : WILLIAMS, ALVIN
CAJ.II OFF.#                      004             DOC NUMBER : 00480922
OFF. DATE                   10102007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ARRESTED                    10132007
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
REMANDED
SENT DATE                   10292008
SENT START                  10292008
PROB/BOND/ESC
ARRESTED
BONDED
ARRESTED
BONDED
REMANDED
REVOKED
REV START
STATUTE                     14:30.1        01
PAR & DKT#             ORL   474521
SENT LENGTH(YYYMMDD)          LIFE
JAIL CREDIT                   000382
AWARD CREDIT                  000000
BAL OWED                   0 LIFE
GT ACT                          1099
MUST SERV                  0 NONE
OFF.CLASS                       03
PAROLE ELG?                      N
PAROLE BAL.                0 NOTELG
CONSECUTIVE FLAG
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                           DBDS : 00000000   RAW DS    : NONE       TOT.
           FTD : LIFE       PED : NOTELG    ADJ. DS   : NONE     LOSS:0000
CONTROLLING OFF..:    04          04
GT CONTROLLING STACK: <DTA>                GT CREDIT...: 000000
CTRP Release Factor:0000
CTRP GT Earned   :000 DAYS       CUTOFF DATE..: 09/05
COMMENTS........:
NOTE: ALL DATES (APPLICABLE) FOR ROLLOVER ARE ADJUSTED TO 00000000 TOT.ADJ.
COMPUTED BY.....: A FALGOUT                         11/06/08       MS0
                              Amanda 6/6/08
```

RELEASE DATE COMPUTATION INFORMATION          PG 1

NAME: WILLIAMS, ALVIN                                   DOC #: 00480922
                              RELEASE DATES

              FTD: LIFE           PED: NOTELG        ORIGINAL DS DT: NONE
                                                     ADJUSTED DS DT: NONE
CONTROLLING
SEQUENCE  #:          04                  04                     04
                                                  TOTAL LOSS
CTRP GOOD TIME Release Factor: 0000 DAYS        OF GT (MS)  : 0000

Listed below is the information used to calculate your release dates. Your dates
are computed by the statutory laws applicable to your case. If all the infor-
-mation listed is correct, your release dates are correct. If the listed infor-
-mation is incorrect, please contact the arresting agency and request that they
provide us with the correct information. The Good Time Act shown is the Good
Time Act that was in effect when your case was sentenced. If you qualify for
conversion to another Good Time Act, your release dates have been adjusted.

─────────────────────────────────────────────────────────────────────────────
          ESCAPE,APPEAL BOND, COURT RELEASE INFORMATION
─────────────────────────────────────────────────────────────────────────────
                    SENTENCING INFORMATION
PARISH & DKT: ORL 474521                          OFFENSE SEQ#: 004
GT ACT: 1099    OFFENDER CLASS: 03   PAROLE ELIG.: N   CS PTR:
OFFENSE:    14:30.1        001               SENTENCE LENGTH: LIFE
DATE COMMITTED: 10102007

ARREST AND RELEASE INFORMATION:
----------------------------------------
  ARRESTED              10132007
  SENT DATE             10292008
  SENT START            10292008
─────────────────────────────────────────────────────────────────────────────


COMPUTED BY: A FALGOUT   *Amaau*          DATE: 11/06/08
PRINTED BY.: A FALGOUT   6/8/09           DATE: 11/06/08

Form B-04-003-B
19 April 2010

CERTIFIED TREATMENT AND REHABILITATION
GOOD TIME APPROVAL

DATE: 08/27/18

Offender Name & DOC #: WILLIAMS, ALVIN    00480922

Physical Location: LA STATE PEN

Good Time/Diminution of Sentence Release Date: NONE

| | APPROVED                        |✓ DENIED

If denied - reason:

Life

| Program: | Date Enrolled: | Date Successfully Completed: | Dates of Participation: | Hours Attended by Month |
|---|---|---|---|---|
| LIVING IN BALANCE - PHASE 1 | | 08/27/18 | | |

Total Educational Credits Earned:    90

_Ashley Bunnien, MSW_
Program Coordinator"s Signature

_8/27/2018_
Date

_____
Sheriff/Administrator"s Signature (If Applicable)

_____
Date

_Afton Geddy_
Records Supervisor/Manager or Designee"s Signature

_8/28/18_
Date

**RECEIVED**

AUG 2 7 2018

**LSP/RECORDS**

CERTIFIED TREATMENT AND REHABILITATION
GOOD TIME APPROVAL

DATE: 05/31/17

Offender Name & DOC #: WILLIAMS, ALVIN    00480922

Physical Location: LA STATE PEN

Good Time/Diminution of Sentence Release Date: NONE

| | APPROVED                     |✔ DENIED

If denied - reason:

_____ Life _____

| Program: | Date Enrolled: | Date Successfully Completed: | Dates of Participation: | Hours Attended by Month |
|---|---|---|---|---|
| PRE-RELEASE CURRICULUM - 2010 | | 02/24/17 | | |

Total Educational Credits Earned:  120

_Lakeshia Jackson_                           5-31-17
Program Coordinator"s Signature              Date


_____             _____
Sheriff/Administrator"s Signature (If Applicable)    Date


_____             6/1/17
Records Supervisor/Manager or Designee"s Signature    Date

RECEIVED

JUN 0 2 2017

LSP/RECORDS

Form B-04-003-B
19 April 2010

CERTIFIED TREATMENT AND REHABILITATION
GOOD TIME APPROVAL

DATE: 01/29/15

Offender Name & DOC #: WILLIAMS, ALVIN    00480922

Physical Location: LA STATE PEN

Good Time/Diminution of Sentence Release Date: NONE

| | APPROVED                    | ✓ DENIED

RECEIVED

MAR 03 2015

If denied - reason:

LSP/RECORD

NE GT LiFe sentence

| Program: | Date Enrolled: | Date Successfully Completed: | Dates of Participation: | Hours Attended by Month |
|---|---|---|---|---|
| ANGER MANAGEMENT: CAGE YOUR RAGE | | 01/28/15 | | |

Total Educational Credits Earned:    90

_Tanna Brewer LMSW_                              1/29/15
Program Coordinator"s Signature                  Date

_____          _____
Sheriff/Administrator"s Signature (If Applicable)  Date

_Ann Mevson_                                      3-6-15
Records Supervisor/Manager or Designee"s Signature  Date

Form B-04-003-B
07 June 2010

## CERTIFIED TREATMENT AND REHABILITATION
## GOOD TIME APPROVAL

Offender's Name & DOC #: Alvin Williams 480922    Date: 7-15-2010

Physical Location: _____

Good Time/Diminution of Sentence Release Date: _____

☐ APPROVED              ☑ DENIED

If denied - reason: _____ N/E Goodtime Life sentence _____

| Program: | Date Enrolled: | Date Successfully Completed: | Dates of Participation: | Hours Attended by Month |
|---|---|---|---|---|
| Weld01 | 8309 | 4-6-10 | _____ | 140 |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

Total Educational Credits Earned: _____

Note: If the offender did not complete the program, state reason dropped: _____

_____                    7-15-10
Program Coordinator's Signature              Date

RECEIVED

JUL 16 2010

LSP/RECORDS

_____                    _____
Sheriff/Administrator's Signature (If Applicable)    Date

_____                    7-16-10
Records Supervisor/Manager or Designee's Signature    Date

Form B-04-003-B
19 April 2010

CERTIFIED TREATMENT AND REHABILITATION
GOOD TIME APPROVAL

DATE: 04/27/10

Offender Name & DOC #: WILLIAMS,ALVIN    00480922

Physical Location: LOUISIANA STATE PENITENTIARY

Good Time/Diminution of Sentence Release Date: NOTELG

| | APPROVED                    |X| DENIED

If denied - reason:

_Not Eligible Goodtime_

| Program: | Date Enrolled: | Date Successfully Completed: | Dates of Participation: | Hours Attended by Month |
|----------|----------------|------------------------------|-------------------------|--------------------------|
| WELDING CLASS 1 | 08/03/09 | 04/06/10 | | |

Total Educational Credits Earned:  180

_____     4-28-10
Program Coordinator"s Signature      Date

_____     _____
Sheriff/Administrator"s Signature (If Applicable)   Date

_____     7-22-10
Records Supervisor/Manager or Designee"s Signature   Date

RECEIVED

JUL 1 2 2010

LSP/RECORDS

# LOUISIANA STATE PENITENTIARY

This certificate is to acknowledge that

## ALVIN WILLIAMS
## DOC#480922

Has completed the group Living in Balance: Moving
From a Life of Addiction to a Life of Recovery, Part 1 & 2

ASHLEY BRUNIOUS, LMSW

DANNIE JOHNSON DOC# 104404, Peer Facilitator

August 27, 2018

# Louisiana State Penitentiary

## Education Department

### Angola, Louisiana

*Certifies that:*

Alvin Williams #480922

*Completed*

## "Offender Healthcare Provider Training Program"

12 hours of Class/Clinical Completed

*August 15, 2018*



Velva Schellenger RN
QI/Education Coord.



# LOUISIANA STATE PENITENTIARY

This certificate is to acknowledge that

## ALVIN WILLIAMS #480922

HAS COMPLETED CAGE YOUR RAGE
ANGER MANAGEMENT GROUP

JONNA BREWER, LMSW

JANUARY 2015



# National Center for Construction Education and Research

This is to certify that

## Alvin Williams

has fulfilled the requirements for

### Core Curricula

in NCCER's standardized training curriculum

this Fourteenth day of September, 2009



Donald E. Whyte
President

RECEIVED

AUG 26 2010

SP/RECORDS



NATIONAL CEN᠍.  . FOR CONSTRUCTION EDUCATION AND R᠍. ᠍ARCH
BUILDING  TOMORROW'S  WORKFORCE
3600 NW 43rd St, Bldg G ○ Gainesville, FL 32606
P 352.334.0911 ○ F 352.334.0932 ○ www.nccer.org
*Affiliated with the University of Florida*

**November 2, 2009**

# Official Transcript

Alvin Williams
Louisiana Department of Education - LCTCS
265 S Foster Dr
Baton Rouge, LA 70806

**Current Employer/School:**

Card #: 7105671

| Course / Description | Instructor | Training Location | Date Compl. |
|---|---|---|---|
| 00101-04  Basic Safety | Parker Moreau | Louisiana Department of LCTCS-LTC Folkes Campus | 9/14/2009 |
| 00102-04  Introduction to Construction Math | Parker Moreau | Louisiana Department of LCTCS-LTC Folkes Campus | 9/14/2009 |
| 00103-04  Introduction to Hand Tools | Parker Moreau | Louisiana Department of LCTCS-LTC Folkes Campus | 9/14/2009 |
| 00104-04  Introduction to Power Tools | Parker Moreau | Louisiana Department of LCTCS-LTC Folkes Campus | 9/14/2009 |
| 00105-04  Introduction to Blueprints | Parker Moreau | Louisiana Department of LCTCS-LTC Folkes Campus | 9/14/2009 |
| 00107-04  Basic  Communication Skills | Parker Moreau | Louisiana Department of LCTCS-LTC Folkes Campus | 9/14/2009 |
| 00108-04  Basic Employability Skills | Parker Moreau | Louisiana Department of LCTCS-LTC Folkes Campus | 9/14/2009 |

**NO ENTRIES BELOW THIS LINE**

*Donald E. Whyte*
President, NCCER

# Louisiana Technical College

hereby certifies that

## Alvin T. Williams

has satisfactorily achieved Technical Competency

in

## Welding

as prescribed by the Board of Supervisors of the
Louisiana Community and Technical College System

Under the authority of the Board and upon the recommendation
of the faculty and the Regional Director of Louisiana Technical College
this 30th day of April, two thousand and ten.

### Production Line Welder

_Kay McDaniel_
Regional Director



_____
Corrections Coordinator

4809.22

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
## CONDUCT REPORT

NAME: _Alvin Williams_

DOC: _480922_

DATE:

| No. | Incident Date | Rule No. | Hearing Date | Reprimand | Extra Duty | Isol. | Loss of G.T. | Rec. Change (Job, Qtrs, Inst.) | Loss of Privileges/ Incentive Wages | Room Conf. | Rest |
|-----|---------------|----------|--------------|------------|------------|-------|--------------|-------------------------------|-------------------------------------|------------|------|
| | | | | | | | | **BOARD ACTION** | | | |
| 16 | 4-27-21 | 10 | 4-29-21 | | | | | 3 day dis seg | | | ✓ |
| 17 | 4-28-21 | 3/5/7 | 4-30-21 | | | | | #5 7 day Dis Seg | #3 1 2 whs phone #1 7 whs canteen 5 days | | |
| 18 | 5-4-21 | 11 | 5-5-21 | | | | | (1 day C to Dmp) 1 day Dis Seg | | | |
| 19 | 6-10-21 | 5 | 6-14-21 | | | | | | #5 7 days canteen | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

1. Contraband
1A. Unauthorized Items (A)
3. Defiance (B)
4. Disobedience (A)
5. Agg. Disobedience (B)
6. Disorderly Conduct (A)

7. Disrespect (A)
8. Escape (B)
9. Deleted
10. Fighting (B)
11. Agg. Fighting
12. Gambling (B)

13. Deleted
14. Intoxication
15. Malingering (B)
16. Rescinded
17. Prop. Destruction (B)
18. Radio/TV Abuse (A)

19. Self-Mutilation (B)
20. Rescinded
21. Agg. Sex Offense (B)
22. Theft (B)
24. Unauth. Area (A)
25. Deleted

26. Unsanitary Prac. (A)
27. Work Offense (A)
28. Agg. Work Offense (B)
29. Disturbance (B)
30. Gen. Prohibited Behavior (A)

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CONDUCT REPORT

NAME: Celvin Williams

DOC #: 480922

| No | Incident Date | Rule No. | Hearing Date | Repri-mand | Extra Duty | Isol | Loss of GT | Rec Change (job,qtrs,inst) | Loss of Privileges/ Incentive Wages | Room Conf | Rest |
|----|----|----|----|----|----|----|----|----|----|----|----|
| 1 | 11/4/08 | 10 | 11/26 | | | 10 | | | 4wks phone | | |
| 2 | 6/4/09 | 27 | 6/8/09 | | | | | | 1wk canteen | | |
| 3 | 4-6-10 | 10 | 4-8-10 | | | | | WAL+HID med Farmline | 8wks telephone susp 9zdays 4wks cant. | | |
| 4 | 11-26-11 | 5 | 11-18-11 | | | | | | | | |
| 5 | 10/27/14 | 1 | 10/29/14 | | | | | | 24 showing | | |
| 6 | 11.8.15 | 1 | 10.10.15 11.15.15 | | | | | (MA+) WCB | | | |
| 7 | 8-24-18 | 1 | 9-6-18 | | | | | Med F/L (susp 30days) | 6 wks canteen | | |
| 8 | 3-22-19 | 1 | 3-26-19 | | | | | Out Camp med F/L. | | | |
| 9 | 4-4-19 | 24 | 4-8-19 | | | | | | 4wks canteen | | |
| 10 | 3-9-20 | 1 | 3-11-20 3-17-20 | | | | | | 4days phone 4days canteen | | |
| 11 | 5-27-20 | 10 | 5-29-20 | | | | | (2days CTS) 2 Days Disciplg | | | |
| 12 | 12-26-20 | 10 | 12-29-20 | | | | | (3days CTS) 3days Disc plg | | | Medical Expense |
| 13 | 3-31-21 | 5 | 4-5-21 | | | | | (drop 30 days) 10days Disc Seg | | | |
| 14 | 4-2-21 | 3/5 | 4-6-21 4-5-21 | 7 Combined Reports | | | | 20day Disc plg | 14day Canteen | | Chem Agent |
| 15 | 4-2-21 | 3/5 | 4-6-21 4-5-21 | | | | | " | " | | " |

1. Contraband
1A. Unauthorized Items (A)
3. Defiance (B)
4. Disobedience (A)
5. Agg. Disobedience (B)
6. Disorderly Conduct (A)

7. Disrespect (A)
8. Escape (B)
9. Deleted
10. Fighting (B)
11. Agg. Fighting
12. Gambling (B)

13. Deleted
14. Intoxication
15. Malingering (B)
16. Rescinded
17. Prop. Destruction (B)
18. Radio/TV Abuse (A)

19. Self-Mutilation (B)
20. Rescinded
21. Agg. Sex Offense (B)
22. Theft (B)
24. Unauth. Area (A)
25. Deleted

26. Unsanitary Prac. (A)
27. Work Offense (A)
28. Agg. Work Offense (B)
29. Disturbance (B)
30. Gen Prohibited Behavior (B)

# CRIMINAL SHERIFF
Parish of Orleans – State of Louisiana – New Orleans, Louisiana 70119

MARLIN N. GUSMAN
Sheriff

DOC LETTER OF CREDIT

TO:    DEPARTMENT OF CORRECTIONS
       RECORDS / CLASSIFICATION DIVISION
       HUNT CORRECTIONAL CENTER
       ST. GABRIEL, LOUISIANA

INMATE NAME: _Alvin Williams_

RACE / SEX: _B/M_    DOB: _8.5.85_

CASE # _474521_

DATE OF ARREST: _10.13.07_    DATE OF SENTENCE: _10.29.08_

OTHER DATES OF ARREST AND RELEASE RELATIVE TO THIS CASE:

ARRESTED: _____    RELEASED: _____

TYPE OF RELEASE: _____

ARRESTED: _____    RELEASED: _____

TYPE OF RELEASE: _____

_10.29.08_    _S. Stewart_
DATE                          TITLE AND SIGNATURE
                              ORLEANS PARISH CRIMINAL SHERIFF'S OFFICE
                              RECORDS DIVISION
                              2800 GRAVIER STREET
                              NEW ORLEANS, LA 70119
                              (504) 827-8536
                              (504) 827-6763 - FAX

THIS LETTER OF CREDIT SATISIFIES THE REQUIREMENTS TO THE 1970 AMENDMENT OF ARTICLE
880 OF THE LOUISIANA CODE OF CRIMINAL PROCEDURE.

REV: 1/07

**PARISH OF ORLEANS**

STATE OF LOUISIANA } SS

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

ITEM NO.: J-11923-07

FIRST COUNT: **THE GRAND JURORS** of the State of Louisiana, duly impaneled and sworn in and for the body of the Parish of Orleans, in the name of and by the authority of said State, upon their oath, PRESENT, that **ALVIN T. WILLIAMS**, on the **10TH day of OCTOBER, 2007**, in the Parish of Orleans, aforesaid, and within the jurisdiction of the Criminal District Court for the Parish of Orleans, committed the crime of **Second Degree Murder of Donnell Gray**, contrary to the form of Statute of the State of Louisiana in such cases made and provided and against the peace and dignity of the same.

**Assistant District Attorney for the Parish of Orleans**

NO.

SECTION

---

STATE OF LOUISIANA
VERSUS
ALVIN T. WILLIAMS

---

INDICTMENT FOR
R.S. 14:30.1 – ONE COUNT OF
SECOND DEGREE MURDER

a True Bill

Emma Teftubband
Foreman of Grand Jury

New Orleans, December 6, 2007

---

Returned in open Court and recorded and

filed _____, 20_____.

_____ Minute Clerk

---

Arraigned _____, 20_____

and pleaded _____

---

_____ Minute Clerk

The accused _____

was sentenced on this _____ day of _____, 20_____

_____

_____

_____

_____ Minute Clerk

CRIMINAL DISTRICT COURT OF ORLEANS PARISH, LOUISIANA
Page    1
SECTION "J"  Judge: THE HONORABLE DARRYL DERBIGNY
Minute Clerk: DONA WRIGHT
Court Reporter: LINDA LEGAUX
Assist. D.A.: REBECCA WIGGERS
DONATA BOUTTE
QIDP Attorney: CLARKE BELJEAN

Date: WEDNESDAY, October 29, 2008
Case Number: 474-521
State of Louisiana
versus
ALVIN WILLIAMS                         RS 14 30.1


THE DEFENDANT, ALVIN WILLIAMS, APPEARED BEFORE THE COURT FOR
SENTENCING WITH COUNSEL, DONALD DONNELLY.

DEFENSE FILED:
-MOTION FOR NEW TRIAL/ DENIED
-MOTION FOR POST VERDICT JUDGEMENT OF ACQUITTAL/DENIED
-MOTION FOR APPEAL & DESIGNATION OF RECORD/GRANTED
-MOTION TO RECONSIDER SENTENCE/ DENIED

THE COURT IMPOSED THE FOLLOWING SENTENCE:

AS TO COUNT   1,

LIFE AT THE DEPARTMENT OF CORRECTIONS AT HARD LABOR.

THIS SENTENCE IS WITHOUT BENEFIT OF PROBATION, PAROLE OR
SUSPENSION.

A CRIME OF VIOLENCE IS INCLUDED IN THE CHARGES.

PURSUANT TO ARTICLE 892 OF THE CODE OF CRIMINAL PROCEDURE, THE
CRIMINAL CLERK SHOULD NOTIFY THE DEPARTMENT OF CORRECTIONS.
PURSUANT TO ARTICLE 930.8, THE COURT NOTIFIED THE DEFENDANT THAT
IF HE  INTENDS TO ASK FOR POST-CONVICTION RELIEF, HE MUST FILE AN
APPLICATION WITHIN TWO YEARS OF THIS SENTENCE.

APPEAL STATUS IN THIS MATTER IS SET FOR 01/29/09.

SEND NOTICE TO DEFENSE COUNSEL.
PLACE THE DEFENDANT ON THE JAIL LIST.


DONA WRIGHT, Minute Clerk

CASE PROCESS

SET
FOR _APSTA_____

_1·29·09_  _8:30_
DATE      TIME

NOTIFY: DEPT_____

JAIL _____ BOND_____

ATTY ____ SRTY _____

STATE____ DEF____

DOCKETED __

ISSUED ____

CK/CHRG  □ _____

CALENDAR □ _____



# ARTHUR A. MORRELL

## CLERK OF CRIMINAL DISTRICT COURT
### ORLEANS PARISH

**FAX COVER SHEET**

TO: _Anne_                FROM: _Penny_

FAX# _225 - 655 - 2295_   PAGES (including cover) _4_

PHONE#: _____          DATE: _6/8/2009_

RE: _BFI & mins._         CC: _____

___Urgent    ___For Review    ___Comments    ___Please reply    _✓_As Requested

COMMENTS:

_found them — hope this works_

_Penny_

**Clerk's Office**
2700 Tulane Avenue, Room #114
New Orleans, LA 70119
FAX # 658-9183

2104429

SENTENCE OF THE COURT                    Page   1

STATE OF LOUISIANA, PARISH OF ORLEANS
CRIMINAL DISTRICT COURT

SECTION "J"
JUDGE DARRYL DERBIGNY
CASE NO.   474-521
DATE 10/29/2008
MOTION NO.   1350337


To the Criminal Sheriff  for the Parish of Orleans --Greetings

WHEREAS ALVIN WILLIAMS
Was by law lately convicted/submitted before the Criminal District Court for
the Parish of Orleans of

 Count  1,  Violation  RS 14  30.1              SECOND DEGREE MURDER

And was thereupon sentenced, on 10/29/2008
 THE COURT IMPOSED THE FOLLOWING SENTENCE:

 AS TO COUNT    1,
 LIFE AT THE DEPARTMENT OF CORRECTIONS AT HARD LABOR.
 THIS SENTENCE IS WITHOUT BENEFIT OF PROBATION, PAROLE OR
 SUSPENSION.
 A CRIME OF VIOLENCE IS INCLUDED IN THE CHARGES.
 PURSUANT TO ARTICLE 892 OF THE CODE OF CRIMINAL PROCEDURE, THE
 CRIMINAL CLERK SHOULD NOTIFY THE DEPARTMENT OF CORRECTIONS.
 PURSUANT TO ARTICLE 930.8, THE COURT NOTIFIED THE DEFENDANT THAT
 IF HE  INTENDS TO ASK FOR POST-CONVICTION RELIEF, HE MUST FILE AN
 APPLICATION WITHIN TWO YEARS OF THIS SENTENCE.

NOW THEREFORE, you the said Sheriff, are hereby commanded to carry in full
and entire execution every part of the aforesaid sentence.
And in so doing, this shall be sufficient warrant and authority.

Defendants complete address:

     1314 S SARATOGA ST . . . . . . . . . . . . .  NEW ORLEANS, LA 70113
Number and Street                   City, State, Zip Code

                    8/05/1985
Telephone Number   Date of Birth

WITNESS                                    JUDGE, presiding in said Criminal
District Court, Section "J" , for the Parish of Orleans, in the Hall of
Sittings of the same City of New Orleans, this date 10/29/2008


                    DONA WRIGHT, MINUTE CLERK

