# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALVIN WILLIAMS (#480922)** | **:** | **CIVIL ACTION** |
| | **:** | **NO. 21-636-JWD-SDJ** |
| **VERSUS** | | |
| | **:** | **JUDGE JOHN W. deGRAVELLES** |
| **DAVID VOORHIES, ET AL** | **:** | **MAGISTRATE JUDGE** |
| | | **SCOTT D. JOHNSON** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>STATEMENT OF UNDISPUTED FACTS</u>

1. The incident Plaintiff alleges occurred with Defendants Voorhies and Walker happened on April 28, 2021.[1]

2. On April 28, 2021, Defendant Voorhies was conducting a routine round on CBD Upper Left Tier when he observed Plaintiff with his cell door tied shut with a piece of plastic material that encased the mattresses.[2]

3. Defendant Voorhies ordered Plaintiff to untie his cell door, and Plaintiff complied.[3]

4. Defendant Voorhies also observed Plaintiff with a piece of the plastic material tied around his abdomen.[4]

5. Defendant Voorhies gave Plaintiff orders to remove the material and submit to a strip search, but Plaintiff refused.[5]

6. Defendant Voorhies gave Plaintiff more direct verbal orders to remove the material and submit to a strip search, but Plaintiff continued to refuse those orders.[6]

---

[1] R. Doc. 1 & 4.
[2] Exhibit A, p. 1, ¶ 3-4.
[3] Exhibit A, p. 1, ¶ 5-6.
[4] Exhibit A, p. 1, ¶ 7.
[5] Exhibit A, p. 1, ¶ 8-9.
[6] Exhibit A, p. 1, ¶ 10.

7. Defendant Voorhies administered the minimum amount of chemical agent into Plaintiff's cell in order to gain his compliance, after which Plaintiff complied with Defendant Voorhies' orders.[7]

8. Plaintiff was strip searched, restrained, removed from his cell, and escorted to the shower.[8]

9. Plaintiff was offered a shower and given a clean jumpsuit.[9]

10. Officers do not have any control over or access to change the showers' water temperatures.[10]

11. Medical was notified about the use of chemical agent and Plaintiff was later seen and evaluated.[11]

12. At no time did Defendant Voorhies use any excessive force on Plaintiff.[12]

13. Defendant Walker was not present on the CBD Upper Left Tier during the incident Plaintiff alleges occurred.[13]

14. Defendant Walker did not use any chemical agent, or any type of force, on Plaintiff.[14]

15. Plaintiff's medical records show that he was involved in numerous other incidents that could have led to his alleged wrist injury, and Plaintiff's prison record corroborates these incidents.[15]

---

[7] Exhibit A, p. 2, ¶ 11 & 13.
[8] Exhibit A, p. 2, ¶ 14-15.
[9] Exhibit A, p. 2, ¶ 16.
[10] Exhibit A, p. 2, ¶ 18; Exhibit B, p. 2, ¶ 8.
[11] Exhibit A, p. 2, ¶ 17, Exhibit C, p. 7.
[12] Exhibit A, p. 2, ¶ 19.
[13] Exhibit B, p. 1, ¶ 3.
[14] Exhibit B, p. 2, ¶ 6.
[15] Exhibit C, p. 2-6 & 8-11; Exhibit D, p. 2-4, 6-10.

16. Plaintiff made no complaints regarding his alleged wrist injury on April 28, 2021 when he was seen by medical.[16]

17. Defendants sent Plaintiff requests for admissions on December 27, 2023, but Plaintiff never responded to these requests or admissions.[17]

18. Pursuant to the Federal Rules of Civil Procedure, requests for admissions not responded or objected to are deemed admitted.[18]

19. One admission deemed admitted requested Plaintiff to admit that he refused to remove the plastic from around his waist on April 28, 2021.[19]

20. Another admission deemed admitted requested Plaintiff to admit that he was in a fight on May 3, 2021 where he injured his right hand.[20]

Respectfully submitted,

**LIZ MURRILL**
**ATTORNEY GENERAL**

BY:     */s/ Brittany N. Calecas*
Brittany N. Calecas (No. 40302)
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, Fourth Floor
Post Office Box 94005
Baton Rouge, Louisiana (70804-9005)
Telephone: 225-326-6300
Facsimile: 225-326-6495
E-mail: CalecasB@ag.louisiana.gov
*Attorney for Defendants*

---

[16] Exhibit C, p. 7.
[17] See R. Doc. 24.
[18] FRCP 36(a)(3).
[19] See R. Doc. 24, RFA No. 1.
[20] See R. Doc. 24, RFA No. 2.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 29, 2024, undersigned filed the above-entitled pleading electronically with the Clerk of Court by using the CM/ECF system and a copy of the foregoing was provided to pro se inmate plaintiff via U.S. First Class Mail, to the below name and address:

*__Pro Se Plaintiff__*
Alvin Williams (DOC #480922)
Louisiana State Penitentiary
Angola, LA 70712


*/s/Brittany N. Calecas*
Brittany N. Calecas
Assistant Attorney General