UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALVIN WILLIAMS (#480922)      :  CIVIL ACTION
                             :  NO. 21-636-JWD-SDJ
VERSUS

                             :  JUDGE JOHN W. deGRAVELLES

DAVID VOORHIES, ET AL        :  MAGISTRATE JUDGE
                                SCOTT D. JOHNSON

*************************************************************************

UNSWORN DECLARATION OF DAVID VOORHIES
PURSUANT TO 28 U.S.C. 1746

1.  On April 28, 2021, I, David Voorhies, was employed at the Louisiana Department of Public Safety and Corrections in the position of Captain at Louisiana State Penitentiary, Angola, Louisiana.

2.  I no longer work at Louisiana State Penitentiary.

3.  On April 28, 2021, I was conducting a routine round on CBD Upper Left Tier when I observed offender Alvin Williams with his cell door tied shut.

4.  I noticed that the cell door was tied shut with a piece of the plastic material that encased his mattress.

5.  I ordered Offender Williams to untie his cell door.

6.  Offender Williams complied.

7.  I also observed Offender Williams with part of the plastic of the mattress cover tied around his abdomen.

8.  I ordered Offender Williams to remove the material and submit to a strip search.

9.  Offender Williams refused to comply.

10. I gave several direct verbal orders to remove the material and submit to a strip search, but Offender Williams continued to refuse orders.

1

11. In order to gain Offender Williams' compliance, I administered the minimum amount of chemical agent into his cell.

12. The beginning weight of the can of chemical agent before I administered the chemical agent was 124 grams, and the ending weight of the can was 78 grams. A total of 46 grams of chemical agent was administered.

13. After administering the chemical agent, Offender Williams complied with orders.

14. At that time, Offender Williams was strip searched, and no contraband was found.

15. Offender Williams was then restrained, removed from his cell, and escorted to the shower.

16. Once placed in the shower, Offender Williams was offered a shower and given a clean jumpsuit.

17. Medical was notified that chemical agent was administered into Offender Williams' cell, and Offender Williams was later seen and evaluated on the unit.

18. Further, officers do not have access or any control over the water temperatures in the showers. The officers do not turn on the water, alter the water temperature, or have access to the water in the shower being used by the offenders.

19. I never used any excessive force on Offender Williams on April 28, 2021.

I hereby declare, certify, and verify, under penalty of perjury, that the foregoing is true and correct to the best of my personal knowledge and belief.

Executed on: ___7 May 24___
Date

Signature: _____
David Voorhies

2