# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ALVIN WILLIAMS (#480922)          :    CIVIL ACTION
                                  :    NO. 21-636-JWD-SDJ

VERSUS                            :    JUDGE JOHN W. deGRAVELLES

DAVID VOORHIES, ET AL             :    MAGISTRATE JUDGE
                                       SCOTT D. JOHNSON

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## UNSWORN DECLARATION OF OMAR WALKER PURSUANT TO 28 U.S.C. 1746

1.

On April 28, 2021, I, Omar Walker, was employed at the Louisiana Department of Public Safety and Corrections in the position of Lieutenant at Louisiana State Penitentiary, Angola, Louisiana.

2.

I no longer work at Louisiana State Penitentiary.

3.

On April 28, 2021, I was not present on the Cell Block D Upper Left Tier during the incident that Offender Williams has filed suit about.

4.

I do not have any personal knowledge of the events on April 28, 2021 that he alleges occurred.

5.

The only information I know about the events on April 28, 2021 are from reading reports that were generated as a result of the incident.

1

6.

Because I was not present during the incident on April 28. 2021. I did not use chemical agent. or any type of force. on Offender Williams.

7.

Because I was not present on the tier during the incident on April 28. 2021. I could not have failed to intervene in any actions that David Voorhies may or may not have done.

8.

Officers also do not have any control over or access to change the water temperatures in the showers. The officers do not turn on the water. alter the water temperature. or have access to the water in the shower being used by the offenders.

I hereby declare. certify. and verify. under penalty of perjury. that the foregoing is true and correct to the best of my personal knowledge and belief.

Executed on: _6-10-2024_
　　　　　　　Date

Signature _Omar Walker_
　　　　　　Omar Walker