

| John Bel Edwards<br>Governor | | JAMES M. LE BLANC<br>Secretary |
|---|---|---|

# State of Louisiana

Department of Public Safety and Corrections
Louisiana State Penitentiary

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center
Health Information Management Department
Angola, Louisiana 70712

**WEST FELICIANA**

I hereby certify that the attached copies are **TRUE AND CORRECT COPIES** of the originals maintained in our medical records for:

| Inmate Name: | Alvin Williams | DOC# | 480922 |
|---|---|---|---|

| Listed below is the information which is attached: | Time period of requested information: |
|---|---|
| ☐ **Medical only** | January 2020 - Present |
| ☐ **Mental Health only** | |
| ☒ **Medical and Mental Health** | |
| ☐ **Other** | |

| Copies made for: | Briona Whitehead<br>AG's Office<br>Baton Rouge, LA |
|---|---|

| Signature: | *Jamie L. Sharp*<br>**Jamie L. Sharp**<br>**Ex-Officio Notary Public, #92150**<br>**Department of Public Safety and**<br>**Corrections/LSP** | Date: | 04/02/23 |
|---|---|---|---|

756621

Form HC-01-A
20 March 2019                    Request for Medical Treatment    Institution: _____ LSP _____

Alvin Williams  480922  35  CBD  fal        L24
Name            DOC#    Age   Housing          Job Assignment

OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST: 1630

AGG-Fight (Human Waste)

Health Care Personnel Screening:  Date: 05/03/2021  Time: 9000  Location Seen: FAL

(Circle One) Emergency / Routine Sick Call / Work Related  Allergies: _____ NKDA _____

B/P _____ Pulse _____ Resp __16__ Temp _____ Other _____

Assessment/Comment: BOH pt voice a medical complaint
appear to be in a acute distress pt
states he do know what was thrown on him
_____
_____

| Disposition: | Health Care Practitioner Notes: |
|---|---|
| Sick call | Jc prn |
| New Medications Ordered: | |
| _____ | |
| _____ | |
| _____ | 5/7/21 |
| _____ Total #: _____ | |
| Screener's Signature: Lt. Straughter 537 | HCP's Signature: _____ Date: |

☑ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for each Prescription Fee: $ _____ Total: $ _____

I understand that in accordance with Dept. Reg. No B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.

Alvin Williams              480922        05/03/21        _____
Offender's Signature        DOC#          Date            Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

Louisiana State Penitentiary • 17544 Tunica Trace • Angola, Louisiana 12 • Phone 225-655-2286

## ROBERT E. BARROW, JR. TREATMENT CENTER
## ACCIDENT INJURY REPORT
### VITAL STATISTICS

DATE: 5 , 5 , 21     TIME SEEN: 10 : 45

NAME: Alvin Williams     DOC#: 480922     AGE: 35     RACE: B

LIVING QUARTERS: HWK-1     JOB ASSIGNMENT: L-24     LAST TETANUS:

| MEDICATIONS: | ALLERGIES: NKDA |
|---|---|

DATE OF ACCIDENT: 5-3-21 | TIME OF ACCIDENT: | ACCIDENT LOCATION: D

| TIME: 10:40 | B/P: 141/85 | PULSE: 84 | RESP: 18 | LOC: A×3 | TEMP: 98.8 | BS/Sp02: 99% |
|---|---|---|---|---|---|---|
| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/Sp02: |
| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/Sp02: |

### CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: Pt stly got in fight + head swollen ® side

Offndr sts wis hanng in alterc 2 days ago c c/o head pain. Noted mild swelling to ® head. (by retal lvl. Also c/o neck discm/ deniued numb to ® hand following "altered" a week ago.

