### Department of Public Safety & Corrections
#### State of Louisiana
Louisiana State Penitentiary



JOHN BEL EDWARDS
GOVERNOR

JAMES M. LE BLANC
SECRETARY

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the originals that are maintained at Louisiana State Penitentiary.

Certified Copy of Unusual Occurrence Report dated 4/28/2021

Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 4-5-2023

Alvin Williams 480922 Case

Form AM-I-4-w-1
16 March 2020

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Category A, B, C Incidents)

INSTITUTION: LSP

| NAME<br>Alvin Williams | NUMBER<br>480922 | DORM OR CELLBLOCK<br>CBD Upper Left | DATE OF INCIDENT<br>04/28/2021 | TIME OF INCIDENT<br>App. 7:05 am |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>CBD Upper Left | | WITNESSES | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
  - [ ] Escape from inside a secure facility
  - [ ] Escape from outside a secure facility
- [ ] Death by other than natural causes/illness
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious or unknown cause
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] Staff on offender
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Significant disruption to unit operations/loss of control (e.g. hostage situation, work stoppage of ten or more [offenders or staff], riot, natural disaster, necessity of tact team/outside assistance, lockdown of all or part of the facility)
- [ ] Large scale evacuation of all or a significant part of the facility
- [ ] Any other significant/high profile incident as determined by the Unit Head.

**Category B Incidents:**
- [ ] Attempted escape
- [ ] Apprehension of escapee
- [ ] Death from natural causes/illness
- [ ] Gunshot, Class I
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
- [ ] Staff injured in the line of duty resulting in significant injury (excluding assaults)
- [ ] Suicide Attempts
- [ ] Hunger Strike
  - [ ] Individual hunger strike
  - [ ] Organized hunger strike
- [ ] Employee arrest (arrested or charged with criminal behavior, other than traffic offense)
  - [ ] Job-related employee arrest
  - [ ] Not job-related employee arrest
- [ ] Other
  - [ ] Minor disruptions to unit operations (e.g. lockdown of a group of offenders, significant water outages, small fires, limited property damage)
  - [ ] Small-scale evacuations (e.g. evacuations from a housing unit, gym, kitchen, school, office building, etc.)
  - [ ] Any other small scale/minor incident as determined by the Unit Head. If, due to the nature of the incident, it cannot be immediately determined if the incident is a Category A or B incident, it should be reported as a Category A incident.

**Category C Incidents:**
- [ ] Violation of the Rule No. 21, Sex Offenses
  - [ ] 21. A Nonconsensual sexual act (offender-on-offender)
  - [ ] 21. B Abusive sexual act (offender-on-offender)
  - [ ] 21. C Sexual misconduct (offender-on-offender)
  - [ ] 21. D Sexual misconduct (offender-on-staff or offender-on-non incarcerated person)
  - [ ] 21. E Obscenity
  - [ ] 21. F Other prohibited sexual behavior (offender-on-offender, offender-on-staff, or offender-on-non-incarcerated person)
  - [ ] 21. G Overt display of affection
  - [ ] 21. H Failure to report any improper advances made by an employee on an offender
- [ ] Gunshot (Class II)
- [ ] Assault resulting in minor injury or no injury
  - [ ] Fight (offender-on-offender)
  - [ ] Throwing of Substance (offender-on-offender)
  - [ ] Throwing of Substance (offender-on-staff)
  - [ ] Other assault (offender-on-staff)
  - [ ] Weapon (offender-on-offender)
  - [ ] Weapon (offender-on-staff)
- [ ] Suicide Gesture
- [ ] Hunger Strike (both individual and organized)
- [x] Use of Force
  - [x] Immediate use of force
  - [ ] Planned use of force
  - [ ] Cell extractions
  - [ ] Taser ®
  - [x] Chemical agents
- [ ] Naloxone Administration (Staff)
- [ ] Naloxone Administration (Offender)

Form AM-i-4-w-1
16 March 2020
Page Two

## DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I, Captain David Voorhies, Jr. was conducting a routine round on CBD Upper Left Tier when I observed offender Alvin Williams, #480922, with his cell door tied shut. The cell door was secured with the plastic material that encased his mattress. I ordered offender Williams to untie his cell door. Offender Williams complied. During this time, I observed offender Williams with part of the mattress cover tied to his abdomen area. I ordered offender Williams to remove the material and submit to a strip search. Offender Williams refused. I activated my body camera and gave offender Williams several more direct verbal commands to remove the material and submit to a strip search. Offender Williams continued to refuse all orders given. To gain offender Williams compliance, I administered the minimum amount of chemical agents into the cell. Only then did offender Williams with comply with my orders. Offender Williams was strip searched and no contraband was found. Offender Williams was then restrained, removed from the cell, placed in the shower, offered a shower and issued a clean jumpsuit. Medical #3, EMS Dorsey, was notified and later evaluated offender Williams on the unit.

Chemical Can #4
Beginning Weight: 124 grams
Ending Weight: 78 grams

**REPORTING OFFICER**
Captain David Voorhies,
MPCB/ A-Team Supervisor

| 4/28/2021 | 3:15 pm |
|-----------|---------|
| DATE COMPLETED | TIME COMPLETED |

Form AM-I-4-w-1
16 March 2020
Page Two

## DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time, I, Capt. David Voorhes, Jr. was conducting a routine round on CBD Upper Left Tier when I observed offender Alvin Williams, 480922, with his cell door tied shut. The cell door was secured with the plastic material that encases his mattress. I ordered offender Williams to unslit the cell door. Offender Williams complied. During this time, I observed offender Williams with part of the mattress cover tied to his abdomen area. I ordered offender Williams to remove the material and submit to a strip search. Offender Williams refused. I activated my body camera and gave offender Williams several more direct verbal commands to remove the material and submit to a strip search. Offender Williams continued to refuse all orders given. To gain offender Williams compliance, I administered the minimum amount of chemical agents into the cell. Only then did offender Williams comply with my orders. Offender Williams was strip searched and no contraband was found. Offender Williams was then restrained, removed from the cell, placed in the shower, offered a shower, and issued a clean jumpsuit. Medical #3, EMS Dorsey, was notified and later evaluated offender Williams on the unit. This is for your information and further handling.

Chemical Can #4
Beginning Weight: 124 grams
Ending Weight: 78 grams

REPORTING OFFICER

DATE COMPLETED 4/28/2021

TIME COMPLETED 3:15 PM