UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ALVIN WILLIAMS #480922            CIVIL ACTION NO. 21-636-JWD-SDJ

VERSUS                           JUDGE JOHN W. DEGRAVELLES

CAPT. DAVID VOORHIES             MAGISTRATE JUDGE SCOTT D. JOHNSON

---

## Affidavit on Behalf of Alvin Williams

Now Into Court, through pro se, comes Alvin Williams who respectfully move this Honorable Court to Enter this document of Affidavit to his Motion for Summary Judgment.

I pro se Alvin Williams Pursuant to 28 U.S.C. declare under penalty and pejury that the following is true and correct

**Statement of Facts**

On the Date of April 28, 2021 of incidents involving excessive use of force claims, Failure to Intervene, Wanton Infliction and Violation of my Due Process Amendment 14. I pro se plaintiff Alvin Williams through A.R.P. process (LSP-2021-1115) and 1983 42 U.S.C. claims, asked that all body camera and video footages of the above date mentioned be preserved for the facts of my claims (lawsuit).

On September 9, 2024, a court order was issued to turn over all body camera footage and video surveillance footage on April 28, 2021, incident involving incident, tht violated plaintiff Civil Rights. Mention date September 9, 2024. An investigation was

1

done to check video archives yielding no saved video surveillance or body camera footage of an incident on April 28, 2021 involving offender Alvin Williams.

Therefore, from the Exhibits I have already provided and additional Document stating from Defendants David Voorhies of stating that he activated his body camera of the incident (Description of Incident) Report by Captain David Voorhies. I asked the Court what could have happen to the video after being repeatedly asked o be preserved.

Wherefore, pro se Alvin Williams hereby pray that the foregoing information provided is good and sufficient.

Respectfully submitted:

_Alvin Williams_

Alvin Williams #480922

## Certificate of Service

I hereby certify that on September _____, 2024 undersigned filed the above entitled pleading electronically with the Clerk of Court by using the CM/ECF system and copy of the foregoing, was provided to pro se inmate plaintiff via U.S. Firsst Class Mail, to the Below name.

Brittany N. Calecas (#440302)

Louisiana Department of Justice
1885 North Third Street, 4th Floor
P.O. Box (94005)(70804-9005)
Baton Rouge, Louisiana 70802

Respectfully submitted:

_____
Alvin Williams #480922