**Louisiana State Penitentiary**
Angola, Louisiana

# ARP STATEMENT

ARP NUMBER: **2021-1115**                    DATE: **5/26/2021**

Offender's Name and Number:   **Alvin Williams, #480922**

---

*In regards to the above aforementioned Request for Administrative Remedy, I, Captain David Voorhies Jr., have the following to offer:*

On April 28, 2021, I was conducting a routine round on CBD Upper Left Tier when I observed offender Alvin Williams, #480922, with his cell door tied shut. The cell door was secured with the plastic material that encased his mattress. I ordered offender Williams to untie his cell door. Offender Williams complied. During this time, I observed offender Williams with part of the mattress cover tied to his abdomen area. I ordered offender Williams to remove the material and submit to a strip search. Offender Williams refused. I activated my body camera and gave offender Williams several more direct verbal commands to remove the material and submit to a strip search. Offender Williams continued to refuse all orders given. To gain offender Williams compliance, I administered the minimum amount of chemical agents into the cell. Only then did offender Williams with comply with my orders. Offender Williams was strip searched and no contraband was found. Offender Williams was then restrained, removed from the cell, placed in the shower, offered a shower and issued a clean jumpsuit. Medical #3, EMS Dorsey, was notified and later evaluated offender Williams on the unit.

---

Captain David Voorhies Jr.
MPCB/ A-Team Supervisor

cc:      file