NHC

**DISCIPLINARY REPORT**

INSTITUTION: L.S.P. ANGOLA

| 1. Name of Offender | | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|---|
| Alvin Williams | | 480922 | 04/28/2021 | App. 7:05 am |
| 5. Place of Incident | 6. Job Assignment | | | 7. Housing Assignment |
| CBD Upper Left | Idle | | | CBD Upper Left |
| 8. Rule Violated | | | 9. Rule Number | |
| Defiance, Aggravated Disobedience, Property Destruction | | | #3, 5, 17 | |

10. Description of Incident (Include all relevant information – "unusual offender behavior, staff witnesses, physical evidence & y).

On the above date and approximate time, I, Captain David Voorhies, Jr. was conducting a routine round on CBD Upper Left Tier when I observed offender Alvin Williams, #480922, with his cell door tied shut. The cell door was secured with the plastic material that encased his mattress. I ordered offender Williams to untie his cell door. Offender Williams complied. During this time, I observed offender Williams with part of the mattress cover tied to his abdomen area. I ordered offender Williams to remove the material and submit to a strip search. Offender Williams refused. I activated my body camera and gave offender Williams several more direct verbal commands to remove the material and submit to a strip search. Offender Williams continued to refuse all orders given. To gain offender Williams compliance, I administered the minimum amount of chemical agents into the cell. Only then did offender Williams with comply with my orders. This is for your information and further handling.

**Chemical Can #4**
**Beginning Weight: 124 grams**
**Ending Weight: 78 grams**

| 11. Offender Placed in Invest. Seg. | X | YES | | NO | |
|---|---|---|---|---|---|

| 12. Signature of reporting employee | | 13. Name, Title, Assignment (Print) |
|---|---|---|
| | | David Voorhies Jr., Captain, MPCB/ A-Team Supervisor |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to the above offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 04/28/2021 | 3:30 pm | | Refused to sign |

| 18. Plea by Offender: | | Not Guilty | Guilty | 19. Verdict: | Not Guilty | Guilty |
|---|---|---|---|---|---|---|

| 20. Date of Hearing: 4/30/21 | | 21. Counsel Substitute DOC#: 351810 |
|---|---|---|

22. Motions: No Motions

23. Reasons for Disposition:
[ ] Report is clear and precise.  [X] Lack of a credible defense/little or no defense.  [ ] Based on his statement.
[ ] The officer's version is determined to be more credible than the offender's  [ ] Pled guilty/accepted guilty plea.
[ ] Only defense is denying contents of report..  [X] The offender presented no evidence to refute the charges.
[ ] The investigative officer's testimony was deemed more truthful and accurate than the offender's.  [ ] Plea bargain
[ ] The offender's demeanor led the board to believe that the offender's testimony was untrue.
[ ] Other

24. Reasons for Sentence:
[ ] Seriousness of offense.  [ ] The need to protect the institution, employee, or other.
[ ] Poor Conduct record.  A total of _15_ rules violation(s). A total of _7_ Schedule B violations since _5/24/21_
A total of _2 #3,5_ rule violations since _4/2/21_
_6_  _3/262)_
[ ] Other Restitution

25. Sentence: 3: 12 WEEKS LOSS PHONE
90 DAYS LOSS VISITING     Suspended [ ]  Days
5: 1 DAY DSEG          Imposed [✓]

26. Sentence: 17 4 WEEKS LOSS CANTEEN
17: 30 DAYS LOSS VISITING     Suspended [ ]  Days
                  Imposed [✓]

27 DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER )

MEMBER