Form AM-i-4-w-1
16 March 2020
Page Two

| DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED) |
|---|

On the above date and approximate time, I, Captain David Voorhies, Jr. was conducting a routine round on CBD Upper Left Tier when I observed offender Alvin Williams, #480922, with his cell door tied shut. The cell door was secured with the plastic material that encased his mattress. I ordered offender Williams to untie his cell door. Offender Williams complied. During this time, I observed offender Williams with part of the mattress cover tied to his abdomen area. I ordered offender Williams to remove the material and submit to a strip search. Offender Williams refused. I activated my body camera and gave offender Williams several more direct verbal commands to remove the material and submit to a strip search. Offender Williams continued to refuse all orders given. To gain offender Williams compliance, I administered the minimum amount of chemical agents into the cell. Only then did offender Williams with comply with my orders. Offender Williams was strip searched and no contraband was found. Offender Williams was then restrained, removed from the cell, placed in the shower, offered a shower and issued a clean jumpsuit. Medical #3, EMS Dorsey, was notified and later evaluated offender Williams on the unit.

Chemical Can #4
Beginning Weight: 124 grams
Ending Weight: 78 grams

REPORTING OFFICER
Captain David Voorhies,
MPCB/ A-Team Supervisor

4/28/2021
DATE COMPLETED

3:15 pm
TIME COMPLETED