UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALVIN WILLIAMS (#480922) | CIVIL ACTION |
| VERSUS | NO. 21-00636-JWD-SDJ |
| DAVID VOORHIES, ET AL. | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 19, 2024 (Doc. 86), to which an objection was filed and considered (Doc. 87);

**IT IS ORDERED** that the Motion for Summary Judgment filed by Defendants (Doc. 63) is **DENIED IN PART and GRANTED IN PART**, that Plaintiff's claim for excessive force against Omar Walker, the related claim of failure to intervene against David Voorhies, any claims arising from the hot shower, all claims for deliberate indifference to a serious medical need, and the claims for injunctive relief are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over potential state law claims, and that this case is referred back to the Magistrate Judge for appointment of counsel.[1]

Signed in Baton Rouge, Louisiana, on December 3, 2024.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Since the Recommendation has been adopted, the only claims remaining will be Plaintiff's claim against Voorhies in his individual capacity for excessive force arising from the incident in the stairwell on April 28, 2021, and the related claim against Walker in his individual capacity for failure to intervene.