```
  Case: 474521              D O C K E T   M A S T E R           Date: 03/11/2009
Section: J                                                        Time:   09:58:49
  Class: 2
                        ORLEANS PARISH CRIMINAL DISTRICT COURT

=================================================================================
DF# DEFENDANT(S):        CNTS CHARGE(S):
=================================================================================

  1 WILLIAMS, ALVIN
                          1  RS 14  30.1               BOND:  1,000,000.00
                             SECOND DEGREE MURDER

=================================================================================
   DATE    PROCEEDINGS
=================================================================================

12/06/2007                                                         WILSONDA
          FILED "TRUE BILL INDICTMENT"
          CAPIAS ISSUED
          BOND SET $1,000,000.00
          MAGISTRATE PAPERWORK FILED (NONE)
12/07/2007                                                         WILSONDA
          ALLOTTED. ARRAIGNMENT SET FOR 12-17-2007
12/17/2007                                                         MPELOW
          >THE DEFENDANT, ALVIN WILLIAMS APPEARED FOR ARRAIGNMENT.
          >REPRESENTED BY DONALD DONNELY >INDICTMENT WAS READ. >DEFENDANT
          ENTERED PLEA OF NOT GUILTY. >DEFENDANT INFORMED OF RIGHT TO
          TRIAL BY JUDGE. >DEFENSE FILED: >-SUPPRESS EVIDENCE. >-SUPPRESS
          STATEMENT. >-SUPPRESS IDENTIFICATION. >-PRELIMINARY HEARING.
          >-BILL OF PARTICULARS. >-PRODUCTION OF RAP SHEETS. >-DISCOVERY
          AND INSPECTION. >-EXCULPATORY MATERIAL. >-OPEN FILE DISCOVERY.
          >-MOTION TO ENROLL AS COUNSEL OF RECORD. >STATE FILED:
          >-DISCOVERY BY STATE. >HEARING ON MOTIONS SET FOR 01/18/08
          >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL
01/18/2008                                                         MPELOW
          >THE DEFENDANT, ALVIN WILLIAMS APPEARED FOR HEARING ON MOTIONS
          WITH COUNSEL, DONALD DONNELY ADA MARGARET PARKER PRESENT FOR
          THE STATE >STATE FILED: >-ANSWER TO DISCOVERY. >-DISCOVERY BY
          STATE. >-AMENDED WITNESS LIST. >THESE MOTIONS DID LIE:
          >SUPPRESS IDENTIFICATION >PRELIMINARY HEARING >STATE CALLED
          OFC. JUSTIN WRIGHT T SMITH >STATE EVIDENCE: >STOO1 >DENIED
          MOTION TO SUPPRESS IDENTIFICATION. >COURT FOUND PROBABLE CAUSE.
          >TRIAL SET FOR 04/21/08 >SEND NOTICES. >NOTIFY DEF.COUNSEL.
          >PDOJL
03/28/2008                                                         MPELOW
          >RE THE DEFENDANT, ALVIN WILLIAMS, >TRIAL SET FOR 05/28/08
          >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL
04/11/2008                                                         MPELOW
          >DEFENDANT, ALVIN WILLIAMS DID NOT APPEAR FOR STATE FILED
          MOTION(S) >STATE FILED: >-MOTION TO CONTINUE. >HEARING ON
          MOTIONS & TRIAL SET FOR 07/01/08 >SEND NOTICES. >NOTIFY
          DEF.COUNSEL. >PDOJL ***DISREGARD 05/28/08 SETTING****
06/19/2008                                                         MPELOW
          >RE THE DEFENDANT, ALVIN WILLIAMS, ADA MARGARET PARKER PRESENT FO
          THE STATE. >HEARING ON MOTIONS SET FOR 06/26/08 >SEND NOTICES.
          >NOTIFY DEF.COUNSEL. >PDOJL
06/26/2008                                                         MPELOW
          >DEFENDANT ALVIN WILLIAMS DID NOT APPEAR FOR HEARING ON MOTIONS
          >DEFENDANT IN CUSTODY AND NOT BROUGHT INTO COURT. >RESET BY
```

COURT >HEARING ON MOTIONS SET FOR 07/01/08 >NOTIFY DEF.COUNSEL.
>PDOJL

07/01/2008                                                          MPELOW
>THE DEFENDANT, ALVIN WILLIAMS APPEARED FOR HEARING ON MOTIONS
WITH COUNSEL, DONALD DONNELY ADA MARAGRET PARKER PRESENT FOR
THE STATE >THESE MOTIONS DID LIE: >SUPPRESS EVIDENCE >SUPPRESS
STATEMENT >PRELIMINARY HEARING >STATE CALLED EARNEST SMITH
>STATE EVIDENCE: >ST001 ST002 >AFTER ARGUMENT, STATE AND
DEFENSE SUBMITTED THE MATTER. >DENIED MOTION TO SUPPRESS
EVIDENCE. >DENIED MOTION TO SUPPRESS STATEMENT. >COURT FOUND
PROBABLE CAUSE. >DEFENSE OBJECTED. >DISCOVERY HEARING SET FOR
07/18/08

07/18/2008                                                          MPELOW
>THE DEFENDANT, ALVIN WILLIAMS APPEARED FOR DISCOVERY HEARING
WITH COUNSEL, DONALD DONNELY ADA MARGARET PARKER PRESENT FOR
THE STATE >STATE FILED: >-ANSWER TO DISCOVERY. >-DISCOVERY BY
STATE. >TRIAL SET FOR 10/07/08 >SEND NOTICES. >NOTIFY
DEF.COUNSEL. >PDOJL
>THE STATE FILED: NOTICE OF INTENTION TO USE CONFESSION OR
STATEMENT. >- SUPPLEMENTAL DISCOVERY INVENTORY

07/25/2008                                                          MPELOW
>RE THE DEFENDANT, ALVIN WILLIAMS, ADA MARGARET PARKER PRESENT FO
THE STATE. >STATE FILED: >-MOTION AND ORDER FOR ISSUANCE OF
SUBPOENA DUCES TECUM. >RECORDING OF THE DEFENDANT FROM OPP;
COURT SIGNED

10/07/2008                                                          WRIGHTD
>DEFENDANT ELECTED TRIAL BY JURY. >ARGARET PARKER and FRANCISCA
BRIDGES REPRESENTED THE STATE. >STATE FILED THESE MOTIONS:
>-MOTION IN LINIME TO PROHIBIT ANY QUESTIONS PERTAINING TO
WITNESSES' ARRESTS >-NOTICE OF INTENT TO USE CONFESSION OR
STATEMENT. >TRIAL CONTINUED TO 10/08/08 >SEND NOTICES. >NOTIFY
DEF.COUNSEL. >PDOJL
>****THIS IS AN AMENDED MINUTE ENTRY FROM 10/7/08**** THE
CORRECTION REGARDS THE JURY LIST AS FOLLOWED: >JUROR # 1 JOYCE
RICHARDSON.

10/08/2008                                                          WRIGHTD
DONALD DONNELLY REPRESENTED THE DEFENDANT.
>DEFENDANT, ALVIN WILLIAMS , APPEARED REPRESENTED BY DONALD
DONNELLY >MARGARET PARKER and FRANCISCA BRIDGES REPRESENTED THE
STATE. >TRIAL CONTINUED FROM 10/07/08 >MARGARET PARKER and
FRANCISCA BRIDGES REPRESENTED THE STATE. MARGARET PARKER and
FRANCISCA BRIDGES REPRESENTED THE STATE. MARGARET PARKER and
FRANCISCA BRIDGES REPRESENTED THE STATE. MARGARET PARKER and
FRANCISCA BRIDGES REPRESENTED THE STATE. MARGARET PARKER and
FRANCISCA BRIDGES REPRESENTED THE STATE. MARGARET PARKER and
FRANCISCA BRIDGES REPRESENTED THE STATE. MARGARET PARKER and
FRANCISCA BRIDGES REPRESENTED THE STATE. >STATE WITNESSES:
>STATE EVIDENCE: S001 S002 S003 S004 S005 S42 S43 S44 S45 S49
EVIDENCE ENVELOPE S50 ARREST WARRANT (ALVIN WILLIAMS) S51
SEARCH WARRANT (1312 S SARATOGA ST) S46 S47 S48 S49 S50 S51 S52
S53 S54 S55 S56 S58 S6-S41 >TRIAL CONTINUED TO 10/09/08 >SEND
NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL

10/09/2008                                                          WRIGHTD
>DEFENDANT, ALVIN WILLIAMS , APPEARED REPRESENTED BY DONALD
DONNELLY >MARGARET PARKER and FRANCISCA BRIDGES REPRESENTED THE
STATE. >TRIAL CONTINUED FROM 10/08/08 >STATE EVIDENCE: S59
>DEFENSE WITNESSES: >DEFENSE EVIDENCE: D001 D002 >JURY RETIRED
TO DELIBERATE. >JURY RETURNED WITH VERDICT. >FOR DEFENDANT
ALVIN WILLIAMS >FOR 1 RS 14 30.1 DEFENDANT FOUND GUILTY BY
JURY. >SENTENCING SET FOR 10/29/08 >NOTIFY DEF.COUNSEL. >PDOJL

10/29/2008                                                              WRIGHTD
        >THE DEFENDANT, ALVIN WILLIAMS APPEARED FOR SENTENCING WITH
        COUNSEL, DONALD DONNELLY DEFENSE FILED: -MOTION FOR NEW TRIAL/
        DENIED -MOTION FOR POST VERDICT JUDGEMENT OF AQUITTAL/DENIED
        -MOTION FOR APPEAL & DESIGNATION OF RECORD/GRANTED -MOTION TO
        RECONSIDER SENTENCE/ DENIED >SENTENCE: >AS TO COUNT 1, >LIFE AT
        DEPARTMENT OF CORRECTIONS. >WITHOUT BENEFIT OF PROBATION,
        PAROLE OR SUSPENSION. >INCLUDES A CRIME OF VIOLENCE. >APPEAL
        STATUS SET FOR 01/29/09 >NOTIFY DEF.COUNSEL. >PDOJL
01/29/2009                                                             DESALVOE
        >DEFENSE COUNSEL DONALD DONNELLY APPEARED WITHOUT DEFENDANT,
        ALVIN WILLIAMS FOR APPEAL STATUS >APPEAL SATISFIED.
02/09/2009                                                              MPELOW
        >RE THE DEFENDANT, ALVIN WILLIAMS, >DEFENSE FILED: >-NOTICE OF
        APPEAL AND DESIGNATION OF RECORD. ORGINAL APPEAL FILED 10-29-08
        BUT SUBSTITUTE MINUTE CLERK FAILED TO FILE APPEAL. A COPY OF
        THIS MINUTE ENTRY WILL BE FAXED TO THE FOURTH CIRCUIT. ***NOTE
        TO CLERK'S OFFICE, PLEASE RUSH THIS APPEAL*** >RETURN DATE FOR
        APPEAL SET FOR 03/02/09
        >RE THE DEFENDANT, ALVIN WILLIAMS, FOURTH CIRCUIT ORDER DATED
        FEB. 6,2009 RECEIVED THIS DATE. >FOURTH CIRCUIT ORDER WAS FILED
        INTO THE RECORD ON THIS DAY. APPEAL LODGED ON THIS DATE. A COPY
        OF THE APPEAL AND THIS MINUTE ENTRY WILL BE FAXED TO THE FOURTH
        CIRCUIT. >CASE CLOSED, THIS DEFENDANT.
02/17/2009                                                            ALPHONSEC
        CLERK FILED NOTICE OF APPEAL.
03/02/2009                                                              MPELOW
        >DEFENDANT, ALVIN WILLIAMS DID NOT APPEAR FOR RETURN DATE FOR
        APPEAL >CONTINUED WITHOUT DATE.
=================================================================================
                            END OF DOCKET MASTER
=================================================================================