MEDIC SIGNATURE: ___

### PHYSICIAN ASSESSMENT AND TREATMENT

☐ CATEGORY A     ☑ CATEGORY B     ☐ CATEGORY C

***SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY***

L R R Hx -v.D. R. Berdelon N//

Pt lay down due to poor asssm lay will cal our when able to perform studing

® hand pain / num bness
× 1 wk + ® MIP pain
p fight ē offndr 2 days ago
AOO×3
Rtd
3BS GIA
Abd sft NT
® x-ray is drawn - will
× Ray when available

☐ Duty Status ___
☐ Diet ___
☐ Appointment ___
☐ Dressing Change ___

PHYSICIAN SIGNATURE: ___

| TIME LEFT: 11or | TRANSPORTATION: Ambulan | DESTINATION: RTd |
|---|---|---|

LSP-TC 07     Rev. 04/2018     ACCIDENT/INJURY REPORT     PAGE ___ OF ___

658131

**Form HC-01-A**
**14 September 2009**

**Health Care Request Form**          Institution: _ISP_

_Alvin Williams_    _480922_    _35_    _CBD_    _None_
Name                    DOC#        Age      Housing    Job Assignment:    _4/28_

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

I Alvin Williams was involved in a incident where may hand was bent and twisted to the point where my nerves was damaged causing me to lose partial Feeling in my dumb and right hand. I request emergency medical assitance, to determine the proper diagnoisiti

Health Care Personnel Screening: Date: _05-03-21_ Time: _0513_ Location Seen: _CBD_

(Circle One) Emergency / ~~Routine Sick Call~~ Work Related Allergies: _____

B/P _____ Pulse _76_ Resp _18_ Temp _____ Other _____

Assessment/Comment: Pt ambulatory s̄ difficulty or assistance, AAOx3. Pt speaks in full, unbroken sentences & c/o as above.. pt has mild swelling noted to ® thumb/palm area &®index finger. Ø discoloration or obvious deformities noted. pt states incident occurred on 04/28/21. MMS ⊕ c̄ c/r WNL. status L to ®hand. Skin w/d. Ø other c/c or requests voiced. NAD noted @ present.

Meds: Ø meds on file

**Disposition:**                          **Health Care Practitioner Notes:**

FU PRN

Cynthia Park ACNP

MD Review

**New Medications Ordered:**

None

Total #: _____

Screener's Signature: _Capt ACUNAL NP_    HCP's Signature: _35 [signature] /21_    Date:

☑ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $___  Total: $___

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

_Alvin Williams_          _480922_        _5/3/21_
Offender's Signature        DOC#            Date            Witness Signature

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

Form HC-01-A
14 September 2009

619930

**Health Care Request Form**    Institution: _Lsp_

Alvin Williams    480922    35    Hawk    None
Name                DOC#    Age    Housing    Job Assignment:

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

I Alvin Williams was involved in a simple fight to where my right hand was Fracal Fracture and now is prohibiting me from bending it. My right Wrist is also sprung. I need medical assitance immediately

Health Care Personnel Screening:  Date: 5-3-21    Time: 0530    Location Seen: Huck

(Circle One)  Emergency / (Routine Sick Call) / Work Related  Allergies: _NKDA_

B/P 130/92    Pulse 83    Resp 18    Temp —    Other 98%

Assessment/Comment: _pt slept day before yesterday pt stys cmpt_
_seen + was ablmt to do laxss/u. pt als stzq/ hn not hrd_
_hdna isu moth it. Pt spoks is complete seqre. pt_
_A+Ox4_

| **Disposition:** | **Health Care Practitioner Notes:** |
|---|---|
| A-HO 027668 | |
| **New Medications Ordered:** | |
| _____ Total #: _____ | |
| Screener's Signature: [signature] 602 | HCP's Signature: [signature]  Date: 5/16/21 |

☑ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $___∅___ Total: $∅

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Alvin Williams                480922    5/4/21    [signature] 602
Offender's Signature          DOC#    Date    Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

102

Form HC-01-A
20 March 2019                    Request for Medical Treatment Institution: ___LSP___

Alvin Williams   480922   35   Hwk   L-24
Name             DOC#     Age  Housing   Job Assignment