```
11/01/08 18:12:47      Online Booking Inquiry System      STEWARTSO    BK1I0106
Last Name                 First Name          M Alias                   Folder#
WILLIAMS                  ALVIN               T                         2104429
Race Sex Hair Eyes Bld.Ht. Wt. Scars and/or Tattoos
 B    M  BLK  BRO  MED 510 189
Birth Date Birth State        Address                                          MS
           LA
   SSI#              Phone #       Employed By

Alcoholic Homosexual  Arr.Injur Occupation              Physical Appearance
    N         S          N
Drugs Types of Drugs             Doctor/Hospital            Mental Condition
  N
Medical Category

Notify in case of an emergency


Description of injuries: _____

Enemies in prison: NONE _____     480922

                     F3=Exit   F12=Previous    SID# 2342707
```

```
11/01/08 18:11:39        Online Booking Inquiry System     TIPRMCAM     BK1I0103
  Folder # Last Name      First Name    MI R / S   D.O.B.    Type --Location--A/I
  2104429 WILLIAMS_____ ALVIN_____  T B / M  8/05/1985  DOC  HOD N9 _ 08  A
Alias: _____ A#: _____     Total Bond: _____
Book: 10/13/2007 12:37:11 CCN: ___1350337  B of I #: 431586P__ Sec/Ctl: _ / _
Release: _____ 00:00:00 _____
 Disposition/Date     Court Magist# Sc Arrest #  --------- Sentence -----------
  Stat.  Violation     Sub/P Docket# Sc Arr. Date Yrs Mon Day Other      Date
Option: 6=Magistrate Docket  7=CDC Docket
SENTENCED-D 10/29/2008  S  483026  M  11709224 ___ ___ ___ LIFE___ 10/29/2008
_ RS 14  30.1 _____  474521 J  10/13/2007 SECOND DEGREE MURDER_____
  Details DOC CFTS..... _____ Bond: _____
  Book: 10/13/2007 Next Court: _____  Early: _____ Flat: _____
-----------------------------------------------------------------------------
```

                                                                    Bottom


     F3=Exit    F5=MOTION    F12=Previous

```
DATE: 06/08/09            DPS&C CORRECTIONS SERVICES          TIME: 12:52
AMENDED: 06/08/09              MASTER RECORD                      PAGE 1

------------------------------- D E S C R I P T I O N -------------------------------

  DOC #..: 00480922       CURRENT LOC: LA STATE PEN
  NAME: WILLIAMS, ALVIN                  B/M    DOB.......: ████████

  SID NUMBER: 002342707    FBI NUMBER: 774733DC3    SOC.SEC....: ████████
  HGT.......: 5`10         WEIGHT....: 230          HAIR.......: BLACK
  COMPLEXION: MEDIUM       SHOE SIZE.: 110          EYES.......: BROWN
  STRIKE....: NO
******************** R E L E A S E    I N F O R M A T I O N ********************
                                                         DNA: Y
OFFENDER CLASS:          GT ACT.: ACT1099        TEST DATE: 06/24/2005
WRED: NOTELG      DN
PED: NOTELG             DS  ...: NO/NE/                   FTD: LIFE
                       ADJ.TO.: NONE

PB ACTION..:           MS ON TOTAL LOSS OF GT         TOTAL SENTENCE
                       TO DATE:                             LIFE
TYPE ACTION:
ACTION DATE:           CTRP Release Factor: 0   DAYS

COMMENTS: OFFENSE DATE
          UPDATE NEW COMMITMENT

DETAINER: N   DETAINER INFO:

--------------------- O F F E N S E    I N F O R M A T I O N ---------------------


  DOCKET    PAR HW SENTENCE                       TERM   HW REV GT  APP
  NUMBER    CON CR   DATE    MOD1&2    STATUTE  CNT YYYYMMDD CR FLG ACT JCR
  ========= === == ======== ======= ================= === ======= == === === ====
  474521    ORL NA 10/29/08    /    SECOND DEGREE MUR 001 LIFE     NA      099 0382
```



```
DOC #..: 00480922   NAME..: WILLIAMS, A                    PG  2

------------------------------- A L I A S -------------------------------------
            NONE FOUND
*********************** E M E R G E N C Y   C O N T A C T ********************
  EMERGENCY CONTACT:  ███████████      RELATION.......: MOTHER
  EMERGENCY ADDRESS:  ███████████      EMER.CITY/ST: ███████
  EMERGENCY ZIPCODE:  ███████████      EMERGENCY PHON ███████

--------------------- P E R S O N A L   D A T A ----------------------------
  ADDRESS..: ████████████████████████████████████
  BIRTH CITY: N██████████████████████████   CITIZEN..: YES
  MARITAL ST: SINGLE          CHILDREN: 00   RELIGION..: UNKNOWN
  DRIVER LIC: 00000008804348 - LA                      JSEP..:
  OCCUPATION: NOT IN LABOR FORCE-UNEMPLOYED        EDUCATION.: 12 YRS.
  MOTHER`S NAME: CAROLYN  WILLIAMS      FATHER`S NAME: ALVIN POWELL

------------------- S C A R S - M A R K S - T A T T O O S -------------------

  MARK/INFIRMITY.1: SC HEAD        LITERAL: CUT
  MARK/INFIRMITY.2:                LITERAL: 2 UPPER GOLD
  MARK/INFIRMITY.3: MISS R LEG     LITERAL: HHB HOT HOT BOY
  MARK/INFIRMITY.4:                LITERAL:
  MARK/INFIRMITY.5:                LITERAL:

------------------ T R A N S F E R   I N F O R M A T I O N ------------------

                                           FROM    TYPE
  ASSIGNED  LOCATION     PHYSICAL  LOCATION  DATE    SUPV
  ====================   ====================  ========  ====
  NEW ORLEANS WEST DIST  NEW ORLEANS WEST DIST  04/19/04   B
  NEW ORLEANS WEST DIST  ORLEANS PP             08/19/04   B
  NEW ORLEANS WEST DIST  NEW ORLEANS WEST DIST  08/23/04   B
  NEW ORLEANS WEST DIST  ORLEANS PP             09/20/04   B
  OAS/SOUTH JAILS        ORLEANS PP             04/20/05   A
  HUNT RECEPTION AND DI  HUNT RECEPTION AND DI  06/27/05   A
  J LEVY DABADIE CORREC  J LEVY DABADIE CORREC  07/25/05   A
  ALEXANDRIA DISTRICT    ALEXANDRIA DISTRICT    09/21/05   G
  ALEXANDRIA DISTRICT    ORLEANS PP             08/01/06   G
  ALEXANDRIA DISTRICT    ALEXANDRIA DISTRICT    10/03/06   G
  ALEXANDRIA DISTRICT    RELEASE                10/03/06   G
  NON DOC EVAC/ARRESTEE  ORLEANS PP             08/28/08   E
  NON DOC EVAC/ARRESTEE  LA STATE PEN           08/29/08   E
  NON DOC EVAC/ARRESTEE  ORLEANS PP             09/04/08   E
              (transfers continued next page)
```



```
DOC #..: 00480922    NAME..: WILLIAMS, A                          PG   3
------------------- T R A N S F E R    I N F O R M A T I O N -------------------

                                                    FROM     TYPE
     ASSIGNED   LOCATION      PHYSICAL   LOCATION    DATE     SUPV
     ===================      ====================   ======== ====
     OAS/SOUTH JAILS          ORLEANS PP             10/29/08  A
     OAS/SOUTH JAILS          HUNT RECEPTION AND DI  11/05/08  A
     HUNT RECEPTION AND DI    HUNT RECEPTION AND DI  11/18/08  A
     LA STATE PEN             LA STATE PEN           03/02/09  A


        LSP17
        ---------------------------
        PRINTED BY                                    06/08/09
```

```
DATE: 11/06/08            DPS&C CORRECTIONS SERVICES            TIME: 14:52
AMENDED: 11/06/08              MASTER RECORD                    PAGE 1

--------------------------- D E S C R I P T I O N ---------------------------

 DOC #..: 00480922        CURRENT LOC: HUNT RECEPTION AND D
 NAME: WILLIAMS, ALVIN                   B/M      DOB.......:▮▮▮▮
                                              /
 SID NUMBER: 002342707/   FBI NUMBER: 774733DC3/    SOC.SEC....:▮▮▮▮▮
 HGT.......: 5'10         WEIGHT....: 189           HAIR.......: BLACK
 COMPLEXION: MEDIUM       SHOE SIZE.:               EYES.......: BROWN
 STRIKE....: NO
******************** R E L E A S E   I N F O R M A T I O N ********************
                                                    DNA: Y
 OFFENDER CLASS: 03       GT ACT.: ACT1099          TEST DATE: 06/24/2005
 WRED:          DN
 PED: NOTELG             DS  ...: NO/NE/            FTD: LIFE
                        ADJ.TO.: NONE

 PB ACTION..:            MS ON TOTAL LOSS OF GT         TOTAL SENTENCE
                         TO DATE:                           LIFE
 TYPE ACTION:
 ACTION DATE:           CTRP Release Factor: 0   DAYS

 COMMENTS:


 DETAINER: N   DETAINER INFO:


--------------------- O F F E N S E   I N F O R M A T I O N ---------------------
```

| DOCKET NUMBER | PAR CON | HW CR | SENTENCE DATE | MOD1&2 | STATUTE | CNT | TERM YYYMMDD | HW CR | REV FLG | GT ACT | APP JCR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 474521 | ORL | NA | 10/29/08 | / | SECOND DEGREE MUR | 001 | LIFE | NA | | 099 | 0382 |

V O I D

```
DOC #..: 00480922   NAME..: WILLIAMS, A                        PG  2

-------------------------------- A L I A S --------------------------------------
                NONE FOUND
********************* E M E R G E N C Y   C O N T A C T *********************

  EMERGENCY CONTACT:               RELATION.......: MOTHER
  EMERGENCY ADDRESS:               EMER.CITY/ST:
  EMERGENCY ZIPCODE:               EMERGENCY PHONE:

------------------------- P E R S O N A L   D A T A ----------------------------
  ADDRESS..:
  BIRTH CITY:                                   CITIZEN..: YES
  MARITAL ST: SINGLE         CHILDREN: 00       RELIGION..: UNKNOWN
  DRIVER LIC:                                              JSEP..:
  OCCUPATION: NOT IN LABOR FORCE-UNEMPLOYED                EDUCATION.: 12 YRS.
  MOTHER'S NAME: CAROLYN   WILLIAMS      FATHER'S NAME: ALVIN POWELL

------------------- S C A R S - M A R K S - T A T T O O S ----------------------

  MARK/INFIRMITY.1: SC HEAD          LITERAL: CUT
  MARK/INFIRMITY.2:                  LITERAL: 2 UPPER GOLD
  MARK/INFIRMITY.3: MISS R LEG       LITERAL: HHB HOT HOT BOY
  MARK/INFIRMITY.4:                  LITERAL:
  MARK/INFIRMITY.5:                  LITERAL:

------------------- T R A N S F E R   I N F O R M A T I O N -----------------

                                              FROM    TYPE
   ASSIGNED  LOCATION     PHYSICAL  LOCATION   DATE    SUPV
  ====================   ====================  ======= ====
  NEW ORLEANS WEST DIST  NEW ORLEANS WEST DIST 04/19/04   B
  NEW ORLEANS WEST DIST  ORLEANS PP            08/19/04   B
  NEW ORLEANS WEST DIST  NEW ORLEANS WEST DIST 08/23/04   B
  NEW ORLEANS WEST DIST  ORLEANS PP            09/20/04   B
  OAS/SOUTH JAILS        ORLEANS PP            04/20/05   A
  HUNT RECEPTION AND DI  HUNT RECEPTION AND DI 06/27/05   A
  J LEVY DABADIE CORREC  J LEVY DABADIE CORREC 07/25/05   A
  ALEXANDRIA DISTRICT    ALEXANDRIA DISTRICT   09/21/05   G
  ALEXANDRIA DISTRICT    ORLEANS PP            08/01/06   G
  ALEXANDRIA DISTRICT    ALEXANDRIA DISTRICT   10/03/06   G
  ALEXANDRIA DISTRICT    RELEASE               10/03/06   G
  NON DOC EVAC/ARRESTEE  ORLEANS PP            08/28/08   E
  NON DOC EVAC/ARRESTEE  LA STATE PEN          08/29/08   E
  NON DOC EVAC/ARRESTEE  ORLEANS PP            09/04/08   E
                 (transfers continued next page)
```

VOID

```
DOC #..: 00480922    NAME..: WILLIAMS, A                           PG  3
------------------- T R A N S F E R   I N F O R M A T I O N -------------------