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

Agg fight

Health Care Personnel Screening: Date: 5/4/21   Time: 03:07   Location Seen: Hwk

(Circle One) (Emergency) Routine Sick Call / Work Related Allergies: ___NKDA___

B/P 132/79  Pulse 74  Resp 19  Temp 98.4  Other A/o₄ ⌀○

Assessment/Comment: A/o₄ standing at cell door. C/o
Jammed finger. No sx full range of
motion in all extremities ∅ swelling or
bruising, able to flex and grip ⅈ∅
pain ⌀ other med complaints

| Disposition: | Health Care Practitioner Notes: |
|---|---|
| | FU PRN |
| | Cynthia Park ACNP |
| **New Medications Ordered:** | |
| Total #: | |
| Screener's Signature: | HCP's Signature: ___5/7/21___  Date: |

☐ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for each Prescription Fee: $ _____  Total: $ _____

I understand that in accordance with Dept. Reg. No B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.

Alvin Williams          480922        5/4/21
Offender's Signature     DOC#          Date          Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

Form HC-01-A
14 September 2009

**Health Care Request Form**     Institution: _LSP_

659710

Alvin Williams   480922   35   CBD4/L   L24
Name           DOC#    Age    Housing    Job Assignment:

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

chemical agent

**Health Care Personnel Screening:** Date: 4/28/21  Time: **0758**  Location Seen: CBD C/R

(Circle One) Emergency / Routine Sick Call / Work Related Allergies: _____

B/P _refused_ Pulse _refused_  Resp _16_    Temp _refused_ Other _refused_

**Assessment/Comment:** pt laying on the shower floor yelling at security officers. pt refusing to stand up so that he could be evaluated. pt moved to dorm. pt looks to be in NAD.

**Disposition:**

S/C

**New Medications Ordered:**

_____
_____
_____     Total #: 0

Screener's Signature: MSgt Darcy 593

**Health Care Practitioner Notes:**

Date: 4/30/21

**HCP's Signature:**      Date:

☐ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for Each Prescription Fee: $ 0  Total: $ 0

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Walker pt refused to sign a sign   480922   4/28/21   MSgt Darcy 593
Offender's Signature        DOC#      Date      Witness Signature

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

**LOUISIANA STATE PENITENTIAR**
**R.E. BARROW, JR. TREATMENT CENTER**
**REFERRAL SLIP**                    026925

DATE: 4-27-21

NAME: Alvin Williams          DOC#: 480922    HOUSING UNIT: Hawk

LOCATION SEEN: Hawk

REFERRAL TO: ATU

DATE OF REFERRAL: 4-27-21          TIME OF REFERRAL: 20:30    A.M. P.M.

REASON FOR REFERRAL: Pain/Swelling to (R) Hand.

TEMPORARY DUTY STATUS:

TEMPORARY DUTY STATUS EXPIRATION DATE:

LT Clarke #at#

SIGNATURE OF HEALTH CARE PROVIDER

CC:  HIM        (WHITE)
     PATIENT    (YELLOW)
     SECURITY   (PINK)

LSP-TCEMS 01  REV. 10/97

755693

Form HC-01-A
20 March 2019                Request for Medical Treatment Institution: _____ LSP _____

Alvin Williams _____ 480922 _____ 35 B _____ fal. Houk _____ L-24 _____
Name                    DOC#        Age        Housing              Job Assignment

OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:

S/f

Health Care Personnel Screening:  Date: 4-27-21  Time: 20:12  Location Seen: Hak

(Circle One) (Emergency) / Routine Sick Call / Work Related Allergies: _____ NKDA _____

B/P 128/74 _____ Pulse 76 _____ Resp 18 _____ Temp 98.1 _____ Other _____ — _____

Assessment/Comment: PT ~ a 35yo B/m Ambey in shune Being seen for S/f At
once O hed pain. PT hor mild melts notes to O hed a defect or Redm notes

_____

Amoxil.   IBU.