                                                    FROM      TYPE
  ASSIGNED  LOCATION        PHYSICAL  LOCATION       DATE      SUPV
  ====================      ====================    ========   ====
OAS/SOUTH JAILS             ORLEANS PP              10/29/08    A
OAS/SOUTH JAILS             HUNT RECEPTION AND DI   11/05/08    A
                            HRDC                    11|18|08
    A FALGOUT
  ---------------------------
          PRINTED BY                                11/06/08
```

V O I D

LEAVE BLANK    CRIMINAL    (STAPLE HERE)    LEAVE BLANK

STATE USAGE
NFF SECOND
SUBMISSION    APPROXIMATE CLASS    AMPUTATION    SCAR

STATE USAGE    LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX
AU Date
3/2/2009    Williams    Alvin

SIGNATURE OF PERSON FINGERPRINTED    SOCIAL SECURITY NO.    LEAVE BLANK

X *Alvin Williams 480922*    433598968

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
|  | DOC #    480922 | 8/5/1985 | Male | Black | 5'10 | 189 | Brown | Black |



1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY



LEAVE BLANK          CRIMINAL                    (STAPLE HERE)                    LEAVE BLANK

STATE USAGE
NFF SECOND
SUBMISSION    APPROXIMATE CLASS    AMPUTATION    SCAR

STATE USAGE                                     LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX
AU Date
3/2/2009                    Williams          Alvin

SIGNATURE OF PERSON FINGERPRINTED          SOCIAL SECURITY NO.          LEAVE BLANK

X *Alvin Williams 480922*          433598968

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH    MM    DD    YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---------|--------------------------|-------------------------------|-----|------|--------|--------|------|------|
|         | DOC #    480922          | 8/5/1985                      | Male | Black | 5'10 | 189 | Brown | Black |

1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

LEAVE BLANK          CRIMINAL                                    (STAPLE HERE)                    LEAVE BLANK

HUNT10801878

STATE USAGE

| | STATE USAGE | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | NFF SECOND | | | | | |
| | SUBMISSION | APPROXIMATE CLASS | AMPUTATION | SCAR | | |

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

WILLIAMS, ALVIN, ,

SIGNATURE OF PERSON FINGERPRINTED          SOCIAL SECURITY NO.          LEAVE BLANK

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

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH   MM   DD   YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 774733DC3 | 002342707 | 08/05/1985 | M | B | 511 | 220 | BRO | BL |



# Louisiana State Penitentiary

### *Identification Department*

480922          **Alvin Williams**



| | | | | |
|---|---|---|---|---|
| *AU Date:* | 3/2/2009 | *Race:* | Black | *Date of Birth:* ▮ |
| *Shoe Size:* | 11 | *Height:* | 5'10" | *Weight:* 230 |
| *Hair Color:* | Black | *Eye Color:* | Brown | |

*Photo Date:* 2/23/2017        *Printed On:* Wednesday, March 01, 2017 9:15:26 AM



# Louisiana State Penitentiary

*Identification Department*

**480922**                    **Alvin Williams**



| | | | | | |
|---|---|---|---|---|---|
| *AU Date:* | 3/2/2009 | *Race:* | Black | *Date of Birth:* | |
| *Shoe Size:* | 11 | *Height:* | 5'10" | *Weight:* | 230 |
| *Hair Color:* | Black | *Eye Color:* | Brown | | |

*Photo Date:*  1/10/2013          *Printed On:*  Friday, March 01, 2013 2:38:19 PM



# Louisiana State Penitentiary

*Identification Department*

**480922**                    **Alvin Williams**



| | | |
|---|---|---|
| *AU Date:* 3/2/2009 | *Race:* Black | *Date of Birth:* ▮▮▮▮ |
| *Shoe Size:* 11 | *Height:* 5'10" | *Weight:* 230 |
| *Hair Color:* Black | *Eye Color:* Brown | |

*Photo Date:* 3/2/2009          *Printed On:* Tuesday, March 03, 2009 3:13:00 PM

 

**FRONT**          **SIDE**

| LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS | | | |
|---|---|---|---|
| LAST NAME: | WILLIAMS | FIRST NAME: | ALVIN |
| D.O.C. NO. | 480922 | RACE/SEX BLACK | M |
| ARRIVAL DATE | 11/5/2008   HEIGHT   511   WEIGHT | | 230 |
| *alvin Williams* | | | |

# Suspect Rap Sheet



| | |
|---|---|
| SID: 002342707 | ATN: HUNT10801878 |
| LBN: | |

Last Name: WILLIAMS    Initial:

First Name: ALVIN    Suffix:

Address: 6925    HWY 74

ST GABRIEL    LA 70776

Race: B    Sex: M    Height: 511    Weight: 220

DOB: 08/05/1985    Birth Place: LA

Booking Date: 11/14/2008

SSN: ████████

FBI No.: 774733DC3

DLN:    State: LA

Charge Agency:    LA024025C

Gang Affiliations:

| | | |
|---|---|---|
| Mustache: | Skin Tone: MED | Hair Color: BLK |
| Beard: | Body Build: MEDIUM | Hair Length: |
| Glasses: | Nickname: | Eye Color: BRO |

**Scars:**
Type: CUT    Location: HEAD

**Tattoos:**
Type: WORD    Location: RIGHT ARM    Litteral: H H B

**Marks:**
Location:

**Notes:**

DOC ID 11/14/2008

## OFFENDER LOCATION SHEET

NAME: Alvin Williams                    DOC#: 480922

| DATE POSTED | LOCATION | WORK ASSIGNMENT & CUSTODY | AUTHORITY |
|---|---|---|---|
| 7-28-21 8HR | CBD 4L | Invest Seg | Jones |
| 4-28-21 8HR | CBD 4R | Invest Seg | MASR Anderson |
| 5-3-21 8HR | D Ter 3 | L-24 | Rousseau |
| 5-4-21 8HR | D Hwh'1R | Invest Seg | Rousseau |
| 5-14-21 8HR | CBD 4R | Invest Seg | Eicholberger |
| 6-3-21 8HR | CBC 4L | Yhw Seg MAX | Donaghey |
| 6-4-21 8HR | CBD 4R | Invest Seg | Cadon |
| 6-10-21 PM | CBC 4L | Prev. 1 Seg. | DG2TD Fernell |
| 9-13-21 MB | CBA 4R | L-10 | CBRB GAddy |
| 1-9-23 MB | CBA 4L | L-16 | TC Calvert |
| 3-14-23 RB | D Tier 3 | L 25    MED | cBRB young |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## INMATE LOCATION SHEET

NAME: _Williams, Alvin    B/M_    DOC#: _480922_

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 7.8.15 rs | HIC 3 | Jan/Cleaner TC Ord | 5.2 |
| 11.9.15 | CBB UL | Adm | Reed |
| 12.9.15 | Wolf 2 | L-1      MAX | Goodman |
| 12.29.15 | Wolf 2 | L-1      MED | Dewey |
| 1-15-16 | SPR 2 | L 6 A | Dewey |
| 2-24-16 | SPR 2 | Ground Keeper Yd Ord. | 5.2 |
| 10-13-16 | SPR 2 | Janitor / Cleaner Dorm Ord | 5.2 |
| 5-31-18 KSS | MPE Spr 2 | Janitor/Cleaner I REBTC ord | 5.2 |
| 3-22-19 PW | CBB⁴R | Adm | Holmes |
| 3-29-19 PW | C Wolf 2 | L-1 | DB3C Johnson |
| 10-14-19 Tw | Hic 2 | L-4 | CBRB Holden |
| 10-21-19 Tw | CBD 4R | Adm. | Prot Hull |
| 6-27-19 UB | D Fal 4 | L·24 | Tollever |
| 7-1-19 Tw | CBB 4R | Adm | #30W Tolliver |
| 7-16-19 Tw | Fal 4 | L-24 | RTQ Bacon |
| 10-16-19 SHR | DFag 1 | D Cell Cafe Attendant | DC Tolliver |
| 5-28-20 SHR | CBB4R | Invest Seg | Major/Jack/Richardson |
| 6-2-20 SHR | C Bean 1 | L-15      MED | CBRA Bacon/Johnson |
| 8-14-20 DM | C Bean 1 | Jan. Cleaner Cell block Ord. | 5-7 |
| 12-27-20 SHR | CBD 4L | Invest Seg | MSO |
| 12·30·20 HO | CBC U/L | Disp Seg      MAX | Anderson |
| 1-8-20 SHR | CBB 4R | L-9 | Smith |
| 3.3.21 DM | Fal 3      MED | L-24 | King |
| 3-31-21 SHR | D Hut 1/R | Invest Seg | Mitchell |
| 4-5-21 SHR | D Fal 3 | L-24 | Tolliver |

## INMATE LOCATION SHEET

NAME: Alvin Williams                          DOC#: 480922

| Date Posted | Location | Work Assignment / Custody | Authority |
|---|---|---|---|
| 3-02-09 Au | Au | Idle | |
| 3-02-09 Au | Walnut 2 | Line 6      MED | ICM |
| 7/29/09 AS | Wal-2 | education Weld 01 | 5.2 |
| 1/11/10 AS | HC-3 | Weld 01 Edu. | Thomas |
| 1-20-10 AS | HC-2 | weld 01 Education. MED | Thomas |
| 1-25-10 AS | HC-2 | edu weld 01 | 5.2 |
| 2-14-10 AS | HC 3 | Edu Weld 01 | Thomas |
| 4-6-10 AS | CBD 4 L | aam | Huey |
| 4-8-10 AS | HC-3 | L-5 | Oliver |
| 5-4-10 B | HC-3 | Janitor Cleaner dorm ord | 5.2 |
| 2-19-11 AS | TCAU | Idle | Turner |
| 7-19-11 AS | HC-3 | Jan cleaner dorm ord | Tillery |
| 5-14-11 AS | Bear-4 | Jan dorm clean ord | aam |
| 6-13-11 AS | HC-3 | Jan dorm Cleaner ord | Johnson |
| 6-28-11 AS | Oak-1 | Jan/cnr dorm ord | adams |
| 7-10-11 AS | HC-3 | Jan/cnr dorm ord | Hau |
| 1-27-12 AS | TCAU | Idle | Hill |
| 1-27-12 AS | HC-3 | Jan/cnr dorm ord | Hill |
| 8-23-12 AS | HC-3 | groundskeeper | 5.2 |
| 4/24/13 | HC 3 | Jan/cleaner | 5.2 |
| 2-13-14 UM | TCAU | Idle | allen |
| 2-13-14 UM | HC 3 | Jan/clean | allen |
| 1.30-15 (R) | HC 3 | Text Cut oper Matt Fact | 5.2 |
| 2-23-15 Rg | CBD L | Adm | Davis |
| 2-24-15 Rg | HC 3 | Tex cut oper matt Fact | Gilmore |

Print Form

Form C-01-022-D
26 February 2016

DFa13

## PREA SCREENING CHECKLIST

### I.    Identifying Data

Offender's Name (Print): Alvin Williams                    DOC Number: 480972

Reason for Screening:  ☐ New Admission    ☑ Regular Review    ☐ Special Referral

### II.    Possible Victim Factors (A – Automatic; B – 2 points each; C – 1 point each)

| # | Factor | Yes/No | Source |
|---|--------|--------|--------|
| A1 | Victim of prison rape or sexual assault? | N | CAJUN/INTERVIEW |
| B1 | Physical disability, developmental disability? | N | |
| C1 | Mental disability (LOC 1, 1F, 2, 2F)? | N | |
| C2 | History of past sexual abuse? | N | |
| C3 | First time incarcerated? | N | |
| C4 | Are you, or do others perceive you to be lesbian, gay, bisexual, transgender, intersex or gender non-conforming? | N | |
| C5 | Do you consider yourself vulnerable to sexual assault? | N | |
| C6 | Youthful age – under 18? | N | |
| C7 | Elderly – age 65 or older? | N | |
| C8 | Small/slight physical stature (see instructions)? | N | |
| C9 | Detained solely for civil immigration purposes? | N | |
| C10 | Has an exclusively non-violent criminal history? | N | |
| C11 | Has a previous conviction of a sex offense against an adult or child? | N | |

Automatic ☐                Total Points   0

### III.    Possible Predatory Factors (A – Automatic; B – 1 point each)

| # | Factor | Yes/No | Source |
|---|--------|--------|--------|
| A1 | History of predatory sexual behavior or sexual intimidation in institutional setting? | N | CAJUN/INTERVIEW |
| B1 | Current conviction for sex offense against an adult or child? | N | |
| B2 | Prior conviction for sex offense against an adult or child? | N | |
| B3 | Current conviction for non sexual violent offense against an adult or child? | Y | |
| B4 | Prior conviction for non sexual violent offense against an adult or child? | N | |
| B5 | History of institutional violence? (see instructions) | N | |

Automatic ☐                Total Points   1

RECEIVED
MAR 3 1 2023
LSP/RECORDS

### IV.    Scored Designation:

☐ HRSV (BLUE) Automatic, or 4 or more pts.

☐ HRSP (RED) Automatic, or 4 or more pts

☒ No significant risk indicated (GREEN)

Override Comments: _____

Warden's Signature for override: _____

| T. GRAFFIA           BDB | LSP | 03/17/2023 |
|---|---|---|
| **Completed By** | **Facility** | **Date Completed** |
| Original:    Offender's Medical Record | | |
| Copy:         Offender's Master Record | | |

```
10016D
DATE:03/14/2023              DP_ _ CORRECTIONS SERVICES          CRANNUAL
TIME:10:26              CAJUN II - OFFENDER ANNUAL ASSESSMENT     ⌐AGE:1


  DOC#: 00480922     NAME: WILLIAMS, ALVIN          BIRTH DATE: ████████

  RACE/SEX: B/M     RELEASING LOCATION: LA STATE PEN

  SID#..: 002342707    WRED: NOTELG          OFFENDER CLASS: 03

  PED...: NOTELG      GTD.: NOTELG    DGTD: NONE       FTD.: LIFE
  SERVED:     14     LOSS GOOD TIME:  0000 DAYS

  LIVING ASSIGN:    D FAL 3

  RELEASING FROM MEDICAL OR MENTAL HEALTH UNIT:

  JOB ASSIGNMENT...: MAXIMUM CUST FIELD LN

  VIOLENT OFFENSES.:   1                 SEX OFFENSES:  0

  GANG:

  MARTIAL STATUS...: SINGLE              # OF CHILDREN.......: 00

  ASSESSMENT DATE..: 03/14/2023          NEXT ASSESSMENT DATE: 03/13/2024

  TIGER RISK SCORE...:    - Low      TIGER RISK DATE.....: 08/05/2022

  SOAP DATE/DECISION:
-----------------------------------------------------------------------
                          R E E N T R Y

  FAMILY SUPPORT.........:           SEX OFFENDER TREATMENT...: N/A

  ANGER MANAGEMENT.......: COMPLETED   VOCATIONAL SKILLS........:

  SUBSTANCE ABUSE TRMNT..: COMPLETED   12 STEP PROGRAM .........:
-----------------------------------------------------------------------
                       P R E R E L E A S E

  PROBATION & PAROLE PREP......: NEEDS     EMPLOYMENT PLAN..........: NO

  RESIDENCE PLAN...............: NO        DISCHARGE PLAN...........: NO

                                          COMPLETED PRE RELEASE:
  INTERSTATE COMPACT INITIATION: NO        P1 TO P10 COURSES: ALL
                                          PHASE1:  / PHASE2:
-----------------------------------------------------------------------
              D I S C H A R G E   R E F E R R A L S
  MEDICAL REFERRAL...............:    MEDICAL MEDICATION...........:
  MENTAL HEALTH REFERRAL.........:    MENTAL HEALTH MEDICATION......:
  SUBSTANCE ABUSE REFERRAL.......:    EDUCATION REFERRAL...........: COMPLETE
  GOVERNMENT ASSISTANCE.........:
-----------------------------------------------------------------------
```

```
DOC #..: 00480922    NAME..: WIL  AMS, ALVIN                     PG:  2
-------------------------------I D  F O R M S----------------------------------
                                  DATE              DATE
SSN..................: YES         APPLIED: 20220720  RECEIVED.: 20220914
BIRTH CERT/CARD.....: YES          APPLIED: 20220720  RECEIVED.: 20221103
DRIVERS LIC/STATE ID: NEEDS        APPLIED:           RECEIVED.:
MEDICAID NUMBER.....:              APPLIED:           SUBMITTED:
MEDICAID PLAN.......:                                 CARD RECEIVED:
OSHA................: N/A          OTHER..: NOT APPLICABLE
-------------------E D U C A T I O N / V O C A T I O N A L---------------------

EDUCATION CLAIMED AT INTAKE:  12TH GRADE
                                            .E.COMP .READ .MATH .LANG .
CLASS .LITERAL                 .BEG DATE.END DATE.R.EXIT .EXIT .EXIT .EXIT .
======.===========================.========.========.=.=====.=====.=====.=====.
WELD01 WELDING CLASS 1          20090803 20100406 C 8.2   9.0   7.3   8.6
TABE   TEST SCORES ONLY         20090803 20100406 C 8.2   9.0   7.3   8.6

       LITERACY............: N/A          ADULT BASIC ED:
       SPECIAL EDUCATION...:              GED...........: YES
       EDUCATION REFERRAL..:

*ER CODES -- D = DROP, T = TRANSFER  G = GRADUATE, C = COMPLETE

P R O G R A M  P A R T I C I P A T I O N / O T H E R  S K I L L S  A Q U I R E D

                           .COMPLETE. PARTICIPATION
CTRP PROGRAM               .  DATE   .BEGIN DT. END DT
======================================.=========.=========.========
306 ANGER MANAGEMENT: CAGE YOUR RAGE    20150128
327 LIVING IN BALANCE - PHASE 1         20180827
328 LIVING IN BALANCE - PHASE 2         20180827
```

DOC #..: 00480922    NAME..: WIL  MS, ALVIN                          PG:  3
------------------------------------------------------------------------

          V O C A T I O N A L   S K I L L S   O B T A I N E D


------------------------------------------------------------------------

          I N C A R C E R A T E D   W O R K   H I S T O R Y / S K I L L S

 CLAIMED AT INTAKE
 CARPENTRY

 CAREER SCOPE: NONE

INSTITUTIONAL JOBS
 2022
 ========================
 MAXIMUM CUST FIELD LN

 2021
 ========================
 MAXIMUM CUST FIELD LN


 2020
 ========================
 CAFETERIA ATTENDANT
 JANITOR/CLEANER
 MEDIUM CUST FIELD LN
------------------------------------------------------------------------

             I N S T I T U T I O N A L   C O N D U C T

    LOSS OF GOOD TIME IN LAST 90 DAYS:  000 DAYS

                                        # OF
                              YEAR    CONVICTIONS
 # SCHEDULE B VIOLATIONS:    2021 --   003
    (MORE SERIOUS)           2022 --   007
                             2023 --   000

 # POSITIVE DRUG SCREENS:    2021 --   000
                             2022 --   000
                             2023 --   000

 # SCHEDULE A VIOLATIONS:       --
                                --
                                --
------------------------------------------------------------------------

DOC #..: 00480922    NAME..: WILLIAMS, ALVIN                                    PG:  4

---

F A I T H  B A S E D  P R O G R A M  P A R T I C I P A T I O N

        2021        OCCASIONAL
        2022        OCCASIONAL
        2023        OCCASIONAL

        (ACTIVE=55%,OCCASIONAL=<55%,NON-PARTICIPATION)

---

R E L A T I O N  R E C O R D  S U M M A R Y

| FIRST NAME | LAST NAME | REL CODE | PHONE NUMBER | EMER FLAG | SEQ NUM |
|------------|-----------|----------|--------------|-----------|---------|
| EVELYN | WILLIAMS | GRM | 5045221231 | N | 01 |
| ALVIN | POWELL | FAT | 5049401616 | N | 02 |
| FARRIN | THOMAS | GRF | | N | 03 |
| CAROLYN | WILLIAMS | MOT | 5042613419 | Y | 04 |

---

F A M I L Y  S U P P O R T / V I S I T S

        2021        FREQUENT
        2022        FREQUENT
        2023        FREQUENT

        (FREQUENT = 6-12 ANNUAL, OCCASIONAL = 3-5 ANNUAL, SELDOM = <3 ANNUAL)

---

I N M A T E  C L U B S  A N D  O R G A N I Z A T I O N S

PREPARED BY
CLASSIFICATION
OFFICER:        _____        DATE: 3-20-23
                SIGNATURE

                BEN BERNARD, ARDC
                PRINTED NAME/TITLE                OFFENDER

<u>LOCKDOWN REVIEW SUMMARY</u>          DATE:03/06/2023

DOC# 480922      NAME: ALVIN  WILLIAMS
LOCATION: CBA U/L        ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 5/4/21

REASON FOR ORIGINAL LOCKDOWN

____ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
⊠ RULE VIOLATION  #11                    ____ INVESTIGATION
____ INCIDENT REPORT                     ____ INITIAL CLASSIFICATION
=========================================================================
            ACTION OF LOCKDOWN REVIEW BOARD

✓ RELEASED TO  *Med F/L*____   WHY:_____
_____

____ NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request          ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

____ Nature of Original Reason for Lockdown

____ Inmate`s Protection:(explain)_____
_____

____ Physically Dangerous to Himself or Others as Evidence by:

        ____ Psychiatric Evaluations    ____ Self-Mutilation
        ____ Serious Rule Infractions   ____ Other_____
        ____ Pattern of Violence              _____

____ Continuing Investigation.  By Whom:_____
     For:_____
=========================================================================
REVIEWED BY:_____   TITLE_____
            NAME
            _____
=========================================================================
COMMENTS:

The PREA Assesments have been reviewed on all of the above offenders before any
reassignments were made.

LOCKDOWN REVIEW SUMMARY          DATE:9/16/2022

DOC# 480922    NAME: ALVIN  WILLIAMS
LOCATION: CBA U/R          ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

REASON FOR ORIGINAL LOCKDOWN

____ ✓ DISCIPLINARY BOARD ACTION      ____ OWN REQUEST
____ ✓ RULE VIOLATION                  ____ INVESTIGATION
____ INCIDENT REPORT                   ____ INITIAL CLASSIFICATION
=================================================================
ACTION OF LOCKDOWN REVIEW BOARD

____ ✓ RELEASED TO _____    WHY: _____
                                       _____

____ NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request             ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

____ ✓ Nature of Original Reason for Lockdown

____ Inmate`s Protection:(explain) _____
                                   _____

____ Physically Dangerous to Himself or Others as Evidence by:

        ____ Psychiatric Evaluations  ____ Self-Mutilation
        ____ Serious Rule Infractions ____ Other _____
        ____ Pattern of Violence           _____

____ Continuing Investigation.  By Whom: _____
     For: _____
=================================================================
REVIEWED BY: _M. Wayne_____    __Lt Col____
             NAME                       TITLE

             K. Hunt

=================================================================
COMMENTS:
        Per Warden Rosso

RECEIVED

OCT 17 2022

LSP/RECORDS

The PREA Assesments have been reviewed on all of the above offenders before any
reassignments were made.

# PREA  EDUCATIONAL TRAINING

I have viewed the one hour PREA educational training program this date and understand my rights to be free from sexual abuse and sexual harassment. I also understand my rights to be free from retaliation for reporting such incidents. I understand my rights to report such incidents verbally, in writing, through the ARP process and through Crime Stoppers. I understand Department of Corrections policies and procedures for responding to such incidents.

Alvin Williams #480922   CBA-1-R-8    10/7/22

NAME/ NUMBER              LOCATION          DATE

Sgt westbrook              10-7-22

WITNESS                    DATE

Lisa M Doyal              10.7.22

WITNESS                    DATE

RECEIVE

OCT 1 1 2022

LSP/RECORD

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE: 12/5/2022

DOC# 480922      NAME: ALVIN  WILLIAMS
LOCATION: CBA U/R        ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 5|4|21

<u>REASON FOR ORIGINAL LOCKDOWN</u>

_____ DISCIPLINARY BOARD ACTION       _____ OWN REQUEST
_____ RULE VIOLATION                   _____ INVESTIGATION
_____ INCIDENT REPORT  #11             _____ INITIAL CLASSIFICATION

==================================================================

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO  Med F/L      WHY: _____

_____

_____ NOT RELEASED      REASONS:

_____ Nature of Commitment Offense  _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate`s Protection:(explain)_____

       _____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations      _____ Self-Mutilation
          _____ Serious Rule Infractions     _____ Other_____
          _____ Pattern of Violence                  _____

_____ Continuing Investigation.  By Whom:_____
       For:_____
==================================================================
REVIEWED BY:_____          TITLE _____
             NAME                                     NRCSRee

==================================================================
COMMENTS:

The PREA Assesments have been reviewed on all of the above offenders before any
reassignments were made.

Louisiana State Penitentiary

## Results of Protection Concern Review Board

07/18/2022
480922   ALVIN WILLIAMS          and 108167   TERRY MAYS

CBA U/R                  C BEAR 2

_____✓_____    Will remain on each other's Protection Concern List.

_Offenders did not agree_

_____ Will be removed from each other's Protection Concern List.

Board Members:

_M____ ____ 4 Col_ _____    7/18/2022
Name & Title                          Date

Urula Pearl   ARDC Spec 3   7-18-22

cc:   Master Prison Records 455329  & 296635
      Classification Files 455329  & 296635

Louisiana State Penitentiary

## Results of Protection Concern Review Board

07/18/2022
480922  ALVIN WILLIAMS      and 373466  VERNON CALLIER

CBA U/R                  HIC 1

_____  Will remain on each other's Protection Concern List.

nature of offenses ..................................

_____  Will be removed from each other's Protection Concern List.


Board Members:

_____  _____
            Name & Title                        Date

Urcula Poarch ARPC Spr 3    7-18-22


cc:  Master Prison Records 480922  & 108167
     Classification Files 480922  & 108167

Louisiana State Penitentiary

## Results of Protection Concern Review Board

07/18/2022
480922  ALVIN WILLIAMS        and 359834  GEORGE CARTER

CBA U/R                    C BEAR 1

_____  Will remain on each other's Protection Concern List.

_Nature of offense_ ...................................

_____  Will be removed from each other's Protection Concern List.

Board Members:

_____        _7/18/2022_
Name & Title                            Date

Uneda Powell  ARAC Spec 3   7-18-22

cc:  Master Prison Records 480922  & 373466
     Classification Files 480922  & 373466

Louisiana State Penitentiary

Results of Protection Concern Review Board

07/18/2022
480922   ALVIN WILLIAMS        and 443622   VINCENT TEAL

CBA U/R                   CBB U/L

_____ ✓   Will remain on each other's Protection Concern List.

   ..nature.of.offense......................................
   _____
   _____
   _____

_____   Will be removed from each other's Protection Concern List.

Board Members:

_Melvin Waun LtCol_____   __7/18/2022___
       Name & Title                    Date
Uuula Pearch AWDCSpec3   7-15-22

cc:   Master Prison Records 480922  & 359834
      Classification Files 480922  & 359834

Louisiana State Penitentiary

## Results of Protection Concern Review Board

07/18/2022
480922  ALVIN WILLIAMS        and 459032   CARLTON BROOKS

CBA U/R                D EAG 2

✓
_____        Will remain on each other's Protection Concern List.

Nature of offense

_____        Will be removed from each other's Protection Concern List.

Board Members:

Name & Title                    Date

cc:  Master Prison Records 480922  & 443622
     Classification Files 480922  & 443622

LOCKDOWN REVIEW SUMMARY                    DATE: 6-6-22

DOC# 480922    NAME: ALVIN WILLIAMS
LOCATION: CBA U/R          ,                    S-4-21
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

REASON FOR ORIGINAL LOCKDOWN

____ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
✓ RULE VIOLATION # | |                   ____ INVESTIGATION
____ INCIDENT REPORT                     ____ INITIAL CLASSIFICATION
================================================================
ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO _____    WHY:_____
_____

✓ NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request              ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate`s Protection:(explain)_____
                        _____

____ Physically Dangerous to Himself or Others as Evidence by:

        ____ Psychiatric Evaluations    ____ Self-Mutilation
        ____ Serious Rule Infractions   ____ Other_____
        ____ Pattern of Violence               _____

____ Continuing Investigation.  By Whom:_____
     For:_____
================================================================
REVIEWED BY:_____
        NAME  Ursula Pogrul        TITLE  ARDC Spec 3
        Ruth Jackson               Major
        Cal Lich Lts II
================================================================
COMMENTS:


The PREA Assesments have been reviewed on all of the above offenders before any
reassignments were made.

Louisiana State Penitentiary

Results of Protection Concern Review Board

05/31/2022
480922   ALVIN WILLIAMS        and 108167   TERRY MAYS

CBA U/R              C BEAR 2


____XXX____      Will remain on each other's Protection Concern List.

OFFENDERS DID NOT AGREE

...............................................................

_____

_____

_____

_____  Will be removed from each other's Protection Concern List.


Board Members:

_R. Wright, Col_____          __5-31-22__
        Name & Title                        Date

Unada Poarch, ARDC Spec 3           5-31-22


cc:   Master Prison Records 480922   & 108167
      Classification Files 480922   & 108167

RECEIVE

JUN 0 3 2022

LSP/RECORI

# DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS

Education Department • 504 Mayflower Street Baton Rouge, LA 70804 225-342-3960

## LOUISIANA HIGH SCHOOL DIPLOMA VERIFICATION

Signing the disclosure statement below will allow the verification of your
education and diploma information with the Louisiana Department of Education.
This information is always kept in the strictest professional confidence.

DOC # 480922

*Please print neatly in ink*

Name: Alvin Keenams          Terrell          Williams
           First                   Middle                  Last

Date of Birth*: _____     Social Security Number*: _____
        *Must be blocked out when emailed.                    *Must be blocked out when emailed.

School Attended: Booker T. Washington

Location of School: New Orleans          LA
                              City                    State

Date Diploma Received: May 21, 2003
                                Month          Year

## DISCLOSURE STATEMENT

I authorize the Department of Public Safety & Corrections Education Department to conduct diploma/degree verification. I hereby acknowledge that I have read and understand this statement.

Signature: Alvin Williams          Date: March 22, 2022

DPS&C USE ONLY:

*Verification spreadsheet to be emailed to the requesting institution listed below.*

Requesting Institution: LOUISIANA STATE PENITENTIARY          Contact Name: ASHLEY HARVEY

Email: ashley.harvey2@la.gov          Contact Phone Number: (225) 655-2975

LADOE verified that

☑ Offender earned a high school diploma as stated above.

☐ No record was found based on the information provided.

Verification spreadsheet received on 3/30/22

RECEIVED

Ashley Harvey, LSP Teacher MAR 31 2022
LSP/RECORDS

# 480922

# LDOE HSD Verification

Facility requesting verification:                    Louisiana State Petitionary (LSP)

Name at Time of Graduation

| FIRST LAST NAME | SSN | DOB | High School of Graduation | Graduation Year | Verified | No Record Found |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 ALVIN WILLIAMS | 433598968 | 08051985 | BOOKER T. WASHINGTON | 2003 | X | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

RECEIVED

MAR 3 1 2022

LSP/RECORDS

Alvin Williams

RECEIVED
MAR 2 4 2022
LSP/RECORDS

## EMERGENCY CONTACT VERIFICATION

DATE: _____3-14-22_____

TO: **INMATE RECORDS OFFICE**

FROM: ___Williams, Alvin 480972___

---

☐ EMERGENCY CONTACT INFORMATION IS CORRECT

No changes are needed at this time.

☒ EMERGENCY CONTACT INFORMATION IS INCORRECT

Done
3-21-22

Please make the following changes:

| Name of Contact | Address | Relationship | Telephone # |
|---|---|---|---|
| Carolyn Williams | | Mother | 504-261-3419 |
| | | | |
| | | | |

☐ NO EMERGENCY CONTACT INFORMATION AVAILABLE

At this time, I do not have any outside person to contact in case of an emergency.

Further, I do not have anyone in which to forward my personal property, etc., to in case of an

emergency.

| _Alvin Williams_ | 3/14/22 | _Waula Poarch_ | 3-14-22 |
|---|---|---|---|
| Signature | Date | Witness | Date |

RECEIVED

MAR 1 8 2022

LSP/RECORD

**Form OP-A-15-d**
**26 February 2016**

### PREA SCREENING CHECKLIST

**I.    Identifying Data**
Offender's Name (Print): _Williams   Alvin_   DOC Number: _480922_
Reason for Screening: ☐ New Admission  ☒ Regular Review  ☐ Special Referral

**II.    Possible Victim Factors (A – Automatic; B – 2 points each; C – 1 point each)**

| # | Factor | Yes/No | Source |
|---|--------|--------|--------|
| A1 | Victim of prison rape or sexual assault? | NO | |
| B1 | Physical disability, developmental disability? | NO | |
| C1 | Mental disability (LOC 1, 1F, 2, 2F)? | NO | Per |
| C2 | History of past sexual abuse? | NO | |
| C3 | First time incarcerated? | NO | inmate |
| C4 | Are you, or do others perceive you to be lesbian, gay, bisexual, transgender, intersex or gender non-conforming? | NO | |
| C5 | Do you consider yourself vulnerable to sexual assault? | NO | |
| C6 | Youthful age – under 18? | NO | + |
| C7 | Elderly – age 65 or older? | NO | |
| C8 | Small/slight physical stature (see instructions)? | NO | cajun |
| C9 | Detained solely for civil immigration purposes? | NO | |
| C10 | Has an exclusively non-violent criminal history? | NO | |
| C11 | Has a previous conviction of a sex offense against an adult or child? | NO | |

Automatic ☐                 Total Points _0_

**III.    Possible Predatory Factors (A – Automatic; B – 1 point each)**

| # | Factor | Yes/No | Source |
|---|--------|--------|--------|
| A1 | History of predatory sexual behavior or sexual intimidation in institutional setting? | NO | Per |
| B1 | Current conviction for sex offense against an adult or child? | NO | inmate |
| B2 | Prior conviction for sex offense against an adult or child? | NO | |
| B3 | Current conviction for non sexual violent offense against an adult or child? | yes | + |
| B4 | Prior conviction for non sexual violent offense against an adult or child? | NO | cajun |
| B5 | History of institutional violence? (see instructions) | NO | |

Automatic ☐                 Total Points _1_

**IV.    Scored Designation:**
☐ HRSV (BLUE) Automatic, or 4 or more pts.
☐ HRSP (RED) Automatic, or 4 or more pts
☒ No significant risk indicated (GREEN)

Override Comments: _____

Warden's Signature for override: _____

Ursula Poarch      _[signature]_                    LSP                      3-14-22

**Completed By**              **Facility**              ~~Date Completed~~
Original:    Offender's Medical Record                              RECEIVED
Copy:        Offender's Master Record

MAR 18 2022

LSP/RECORDS

```
10016D
DATE:03/11/2022              DF   : CORRECTIONS SERVICES        CRANNUAL
TIME:13:52            CAJUN II - OFFENDER ANNUAL ASSESSMENT     PAGE:1
```

*CBA U/R*

DOC#: 00480922     NAME: WILLIAMS, ALVIN          BIRTH DATE: 08/05/1985

RACE/SEX: B/M     RELEASING LOCATION: LA STATE PEN

SID#..: 002342707    WRED: NOTELG              OFFENDER CLASS:

PED...: NOTELG    GTD.: NOTELG    DGTD: NONE         FTD.: LIFE
    SERVED:    13          LOSS GOOD TIME:  0000 DAYS

LIVING ASSIGN:          CBA U/R

RELEASING FROM MEDICAL OR MENTAL HEALTH UNIT:

JOB ASSIGNMENT...: MAXIMUM CUST FIELD LN

VIOLENT OFFENSES.:   1                    SEX OFFENSES:  0

    GANG:

MARTIAL STATUS...: SINGLE            # OF CHILDREN.......: 00

ASSESSMENT DATE..: 03/11/2022        NEXT ASSESSMENT DATE: 03/11/2023

    TIGER RISK SCORE...:   - Low      TIGER RISK DATE.....: 08/05/2021

SOAP DATE/DECISION:

---

### R E E N T R Y

FAMILY SUPPORT.........:              SEX OFFENDER TREATMENT...: N/A

ANGER MANAGEMENT.......: COMPLETED    VOCATIONAL SKILLS........:

SUBSTANCE ABUSE TRMNT..: COMPLETED    12 STEP PROGRAM .........:

---

### P R E R E L E A S E

PROBATION & PAROLE PREP......: NEEDS    EMPLOYMENT PLAN..........: NO

RESIDENCE PLAN...............: NO      DISCHARGE PLAN...........: NO

                                       PRE RELEASE P1 TO P10 COURSES:
INTERSTATE COMPACT INITIATION: NO      COMPLETED ALL  PROGRAMMING COURSES

---

### D I S C H A R G E   R E F E R R A L S

MEDICAL REFERRAL..............:       MEDICAL MEDICATION............:
MENTAL HEALTH REFERRAL........:       MENTAL HEALTH MEDICATION......:
SUBSTANCE ABUSE REFERRAL......:       EDUCATION REFERRAL............: COMPLETE
GOVERNMENT ASSISTANCE.........:

---

RECEIVED

MAR 1 8 2022

LSP/RECORD