Disposition:                              Health Care Practitioner Notes:

ATV
# 026925

Seen in ATU

New Medications Ordered:

_____
_____
_____
_____ Total #: _____

Screener's Signature: Lt P Clarke Actg    HCP's Signature: _____ Date: _____

☑ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for each Prescription Fee: $ _____ Total: $ 0

I understand that in accordance with Dept. Reg. No B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.

Alvin Williams _____ 480922 _____ 4-27-21 _____ Clarke _____
Offender's Signature       DOC#        Date        Witness Signature

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

Louisiana State Penitentiary • ~ 344 Tunica Trace • Angola, Louisiana    12 • Phone 225-655-2286

## ROBERT E. BARROW, JR. TREATMENT CENTER
### ACCIDENT INJURY REPORT
### VITAL STATISTICS

DATE: 4 / 27 / 21                                    TIME SEEN: 21 : 15

NAME: ALVIN WILLIAMS                DOC#: 480922    AGE: 35    RACE: B

LIVING QUARTERS: FAL 2                JOB ASSIGNMENT: _____    LAST TETANUS: _____

| MEDICATIONS: SEE Attached | ALLERGIES: NKDA |
|---|---|

| DATE OF ACCIDENT: | TIME OF ACCIDENT: | ACCIDENT LOCATION: |
|---|---|---|

| TIME | B/P | PULSE | RESP | LOC | TEMP | BS/Sp02 |
|---|---|---|---|---|---|---|
| 9:30p | 153/102 | 1a | 18 | A | 96² | 5% |
| 9:50 | 151/90 | 92 | 18 | | | |
| : | / | | | | | |

### CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: 35 bm To AIU following simple fight - C/O pain / swelling ® hand - Ø gross deformity noted - Ø further injury noted - Alert / well oriented

MEDIC SIGNATURE: _____

### PHYSICIAN ASSESSMENT AND TREATMENT

☐CATEGORY A                ☐CATEGORY B                ☐CATEGORY C

***SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY***

① X Ray ® Hand
② D/C To Quarters
per Dr Lav. 21⁵⁰

☐Duty Status _____        ☐Appointment _____

☐Diet _____                ☐Dressing Change _____

PHYSICIAN SIGNATURE: _____

| TIME LEFT: 955 | TRANSPORTATION: AMB | DESTINATION: RBT |
|---|---|---|

LSP-TC 07    Rev. 04/2018        ACCIDENT/INJURY REPORT        PAGE ___ OF ___

**ANGOLA STATE PRISON**
17544 Tunica Trace
Angola, LA 71282
Phone: (225)655-2309

| | | | |
|---|---|---|---|
| **Name:** | Alvin Williams | **Exam Date:** | 04/27/2021 09:29 PM |
| **Patient ID:** | 300516885 | **Exam:** | XR HAND RIGHT MIN 3 VIEWS \| 73130 |
| **DOB:** | ▇▇▇▇ | **Referrer:** | Physician Unknown, |
| **Phone:** | | | |
| **Acc #:** | 4685748 | | |
| **Secondary ID:** | 480922 | | |

**EXAM**: XR HAND RIGHT MIN 3 VIEWS

**CLINICAL HISTORY**: Right hand pain

**FINDINGS**: Three views of the hand. Normal bone density and architecture. No fracture or dislocation.

**IMPRESSION**: No evidence of acute fracture.

Report Electronically Signed by:  William Gregoire MD
Report Electronically Signed on:  04/27/2021

| | | | |
|---|---|---|---|
| **Patient Name:** | Alvin Williams | **Exam:** | XR HAND RIGHT MIN 3 VIEWS \| 73130 |
| **Patient ID:** | 300516885 | | |
| **Completed Date:** | 04/27/2021 09:29 PM | **Acc #:** | 4685748 |
| **Transcribed By:** | P360 PowerScribe | **Interpreting Rad:** | William Gregoire MD |
| **Transcribed Date:** | 04/27/2021 | **Dictated Date:** | 04/27/2021 09:41 PM |
| | | **Finalized Date:** | 04/27/2021 09:41 PM |