```
DOC #..: 00480922   NAME..: WILLIAMS, ALVIN    .              PG:  2
-------------------------- I D  F O R M S --------------------------
                            DATE                DATE
SSN.................: NEEDS  APPLIED:            RECEIVED.:
BIRTH CERT/CARD.....: NEEDS  APPLIED:            RECEIVED.:
DRIVERS LIC/STATE ID: NEEDS  APPLIED:            RECEIVED.:
MEDICAID NUMBER.....:        APPLIED:            SUBMITTED:
MEDICAID PLAN.......:                            CARD RECEIVED:
OSHA................: N/A    OTHER..: NOT APPLICABLE

------------------ E D U C A T I O N / V O C A T I O N A L ------------------

EDUCATION CLAIMED AT INTAKE:  12TH GRADE

                                         .E.COMP .READ .MATH .LANG .
CLASS .LITERAL            .BEG DATE.END DATE.R.EXIT .EXIT .EXIT .EXIT .
======.===================.========.========.=.=====.=====.=====.=====.
WELD01 WELDING CLASS 1     20090803 20100406 C 8.2   9.0   7.3   8.6
TABE   TEST SCORES ONLY    20090803 20100406 C 8.2   9.0   7.3   8.6

     LITERACY............: N/A         ADULT BASIC ED:
     SPECIAL EDUCATION...:             GED...........: NEEDS
     EDUCATION REFERRAL..:

*ER CODES -- D = DROP, T = TRANSFER  G = GRADUATE, C = COMPLETE

P R O G R A M  P A R T I C I P A T I O N / O T H E R  S K I L L S  A Q U I R E D

                         .COMPLETE. PARTICIPATION
CTRP PROGRAM             .  DATE  .BEGIN DT. END DT
========================================.========.========.========
306 ANGER MANAGEMENT: CAGE YOUR RAGE  20150128
327 LIVING IN BALANCE - PHASE 1       20180827
328 LIVING IN BALANCE - PHASE 2       20180827
```

RECEIVED

MAR 1 8 2022

LSP/RECORD

DOC #..: 00480922    NAME..: WIL‗AMS, ALVIN                          PG:  3
--------------------------------------------------------------------------

            V O C A T I O N A L   S K I L L S   O B T A I N E D


--------------------------------------------------------------------------
            I N C A R C E R A T E D   W O R K   H I S T O R Y / S K I L L S

 CLAIMED AT INTAKE
 CARPENTRY

 CAREER SCOPE: NONE

INSTITUTIONAL JOBS
 2020
 =========================
 MAXIMUM CUST FIELD LN

 2019
 =========================
 MEDIUM CUST FIELD LN


 2018
 =========================
 JANITOR/CLEANER
--------------------------------------------------------------------------
              I N S T I T U T I O N A L   C O N D U C T

   LOSS OF GOOD TIME IN LAST 90 DAYS:  000 DAYS

                              # OF
                     YEAR   CONVICTIONS
 # SCHEDULE B VIOLATIONS:  2020 --   000
    (MORE SERIOUS)         2021 --   003
                          2022 --   007

 # POSITIVE DRUG SCREENS:  2020 --   000
                          2021 --   000
                          2022 --   000

 # SCHEDULE A VIOLATIONS:       --
                               --   000
                               --
--------------------------------------------------------------------------

RECEIVE‗

MAR 1 8 2022

LSP/RECORD

```
DOC #..: 00480922    NAME..: WILLIAMS, ALVIN                    PG:  4
```
------------------------------------------------------------------------

## F A I T H   B A S E D   P R O G R A M   P A R T I C I P A T I O N

```
    2020        OCCASIONAL
    2021        OCCASIONAL
    2022        OCCASIONAL

    (ACTIVE=55%,OCCASIONAL=<55%,NON-PARTICIPATION)
```
------------------------------------------------------------------------

## R E L A T I O N   R E C O R D   S U M M A R Y



| FIRST NAME | LAST NAME | REL CODE | PHONE NUMBER | EMER FLAG | SEQ NUM |
|---|---|---|---|---|---|
|  |  | GRM |  | N | 01 |
|  |  | FAT |  | N | 02 |
|  |  | GRF |  | N | 03 |
|  |  | MOT |  | Y | 04 |

------------------------------------------------------------------------

## F A M I L Y   S U P P O R T / V I S I T S

```
    2020        FREQUENT
    2021        FREQUENT
    2022        FREQUENT

    (FREQUENT = 6-12 ANNUAL, OCCASIONAL = 3-5 ANNUAL, SELDOM = <3 ANNUAL)
```
------------------------------------------------------------------------

## I N M A T E   C L U B S   A N D   O R G A N I Z A T I O N S

PREPARED BY
CLASSIFICATION
OFFICER:

_Ursula Poarch_
SIGNATURE

wrsula Poarch
PNK Spec 3
PRINTED NAME/TITLE

DATE: 3-14-22

_Alvin Williams_
OFFENDER

RECEIVED

MAR 1 8 2022

LSP/RECORDS

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE:12/07/2021

DOC# 480922     NAME:-ALVIN  WILLIAMS
LOCATION: CBA U/R          ,              3/31/21
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

<u>REASON FOR ORIGINAL LOCKDOWN</u>

_____ DISCIPLINARY BOARD ACTION        _____ OWN REQUEST
__✓__ RULE VIOLATION                   _____ INVESTIGATION
_____ INCIDENT REPORT                  _____ INITIAL CLASSIFICATION
=================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____    WHY:_____
_____

_____ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request            _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__✓__ Nature of Original Reason for Lockdown

_____ Inmate`s Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions   _____ Other_____
          _____ Pattern of Violence              _____

_____ Continuing Investigation.  By Whom:_____
      For:_____
=================================================================
REVIEWED BY:_____
          NAME_____    TITLE_____
          Classification:_____
          Security:_____
          Assistant Warden:_____

=================================================================
COMMENTS:                                   RECEIVED

                                           DEC 2 0 2021

                                           LSP/RECORDS

The PREA Assesments have been reviewed on all of the above offenders before any
reassignments were made.

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE: 12/07/2021

DOC# 480922      NAME: ALVIN  WILLIAMS
LOCATION: CBA U/R        ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 3/31/21

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
__✓__ RULE VIOLATION //                  _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION
========================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____ WHY: _____
_____

__✓__ NOT RELEASED   REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__✓__ Nature of Original Reason for Lockdown

_____ Inmate`s Protection: (explain) _____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions   _____ Other_____
          _____ Pattern of Violence        _____

_____ Continuing Investigation.  By Whom: _____
          For: _____
========================================================================
REVIEWED BY: _____
          NAME                              TITLE
          Classification: _____
          Security: _____
          Assistant Warden: _____

========================================================================
COMMENTS:


The PREA Assesments have been reviewed on all of the above offenders before any
reassignments were made.

R 08/14/08

Penitentiary Directive No. 09.042
FORM B

## LOUISIANA STATE PENITENTIARY
# PERSONAL PROPERTY STORAGE DOCUMENTATION

DATE: 5-3-21                          TIME: 1:30 a.m.

OFFENDER'S NAME: Alvin Williams          DOC # 480992

TRANSFERRED FROM: FA1 HAll        TO FA1 Property Room

NUMBER OF LOCKERS STORED:          TAMPER PROOF SEAL #

205961

FOR OFFENDER'S SIGNATURE:
I, the undersigned, hereby acknowledge that my personal property has been placed in my locker and that the locker has been sealed with a tamper proof seal.

| OFFENDER'S SIGNATURE: | DATE: | TIME: |
|---|---|---|

EMPLOYEE WITNESS

☐ OFFENDER REFUSED TO SIGN          ☑ OFFENDER NOT PRESENT TO SIGN

NOTE: If the offender refuses to sign or the offender is not present to sign, the placement of the tamper proof seal on the locker must be witnessed by two employees and their signatures must be noted below.

We, the undersigned, hereby acknowledge that the above named offender's personal property was secured in the locker, sealed with a tamper proof seal and placed in storage.

EMPLOYEES: Kyler Payne          DATE: 5-3-21

                                 TIME: 1:30 a.m.

PROPERTY WAS PLACED IN STORAGE AT:

PROPERTY WAS RECEIVED BY:

DATE AND TIME RECEIVED:          Date:                Time:

I, the undersigned, hereby acknowledge receipt of my property and acknowledge that the tamper proof seal which was placed on my property at the time of storage was intact and had not been broken at the time the property was returned to me.

RECEIVED BY: Alvin Williams
OFFENDER'S SIGNATURE DATE

DELIVERED BY: James Karl  10-28-21
EMPLOYEE                DATE

Offender's Keep on Person (KOP) medication has been sent to the Pill Officer of the area to which the offender has been assigned.

Supervisor's Signature
RECEIVED

NOTE: If the seal is broken, damaged or there is alleged missing property, the Security Officer returning the property to the offender will document this on this form and will complete an Unusual Occurrence Report documenting the incident and listing the items which the offender claims are missing.

NOV 03 2021
LSP/RECORDS

ORIGINAL: Offender Records
cc:      Unit Property Room
         Offender

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE:03/08/2022

DOC# 480922    NAME: ALVIN  WILLIAMS
LOCATION: CBA U/R
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:  S-4-2

<u>REASON FOR ORIGINAL LOCKDOWN</u>

✓ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
✓ RULE VIOLATION #11                 _____ INVESTIGATION
_____ INCIDENT REPORT                _____ INITIAL CLASSIFICATION
===========================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____    WHY:_____

_____

✓ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate`s Protection:(explain)_____

_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions   _____ Other_____
          _____ Pattern of Violence              _____

_____ Continuing Investigation.  By Whom:_____
      For:_____
===========================================================================
REVIEWED BY: _____        Col
             NAME                          TITLE
                 Ursula Poaril        ARDC Spec 3

_____

===========================================================================
COMMENTS:


The PREA Assesments have been reviewed on all of the above offenders before any
reassignments were made.

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE:09/02/2021

DOC# 480922     NAME: ALVIN  WILLIAMS
LOCATION: CBC L/L       ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

<u>REASON FOR ORIGINAL LOCKDOWN</u>

_____ DISCIPLINARY BOARD ACTION        _____ OWN REQUEST
_____ RULE VIOLATION                   _____ INVESTIGATION
_____ INCIDENT REPORT                  _____ INITIAL CLASSIFICATION
=============================================================================
                 <u>ACTION OF LOCKDOWN REVIEW BOARD</u>

___/ RELEASED TO _W C B_____     WHY: _Conduct reward_

_____ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate`s Protection:(explain)_____
     _____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions   _____ Other_____
          _____ Pattern of Violence             _____

_____ Continuing Investigation.  By Whom:_____
     For:_____
=============================================================================
REVIEWED BY: _____
          NAME                                    TITLE
          Classification:_____
          Security:_____
          M/H:_____
                                            RECEIVED
=============================================================================
COMMENTS:                                   SEP 23 2021

                                            LSP/RECORDS


The PREA Assesments have been reviewed on all of the above offenders before any
reassignments were made.

LOCKDOWN REVIEW SUMMARY          DATE:8/27/2021

DOC# 430530     NAME: ALVIN  WILLIAMS
LOCATION: CBB U/R          ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

REASON FOR ORIGINAL LOCKDOWN

| DISCIPLINARY BOARD ACTION | OWN REQUEST |
|---|---|
| RULE VIOLATION | INVESTIGATION |
| INCIDENT REPORT | INITIAL CLASSIFICATION |

======================================================================
                    ACTION OF LOCKDOWN REVIEW BOARD

____ ✓  RELEASED TO  _Med F/L_         WHY:_____

____  NOT RELEASED    REASONS:

____  Nature of Commitment Offense ____ Escape Risk

____  Inmate's Request              ____ New Rule Infractions Since Last Review

____  Pending Felony Charges

____  Nature of Original Reason for Lockdown

____  Inmate`s Protection:(explain)_____
      _____

____  Physically Dangerous to Himself or Others as Evidence by:

          ____ Psychiatric Evaluations      ____ Self-Mutilation
          ____ Serious Rule Infractions     ____ Other_____
          ____ Pattern of Violence               _____

____  Continuing Investigation.  By Whom:_____
      For:_____
======================================================================
REVIEWED BY:_AW3_____
           NAME                              TITLE

          _Tatyeshia Jackson_        _ARDC Sup._
======================================================================
COMMENTS:                                    RECEIVED

                                             SEP 2 0 2021

                                             LSP/RECORDS

The PREA Assesments have been reviewed on all of the above offenders before any
reassignments were made.

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE:06/09/2021

DOC# 480922      NAME: ALVIN  WILLIAMS
LOCATION: CBC L/L      , CBD U/R 0
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

<u>REASON FOR ORIGINAL LOCKDOWN</u>

_____ DISCIPLINARY BOARD ACTION              _____ OWN REQUEST
_____ RULE VIOLATION                         _____ INVESTIGATION
_____ INCIDENT REPORT                        _____ INITIAL CLASSIFICATION
=====================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____    WHY:_____
_____

XXX_ NOT RELEASED    REASONS:

  XXX_ Nature of Commitment Offense _____ Escape Risk

  _____ Inmate's Request          _____ New Rule Infractions Since Last Review

  _____ Pending Felony Charges

  XXX_ Nature of Original Reason for Lockdown        RECEIVED

  _____ Inmate`s Protection:(explain)_____ JUN 2 1 2021
        _____  LSP/RECORDS

  _____ Physically Dangerous to Himself or Others as Evidence by:

              _____ Psychiatric Evaluations   _____ Self-Mutilation
              _____ Serious Rule Infractions  _____ Other_____
              _____ Pattern of Violence             _____

  _____ Continuing Investigation.  By Whom:_____
        For:_____
=====================================================================
REVIEWED BY: _____
        NAME                                    TITLE
        Classification:_____
        Security: _____

=====================================================================
COMMENTS:


The PREA Assesments have been reviewed on all of the above offenders before any
reassignments were made.

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE: 06/09/2021

DOC# 480922      NAME: ALVIN  WILLIAMS
LOCATION: CBC L/L      , CBD U/R 0
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

<u>REASON FOR ORIGINAL LOCKDOWN</u>

___ DISCIPLINARY BOARD ACTION            ___ OWN REQUEST
___ RULE VIOLATION                       ___ INVESTIGATION
___ INCIDENT REPORT                      ___ INITIAL CLASSIFICATION
=============================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

___ RELEASED TO _____    WHY: _____
_____

✓ NOT RELEASED    REASONS:

___ ✓ Nature of Commitment Offense ___ Escape Risk

___ Inmate's Request                ___ New Rule Infractions Since Last Review

___ Pending Felony Charges                      RECEIVED

___ ✓ Nature of Original Reason for Lockdown      JUN 2 1 2021

___ Inmate`s Protection:(explain)_____ LSP/RECORDS

___ Physically Dangerous to Himself or Others as Evidence by:

        ___ Psychiatric Evaluations     ___ Self-Mutilation
        ___ Serious Rule Infractions    ___ Other_____
        ___ Pattern of Violence                 _____

___ Continuing Investigation.  By Whom:_____
    For: _____
=============================================================================
REVIEWED BY: _____
    NAME _____  TITLE
    Classification:

    Security: COl
=============================================================================
COMMENTS:


The PREA Assesments have been reviewed on all of the above offenders before any
reassignments were made.

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
**DISCIPLINARY REPORT**

INSTITUTION: LSP

| 1. Name of Offender Alvin Williams | 2. Number 480922 | 3. Date of Incident 6/10/2021 | 4. Time of Incident 9:36pm |
|---|---|---|---|
| 5. Place of Incident CBD W/R #5 cell | 6. Job Assignment (Offender) Idle | | 7. Housing Assignment (Offender) CBD W/R #5 cell |

8. Rule Violated aggravated disobedence, defiance

9. Rule Number 5, 5

10. Description of Incident (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and approximate time, I, Cadet Kerry Matthews, ordered offender Alvin Williams, #480922, to come to the bars of his cell to be restrained so that he can be transferred. Offender Williams refused to comply with all orders given at that time. I then activated my beeper and Lieutenant Letcher arrived on the unit a short time later to take control of the situation. This is for your information and further handling.

11. Offender Placed in Adm. Seg.   ☑ Yes   ☐ No

| 12. Signature of reporting employee Sgt KS Matt┤ Jr | 13. Name, Title, Assignment (Print) Sgt Kerry Matthews Jr |
|---|---|
| 14. Date of Report 6-10-21 | 15. Time of Report 10:30 PM | 16. Report (copy) given to above Offender by: KM | 17. Offender's Signature: Kevin W Sen |

18. Plea by Offender:   ☐ Not Guilty   ☑ Guilty      19. Verdict:   ☐ Not Guilty   ☑ Guilty

| 20. Date of Hearing: 6-14-2021 | 21. Counsel Substitute: DOC# 351810 |
|---|---|

22. Motions: Strike Rule #3

23. Reasons for Disposition:

☑ Report is clear and precise.          ☐ Lack of a credible defense/little or no defense.          ☑ Based on his statement.

☐ The officer's version is determined to be more credible than the offender's.          ☑ Pled guilty/accepted guilty plea.

☐ Only defense is denying contents of report.          ☐ The offender presented no evidence to refute the charges.

☐ The Investigative officer's testimony was deemed more truthful and accurate than the offender's.   ☑ Plea bargain.

☐ The offender's demeanor led the board to believe that the offender's testimony was untrue.

☐ Other _____

24. Reasons for Sentence:

☑ Seriousness of offense.          ☐ The need to protect the institution, employees, or other.

☐ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____

A total of _____ # _____ rule violations since _____.

RECEIVED

☐ Other _____

JUN 16 2021

| 25. Sentence: #5 - 7 DAy Loss Canteen | Suspended ☑ 30 Days | LSP/RECORDS |
|---|---|---|
| | Imposed ☐ | |

| 26. Sentence: | Suspended ☐ _____ Days |
|---|---|
| | Imposed ☐ |

27. DISCIPLINARY BOARD:
Cost maybe imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary \Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

Louisiana State Penitentiary
IMPOSITION OF RESTITUTION

| TO: | OFFENDER BANKING | | |
|---|---|---|---|
| FROM: | DISCIPLINARY OFFICE | | |
| DATE: | 6 - 1 - 21 | | |
| RE: | OFFENDER'S NAME:<br>Alvin Williams | DOC#<br>480922 | LOCATION<br>CBD 4|R |

The above offender was found guilty of a disciplinary violation through a formal

Administrative hearing on __4-29-21__ and, in accordance with Department Regulation

NO. B-05-003, the Disciplinary Board assessed restitution in the amount of

$ __0.00__ for __Medical__ .

Please take the necessary steps to withdraw the stipulated amount from the offenders account.

DISCIPLINARY OFFICE 

RECEIVED
JUN 02 2021
LSP/RECORDS

cc:     Offender Records
        Offender – According to LSP Directive 02.014 you have 5 days upon receipt of this notice to appeal the amount.

REVISED 9-17-09

## LOUISIANA STATE PENITENTIARY
# REQUEST FOR RESTITUTION

| OFFENDER'S NAME | DOC# | DATE OF HEARING: |
|---|---|---|
| Alvin Williams | 480922 | 4/29/21 |

| REPORT DATE (S): | RULE NUMBER (S) |
|---|---|
| 4/27/21 | 10 |

DISCIPLINARY BOARD CHAIRMAN:
Major Michael Hile

INDIVIDUAL TO WHOM CASE IS TO BE REFERRED FOR DETERMINATION OF COST:

   ☑ ASSISTANT WARDEN/MEDICAL SERVICES

   ☐ BUSINESS OFFICE

   ☐ _____

| ITEMS FOR WHICH RESTITUTION IS IMPOSED | COST: |
|---|---|
| Offender Fight : Vernon | |
| Callier # 373464 Medical | |
| Costs | |
| | |
| | |
| UMSOOR MPEB/8 | |
| Medical for Vernon Callier # 37346 | |
| | ⊘ |
| TOTAL COST TO BE CHARGED FOR RESTITUTION: | |

BY: _____     DATE: 5/28/21

RECEIVED
JUN 02 2021
LSP/RECORDS

Original -- Offender Accounts
Copy  -- Offender Records

LOUISIA    DEPARTMENT OF PUBLIC SAFETY AND CC    ECTIONS
DISCIPLINARY REPORT

INSTITUTION: LSP

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Alvin Williams | 480922 | 4-27-21 | 7:03 PM |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Falcon 3 | L-24 | Falcon 3 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Fighting | 10 |

10. Description of Incident (include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and approximate time I Lt. Sharon Rodgers open Falcon 3 door letting Offender Alvin Williams # 470922 in off the yard. When Offender Williams punched Offender Vernon Callier # 373466 in the face. I immediatley activate my beeper, Supervisors arrived on Unit.

11. Offender Placed in Adm. Seg.  ☑ Yes  ☐ No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Sharon Rodgers | Sharon Rodgers, Lt. |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: S.R. | 17. Offender's Signature: S.R. |
|---|---|---|---|
| 4-27-21 | 10:20 PM | | Refused to sisn |

| 18. Plea by Offender: ☑ Not Guilty  ☐ Guilty | 19. Verdict: ☐ Not Guilty  ☑ Guilty |
|---|---|

| 20. Date of Hearing: | 21. Counsel Substitute: |
|---|---|
| 4/29/21 | 3005 251310 |

22. Motions: Normotions 2  Add - Off. Vernon Callier 313466 to
enemy jacket

23. Reasons for Disposition:
☑ Report is clear and precise.   ☑ Lack of a credible defense/little or no defense.   ☐ Based on his statement.
☑ The officer's version is determined to be more credible than the Offender's.   ☐ Pled guilty/accepted guilty plea.
☑ Only defense is denying contents of report.   ☑ The Offender presented no evidence to refute the charges.
☑ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.   ☑ Plea bargain
☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
☐ Other

24. Reasons for Sentence:
☐ Seriousness of offense.   ☐ The need to protect the institution, employees, or other.
☐ Poor Conduct record. A total of _5_ rule violation(s). A total of _7_ Schedule B violations since _5/20_.
A total of _2_ # _10_ rule violations since _5/27/20_

☐ Other

25. Sentence:
3 May 5 DSEG
Suspended ☐ _____ Days
Imposed ☑

26. Sentence:
Restitution
Suspended ☐ _____ Days
Imposed ☐

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER)
MEMBER

RECEIVED
JUL 02 2021
LSP/RECORDS

Louisiana State Penitentiary
IMPOSITION OF RESTITUTION

| TO: | OFFENDER BANKING |
| FROM: | DISCIPLINARY OFFICE |
| DATE: | 6-1-21 |
| RE: | OFFENDER'S NAME: Alvin William   DOC# 480922   LOCATION CBO4|e |

The above offender was found guilty of a disciplinary violation through a formal

Administrative hearing on 12-29-20 and, in accordance with Department Regulation

NO. B-05-003, the Disciplinary Board assessed restitution in the amount of

$ 0.00 for Medical

Please take the necessary steps to withdraw the stipulated amount from the offenders account.

DISCIPLINARY OFFICE AP msf

RECEIVED
JUN 02 2021
LSP/RECORDS

cc:    Offender Records
       Offender – According to LSP Directive 02.014 you have 5 days upon receipt of this notice to appeal the amount.

04/02/2020  09:50    32798

RECEIVED  04/02/2020 09:48
DB OFFICE

PAGE  03/03

REVISED 9-17-09

LOUISIANA STATE PENITENTIARY
## REQUEST FOR RESTITUTION

| OFFENDER'S NAME | DOC# | DATE OF HEARING: |
|---|---|---|
| Alvin Williams | 480922 | 12/29/2020 |

| REPORT DATE (S): | RULE NUMBER (S) |
|---|---|
| 10/26/2020 | #10 |

DISCIPLINARY BOARD CHAIRMAN:
Gabriel Webert Major

INDIVIDUAL TO WHOM CASE IS TO BE REFERRED FOR DETERMINATION OF COST:

❑  ASSISTANT WARDEN/MEDICAL SERVICES

❑  BUSINESS OFFICE

❑  _____

| ITEM(S) LOST/DAMAGED WHICH IS THE BASIS FOR RESTITUTION | |
|---|---|
| Medical Expenses | |
| Medical for Alvin Williams # 480922 | ∅ |
| — | |
| Medical for George Carter # 359834 | ∅ |
| | |
| | |
| | ∅ |

| TOTAL COST TO BE CHARGED FOR RESTITUTION | |
|---|---|

BY: _____    DATE: 5/28/21

Original -- Offender Accounts
Copy   -- Offender Records

RECEIVED
JUN 02 2021
LSP/RECORDS



LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: L.S.P. ANGOLA

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Alvin Williams | 480922 | December 26, 2020 | Approx. 9:50pm |

| 5. Place of Incident | 6. Job Assignment  (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| Camp-C Bear-1 Game room | Camp-C  Cellblock Orderly | Camp-C Bear-1 Dormitory |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Simple Fight | # 10 |

10. Description of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary )

On the above date and approximate time, I, Major Karla Williams was making rounds in Bear-1 dormitory, when I heard a loud noise come from the game room of Bear-1 dormitory. I went into the game room offender Alvin Williams #480922 was punching offender George Carter #359834 with a closed fist as he sat on the floor. I gave both offenders a direct verbal order to stop fighting and separate. Offender Alvin Williams #480922 continued to punch offender George Carter #359834. I immediately separated both offenders. As I was attempting to place offender Alvin Williams #480922 in restraints he kicked offender George Carter #359834. Offender Alvin Williams #480922 was placed in restraints and removed from Bear-1 dormitory. I notified Control Center, Medical #4 (Cadet Kriston Konos), and the Camp-C Entrance Building of the simple fight. A review of the security cameras was conducted for Bear-1 dormitory. It was seen at approximately 9:50pm offender Alvin Williams #480922 approached offender George Carter #359834 and started punching him with a closed fist. Offender George Carter #359834 sat on the floor and did not retaliate back. EMS Master Sergeant Juanita Taylor arrived at the camp. Offender George Carter #359834 was triaged on Bear Unit and offender Alvin Williams #480922 was also triaged on Tiger-1 Unit, with no injuries found, before being transported to Main Prison Cellblocks, where he was placed on CBD Upper/Left investigative segregation tier.

| 11. Inmate Placed in Adm Seg. | X | Yes | | No |
|---|---|---|---|---|

| 12. Signature of reporting employee | 13. Name, Title, Assignment  (Print) |
|---|---|
| | Karla Williams, Major Camp –C / D-Team |

| 14. Date of Report | 15. Time of Report | 16.Report (copy) given to above inmate by: | 17. Inmate's Signature: |
|---|---|---|---|
| December 26, 2020 | 10:57pm | kw | Refused |

| 18. Plea by Inmate: | | Not Guilty | Guilty | 19. Verdict: | | Not Guilty | Guilty |
|---|---|---|---|---|---|---|---|

| 20. Date of Hearing: | 21. Counsel Substitute : |
|---|---|
| 12/29/2020 | DOC#: 593529 |

22. Motions: _None_

23.Reasons for Disposition:
[ ✓ ] Report is clear and precise.    [ ] Lack of a credible defense/little or no defense.           [ ] Based on his statement.
[ ✓ ] The officer's version is determined to be more credible than the inmate's.    [ ✓ ] Plea guilty/accepted guilty plea.
[ ] Only defense is denying contents of report..       [ ✓ ] The inmate presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the inmate's.    [ ] Plea bargain
[ ] The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
[ ] Other

24.Reasons for Sentence:
[ ✓ ] Seriousness of offense.    [ ] The need to protect the institution, employee, or other.
[ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
A total of _____ # _____ rule violations since _____
[ ✓ ] Other _Restitution for Medical Expenses_

RECEIVED

JUN 02 2021

LSP/RECORDS

| 25. Sentence: | Suspended [ ] Imposed [ ✓ ] | Days |
|---|---|---|
| 3 days ) Disp Seg | | 3 days CTS) |

| 26. Sentence: | Suspended [ ] Imposed [ ] | Days |
|---|---|---|

27.DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

R 08/14/08

Penitentiary Directive No. 09.042
FORM B

LOUISIANA STATE PENITENTIARY
## PERSONAL PROPERTY STORAGE DOCUMENTATION

DATE: 4-28-21            TIME: 1:35A

OFFENDER'S NAME: Alvin Williams      DOC # 480922

TRANSFERRED FROM: FAlcon 3      TO FAlcon Property Room

NUMBER OF LOCKERS STORED: 2 boxes      TAMPER PROOF SEAL #: ⊘⊘⊘⊘⊘

FOR OFFENDER'S SIGNATURE:
I, the undersigned, hereby acknowledge that my personal property has been placed in my locker and that the locker has been sealed with a tamper proof seal.      205998
205974

OFFENDER'S SIGNATURE:            DATE:            TIME:

EMPLOYEE WITNESS

☐      OFFENDER REFUSED TO SIGN      ☒      OFFENDER NOT PRESENT TO SIGN

NOTE: If the offender refuses to sign or the offender is not present to sign, the placement of the tamper proof seal on the locker must be witnessed by two employees and their signatures must be noted below.

We, the undersigned, hereby acknowledge that the above named offender's personal property was secured in the locker, sealed with a tamper proof seal and placed in storage.

EMPLOYEES: Lt. Shawn Rogers DATE: 4-28-21
Cpt M Greene          TIME: 1:40A

PROPERTY WAS PLACED IN STORAGE AT: FAlcon Property Room

PROPERTY WAS RECEIVED BY: Lt. Rogers

DATE AND TIME RECEIVED:      Date: 4-28-21      Time: 1:40A

I, the undersigned, hereby acknowledge receipt of my property and acknowledge that the tamper proof seal which was placed on my property at the time of storage was intact and had not been broken at the time the property was returned to me.

RECEIVED BY: Alvin Williams      5/3/21
                    OFFENDER'S SIGNATURE            DATE

DELIVERED BY: _____
                    EMPLOYEE            DATE

Offender's Keep on Person (KOP) medication has been sent to the Pill Officer of the area to which the offender has been assigned.

Supervisor's Signature

RECEIVED
MAY 11 2021
LSP/RECORDS

NOTE: If the seal is broken, damaged or there is alleged missing property, the Security Officer retuning the property to the offender will document this on this form and will complete an Unusual Occurrence Report documenting the incident and listing the items which the offender claims are missing.

ORIGINAL:    Offender Records
cc:          Unit Property Room
             Offender

## Louisiana State Penitentiary
## IMPOSITION OF RESTITUTION

| TO: | OFFENDER BANKING | | |
|-----|------------------|--|--|
| FROM: | DISCIPLINARY OFFICE | | |
| DATE: | 5-6-21 | | |
| RE: | OFFENDER'S NAME: Alvin Williams | DOC# 480922 | LOCATION O Hwk 11 R |

The above offender was found guilty of a disciplinary violation through a formal

Administrative hearing on __4-30-21__ and, in accordance with Department Regulation

NO. B-05-003, the Disciplinary Board assessed restitution in the amount of

$ __44.81__ for __Chemical agent \(1) Mattress__ .

Please take the necessary steps to withdraw the stipulated amount from the offenders account.

DISCIPLINARY OFFICE _Af Ms8_

RECEIVED
MAY 10 2021
LSP/RECORDS

:c:    Offender Records
       Offender – According to LSP Directive 02.014 you have 5 days upon receipt of this notice to appeal the amount.

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: L.S.P. ANGOLA

| 1. Name of Offender **Alvin Williams** | 2. Number **480922** | 3. Date of Incident **04/28/2021** | 4. Time of Incident **App. 7:05 am** |
|---|---|---|---|
| 5. Place of Incident **CBD Upper Left** | 6. Job Assignment **Idle** | | 7. Housing Assignment **CBD Upper Left** |
| 8. Rule Violated **Defiance, Aggravated Disobedience, Property Destruction** | | 9. Rule Number **#3, 5, 17** | |

10. Description of Incident (Include all relevant information – "unusual offender behavior, staff witnesses, physical evidence & y).

On the above date and approximate time, I, Captain David Voorhies, Jr. was conducting a routine round on CBD Upper Left Tier when I observed offender Alvin Williams, #480922, with his cell door tied shut. The cell door was secured with the plastic material that encased his mattress. I ordered offender Williams to untie his cell door. Offender Williams complied. During this time, I observed offender Williams with part of the mattress cover tied to his abdomen area. I ordered offender Williams to remove the material and submit to a strip search. Offender Williams refused. I activated my body camera and gave offender Williams several more direct verbal commands to remove the material and submit to a strip search. Offender Williams continued to refuse all orders given. To gain offender Williams compliance, I administered the minimum amount of chemical agents into the cell. Only then did offender Williams with comply with my orders. This is for your information and further handling.

Chemical Can #4
Beginning Weight: 124 grams
Ending Weight: 78 grams

| 11. Offender Placed in Invest. Seg. | X YES | | NO | |
|---|---|---|---|---|

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) **David Voorhies Jr., Captain, MPCB/ A-Team Supervisor** |
|---|---|

| 14. Date of Report **04/28/2021** | 15. Time of Report **3:30 pm** | 16.Report (copy) given to the above offender by: | 17. Offender's Signature: *Refused to sign* |
|---|---|---|---|

| 18. Plea by Offender: | Not Guilty | Guilty | 19. Verdict: | Not Guilty | Guilty |
|---|---|---|---|---|---|

| 20. Date of Hearing: *4/30/21* | 21. Counsel Substitute: DOC#: *351810* |
|---|---|

22. Motions: *No Motions*

23. Reasons for Disposition:
[ ] Report is clear and precise. [✓] Lack of a credible defense/little or no defense. [ ] Based on his statement.
[ ] The officer's version is determined to be more credible than the offender's. [ ] Pled guilty/accepted guilty plea.
[✓] Only defense is denying contents of report.. [✓] The offender presented no evidence to refute the charges.
[ ] The investigative officer's testimony was deemed more truthful and accurate than the offender's. [ ] Plea bargain
[ ] The offender's demeanor led the board to believe that the offender's testimony was untrue.
[ ] Other –

24. Reasons for Sentence:
[✓] Seriousness of offense. [ ] The need to protect the institution, employee, or other.
[ ] Poor Conduct record. A total of *115* rule violation(s). A total of *7* Schedule B violations since *5/27/21*
A total of *2 # 5/6* rule violations since *4/2/2/*
*6* *3/26/21*
[ ] Other *Restitution*

25. Sentence:
3: *12 WEEKS LOSS PHONE*
*90 DAYS LOSS VISITING*
5: *1 DAY DSEG*
| | Suspended [ ] _____ Days Imposed [✓] |

26. Sentence:
17: *4 WEEKS LOSS CANTEEN*
*30 DAYS LOSS VISITING*
| | Suspended [ ] _____ Days Imposed [✓] |

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an offender who in so

causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER )

MEMBER

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: L.S.P. Camp D

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Alvin Williams | 480922 | 5-4-2021 | 12:37AM |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Falcon 3 | L-24 | Falcon 3 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Aggravated Fight | #11 |

10. Description of Incident (Include all relevant information -- "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary )

On the above date and approximate time, I, Major Perkins after reviewing the camera footage of a fight in Falcon 3 observed Offender Alvin Williams #480922 get up from his bed and approach Offender Carlton Brooks #459032 while he was sleeping in his bed, then attack Offender Brooks with closed fists. Offender Williams then proceeded to move to 4 beds down and attack Offender Terry Mays #108167 while he was sleeping with closed fists. Offender Williams then grabbed Offender Mays and pulled him out his bed and onto the ground where he then started to kick Offender Mays several times. Lt. Col. Leonard Williams was notified of the incident.

| 11. Inmate Placed in Adm Seg. | x | Yes | | No | |
|---|---|---|---|---|---|

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| | David Perkins, Major, Camp D / C-Team |

| 14. Date of Report: | 15. Time of Report: | 16. Report (copy) given to above inmate by: dp | 17. Inmate's Signature: |
|---|---|---|---|
| 5-4-2021 | 1:30AM | | |

| 18. Plea by Inmate: | Not Guilty | Guilty | 19. Verdict: | Not Guilty | Guilty |
|---|---|---|---|---|---|
| | | ✓ | | | ✓ |

| 20. Date of Hearing: 5/5/20 | 21. Counsel Substitute: 343052 DOC#: |
|---|---|

22. Motions: None

23. Reasons for Disposition:
[ ✓ ] Report is clear and precise.    [ ] Lack of a credible defense/little or no defense.    [ ] Based on his statement.
[ ✓ ] The officer's version is determined to be more credible than the inmate's.    [ ✓ ] Pled guilty/accepted guilty plea.
[ ] Only defense is denying contents of report..    [ ✓ ] The inmate presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the inmate's.    [ ✓ ] Plea bargain
[ ] The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
[ ] Other

24. Reasons for Sentence:
[ ✓ ] Seriousness of offense.    [ ] The need to protect the institution, employee, or other.
[ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
A total of _____ # _____ rule violations since _____

[ ] Other _____

25. Sentence: (days ⇒ Disp Seg

26. Sentence:

| Suspended [ ] | Days |
|---|---|
| Imposed [ ✓ ] | (days 8 TS) |

| Suspended [ ] | Days |
|---|---|
| Imposed [ ] | |

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER )

MEMBER

RECEIVED

MAY 05 2021

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE:05/03/2021

DOC# 480922    NAME: ALVIN  WILLIAMS
LOCATION: D FAL 3    , CBD L/R 0
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 4/27/21

<u>REASON FOR ORIGINAL LOCKDOWN</u>

____ DISCIPLINARY BOARD ACTION            ____ OWN REQUEST
__✓_ RULE VIOLATION 10/41               ____ INVESTIGATION
____ INCIDENT REPORT                     ____ INITIAL CLASSIFICATION
================================================================
             <u>ACTION OF LOCKDOWN REVIEW BOARD</u>

____ RELEASED TO _____ Pw 2 _____    WHY:_____

____ NOT RELEASED    REASONS:

____ Nature of Commitment Offense ____ Escape Risk

____ Inmate's Request          ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

____ Nature of Original Reason for Lockdown

____ Inmate`s Protection:(explain)_____
    _____

____ Physically Dangerous to Himself or Others as Evidence by:

         ____ Psychiatric Evaluations    ____ Self-Mutilation
         ____ Serious Rule Infractions   ____ Other_____
         ____ Pattern of Violence        _____

____ Continuing Investigation.  By Whom:_____
    For:_____
================================================================
REVIEWED BY:_____
    NAME                                  TITLE
    Classification:_____

    Security:_____
================================================================
COMMENTS:                                    RECEIVED

                                            MAY 03 2021

                                            LSP/RECORDS
The PREA Assesments have been reviewed on all of the above offenders before any
reassignments were made.

LOCKDOWN REVIEW SUMMARY                    DATE:04/30/2021

DOC# 480922     NAME: ALVIN  WILLIAMS
LOCATION: D FAL 3      ,CBD L/R 0
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 4/27/2021

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
__✓__ RULE VIOLATION 10 - P              _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION
==============================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____ WHY:_____
_____

__✓__ NOT RELEASED   REASONS: New Charges

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          __✓__ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate`s Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions   _____ Other_____
          _____ Pattern of Violence              _____

_____ Continuing Investigation.  By Whom:_____
      For:_____
==============================================================================
REVIEWED BY:_____
          NAME _____ TITLE _____
          Classification:_____
          Security:_____
==============================================================================
COMMENTS:

                                        RECEIVED

                                        MAY 03 2021

The PREA Assesments have been reviewed on all of the above offenders before any
reassignments were made.                         LSP/RECORDS

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: L.S.P. ANGOLA

| 1. Name of Offender **Alvin Williams** | 2. Number **480922** | 3. Date of Incident **04/28/2021** | 4. Time of Incident **App. 7:05 am** |
|---|---|---|---|
| 5. Place of Incident **CBD Upper Left** | 6. Job Assignment **Idle** | | 7. Housing Assignment **CBD Upper Left** |
| 8. Rule Violated **Defiance, Aggravated Disobedience, Property Destruction** | | 9. Rule Number **#3, 5, 17** | |

10. Description of Incident (Include all relevant information – "unusual offender behavior, staff witnesses, physical evidence & y).

On the above date and approximate time, I, Captain David Voorhies, Jr. was conducting a routine round on CBD Upper Left Tier when I observed offender Alvin Williams, #480922, with his cell door tied shut. The cell door was secured with the plastic material that encased his mattress. I ordered offender Williams to untie his cell door. Offender Williams complied. During this time, I observed offender Williams with part of the mattress cover tied to his abdomen area. I ordered offender Williams to remove the material and submit to a strip search. Offender Williams refused. I activated my body camera and gave offender Williams several more direct verbal commands to remove the material and submit to a strip search. Offender Williams continued to refuse all orders given. To gain offender Williams compliance, I administered the minimum amount of chemical agents into the cell. Only then did offender Williams with comply with my orders. This is for your information and further handling.

Chemical Can #4
Beginning Weight: 124 grams
Ending Weight: 78 grams

| 11. Offender Placed in Invest. Seg. | X  YES | | NO | |
|---|---|---|---|---|

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) **David Voorhies Jr., Captain, MPCB/ A-Team Supervisor** |
|---|---|

| 14. Date of Report **04/28/2021** | 15. Time of Report **3:30 pm** | 16. Report (copy) given to the above offender by: | 17. Offender's Signature: *Refused to sign* |
|---|---|---|---|

| 18. Plea by Offender: | ☑ Not Guilty | Guilty | 19. Verdict: | Not Guilty | Guilty |
|---|---|---|---|---|---|

| 20. Date of Hearing 4/30/21 | 21. Counsel Substitute DOC#: **351810** |
|---|---|

22. Motions: *No motions*

23. Reasons for Disposition:
[✓] Report is clear and precise.   [✓] Lack of a credible defense/little or no defense.   [ ] Based on his statement.
[ ] The officer's version is determined to be more credible than the offender's.   [ ] Pled guilty/accepted guilty plea.
[✓] Only defense is denying contents of report..   [✓] The offender presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the offender's.   [ ] Plea bargain
[ ] The offender's demeanor led the board to believe that the offender's testimony was untrue.
[ ] Other

24. Reasons for Sentence:
[✓] Seriousness of offense.   [ ] The need to protect the institution, employee, or other.
[✓] Poor Conduct record. A total of _115_ rule violation(s). A total of _7_ Schedule B violations since _5/27/21_
A total of _2 #376_ rule violations since _4/2/21_
_3/26 21_
[✓] Other: _restitution_

5. Sentence: 2 WEEKS LOSS PHONE   Suspended [ ]   Days
90 DAYS LOSS VISITING   Imposed [✓]

6. Sentence: 1 DAY DSEG
4 WEEKS LOSS CANTEEN   Suspended [ ]   Days
7. 30 DAYS LOSS VISITING   Imposed [✓]

7. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an offender who is so

causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

RECEIVED
MAY 03 2021
LSP/RECORDS

R 9-17-09                                                                          Department Regulation No. B-05-001

# LOUISIANA STATE PENITENTIARY
## OFFENDER APPEARANCE BEFORE THE DISCIPLINARY BOARD

| Offender Name: | DOC # | Date Of Hearing: |
|---|---|---|
| Alvin Williams | 480922 | 4/30/21 |

INSTRUCTIONS: Offenders who choose not to be present can sign a waiver, which shall be read in to the tape.  Counsel substitutes shall represent him.  The same applies to disruptive offenders who refuse to cooperate.  If the offender refuses to sign a waiver, one shall be prepared and his refusal noted with two witnesses.  In either case the Disciplinary Chairman should also sign the waiver.

### WAIVER OF APPEARANCE

☐     I hereby waive my appearance before the Disciplinary Board on this
        date.

OFFENDERS SIGNATURE:

### REFUSAL TO SIGN WAIVER OF APPEARANCE

☑     The above offender was given an opportunity to appear before the
        Disciplinary Board on the above date and refused to do so.  He refused
        to sign a waiver of his appearance before the Board.

### DISRUPTIVE/REFUSED TO COOPERATE

☐     The above Offender became disruptive/refused to cooperate during
        the Disciplinary Board hearing on the above date.  The offender was
        removed from the hearing.

Offender counsel substitute _Melvin Thornton #357810_ stood in
for the accused offenders rights and the hearing proceeded without the
offender's presence.

_Jarvis Baldwin_
UNIT OFFICER

_signature_
DISCIPLINARY BOARD MEMBER

_signature_
DISCIPLINARY BOARD CHAIRMAN

RECEIVED
MAY 03 2021
LSP/RECORDS

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION: LSP

| 1. Name of Offender | | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|---|
| Alvin Williams | | 480922 | 4-27-21 | 7:03 PM |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Falcon 3 | L-24 | Falcon 3 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Fighting | 10 |

10. Description of Incident (include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and approximate time, I Lt. Sharon Rodgers open Falcon 3 door letting Offender Alvin Williams #470922 in off the yard. When Offender Williams punched Offender Vernon Callier # 373466 in the face. I immediatley activate my beeper, Supervisors arrived on unit.

11. Offender Placed in Adm. Seg. ☑ Yes ☐ No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Sharon Rodgers | Sharon Rodgers, Lt. |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: S.R. | 17. Offender's Signature: S.R. |
|---|---|---|---|
| 4-27-21 | 10:20 PM | | Refused to sign |

| 18. Plea by Offender: ☑ Not Guilty ☐ Guilty | 19. Verdict: ☐ Not Guilty ☑ Guilty |
|---|---|

20. Date of Hearing: 4/29/21    Nometrung

21. Counsel Substitute: 335810 Add - Off. Vernon Callier 313466 to

22. Motions: Enemy / jacket

23. Reasons for Disposition:
- ☑ Report is clear and precise.
- ☑ Lack of a credible defense/little or no defense.
- ☐ Based on his statement.
- ☑ The officer's version is determined to be more credible than the Offender's.
- ☐ Pled guilty/accepted guilty plea.
- ☑ Only defense is denying contents of report.
- ☑ The Offender presented no evidence to refute the charges.
- ☑ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.
- ☐ Plea bargain.
- ☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
- ☐ Other_____

RECEIVED
APR 30 2021
SPB/RECORDS

24. Reasons for Sentence:
- ☐ Seriousness of offense.
- ☐ The need to protect the institution, employees, or other.
- ☐ Poor Conduct record. A total of _15_ rule violation(s). A total of _7_ Schedule B violations since _5/20_.
- A total of _2_ # _10_ rule violations since _5/27/20_.
- ☐ Other_____

25. Sentence:
3 MAY S DSEG
Suspended ☐ _____ Days
Imposed ☑

26. Sentence:
Restitution
Suspended ☐ _____ Days
Imposed ☐

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

REVISED 9-17-09

## LOUISIANA STATE PENITENTIARY
## REQUEST FOR RESTITUTION

| OFFENDER'S NAME | DOC# | DATE OF HEARING: |
|---|---|---|
| Alvin Williams | 480922 | 4/29/21 |

| REPORT DATE (S): | RULE NUMBER (S) |
|---|---|
| 4/27/21 | 10 |

DISCIPLINARY BOARD CHAIRMAN:

Major Michael Fike

INDIVIDUAL TO WHOM CASE IS TO BE REFERRED FOR DETERMINATION OF COST:

☑ ASSISTANT WARDEN/MEDICAL SERVICES

☐ BUSINESS OFFICE

☐ _____

| ITEMS FOR WHICH RESTITUTION IS IMPOSED | COST: |
|---|---|
| Offender Fight - Vernon | |
| Cellier # 373464 Medical | |
| Costs | |
| | |
| | |
| MASON MPCB/8 | |
| | |
| | |
| | |
| **TOTAL COST TO BE CHARGED FOR RESTITUTION:** | |

| BY: | DATE: |
|---|---|

Original -- Offender Accounts
Copy   – Offender Records

R 9-17-09

Department Regulation No. B-05-001

## LOUISIANA STATE PENITENTIARY
## OFFENDER APPEARANCE BEFORE THE DISCIPLINARY BOARD

| Offender Name: Alvin Williams | DOC# 480922 | Date Of Hearing: 4/26/21 |
|---|---|---|

INSTRUCTIONS: Offenders who choose not to be present can sign a waiver, which shall be read in to the tape. Counsel substitutes shall represent him. The same applies to disruptive offenders who refuse to cooperate. If the offender refuses to sign a waiver, one shall be prepared and his refusal noted with two witnesses. In either case the Disciplinary Chairman should also sign the waiver.

### WAIVER OF APPEARANCE

☐   I hereby waive my appearance before the Disciplinary Board on this date.

OFFENDERS SIGNATURE:

### REFUSAL TO SIGN WAIVER OF APPEARANCE

The above offender was given an opportunity to appear before the Disciplinary Board on the above date and refused to do so. He refused to sign a waiver of his appearance before the Board.

### DISRUPTIVE/REFUSED TO COOPERATE

☐   The above Offender became disruptive/refused to cooperate during the Disciplinary Board hearing on the above date. The offender was removed from the hearing.

Offender counsel substitute _Melvin Thornton 351810_ stood in for the accused offenders rights and the hearing proceeded without the offender's presence.

UNIT OFFICER

DISCIPLINARY BOARD MEMBER

DISCIPLINARY BOARD CHAIRMAN

Louisiana State Penitentiary
IMPOSITION OF RESTITUTION

| TO: | OFFENDER BANKING | | |
|---|---|---|---|
| FROM: | DISCIPLINARY OFFICE | | |
| DATE: | 4-22-21 | | |
| RE: | OFFENDER'S NAME: Alvin Williams | DOC# 480922 | LOCATION D Fa 3 |

The above offender was found guilty of a disciplinary violation through a formal

Administrative hearing on ___4-21-21___ and, in accordance with Department Regulation

NO. B-05-003, the Disciplinary Board assessed restitution in the amount of

$___2.20___ for ___20 grams Chemical agent___.

Please take the necessary steps to withdraw the stipulated amount from the offenders account.

DISCIPLINARY OFFICE AP mss

**RECEIVED**
APR 26 2021
LSP/RECORDS

cc:    Offender Records
Offender – According to LSP Directive 02.014 you have 5 days upon receipt of this notice to appeal the amount.